1
2
3
4
5
6
7
8                    UNITED STATES DISTRICT COURT
9                   NORTHERN DISTRICT OF CALIFORNIA
10                          SAN JOSE DIVISION

| | | |
|---|---|---|
| 11  OSCAR MADRIGAL SENCION, | ) | Case No.: C 10-3108 PVT |
| 12           Plaintiff, | ) ) | **ORDER** Setting Deadline for Plaintiff to Amend Complaint to Add Additional Defendants; Referring Case to a Settlement Conference with Magistrate Judge Lloyd; and Continuing Case Management Conference |
| 13        v. | ) ) | |
| 14  SAXON MORTGAGE SERVICES, INC., et al., | ) ) ) | |
| 15 | ) | |
| 16           Defendants. _____ | ) ) | |

    This matter is currently scheduled for Case Management Conference on October 5, 2010. At the hearing on Defendant Ocwen's motion to dismiss, Plaintiff's counsel noted that Plaintiff may need to amend the complaint to add additional Defendants. Having reviewed motions to dismiss filed by both Defendants, the court finds it appropriate to refer this case to Magistrate Judge Howard R. Lloyd for a settlement conference, and to continue the Case Management Conference. Therefore, based on the file and the record herein,

    IT IS HEREBY ORDERED that, no later than September 21, 2010, Plaintiff shall file either a stipulation or motion for leave to amend his complaint to add any other Defendants Plaintiff wishes to include in this action.

    IT IS FURTHER ORDERED that this matter is referred to Magistrate Judge Lloyd for a settlement conference to occur no later than November 19, 2010.

    IT IS FURTHER ORDERED that the Case Management Conference is CONTINUED to

December 7, 2010.  The parties shall file their Joint Case Management Conference Statement no later than November 30, 2010.

Dated: *9/1/10*

PATRICIA V. TRUMBULL
United States Magistrate Judge