# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA, SAN JOSE BRANCH

| | |
|---|---|
| OSCAR MADRIGAL SENCION, an individual,<br><br>　　　　　　Plaintiff,<br><br>vs.<br><br>SAXON MORTGAGE SERVICES, INC., a business of unknown form; OCWEN LOAN SERVICING, LLC, and DOES 1 through 100, inclusive,<br><br>　　　　　　Defendants. | CASE NO.: 5:10-cv-03108PVT<br><br>Hon: Patricia V. Trumbull<br><br>**STIPULATION AND [PROPOSED] ORDER CONTINUING DEADLINE TO COMPLETE SETTLEMENT CONFERENCE** |

**STIPULATION AND ORDER**
1

The parties hereby stipulate as follows and respectfully request that the Court enter the proposed order set forth below.

WHEREAS Saxon Mortgage Services, Inc. and Ocwen Loan Servicing, LLC noticed motions to dismiss the first amended complaint to be heard in August 2010;

WHEREAS, the Court ordered that the parties complete a settlement conference with Magistrate Judge Lloyd by November 19, 2010;

WHEREAS the Court has taken the motion to dismiss by Defendant Ocwen Loan Servicing LLC under submission and has yet to rule on the motion;

WHEREAS the Court has continued the hearing on the motions to dismiss and to strike by Saxon Mortgage Services, Inc. to November 30, 2010;

WHEREAS Plaintiff moved in September 2010 for leave to add an additional defendant to this action which hearing on said motion was continued to November 30, 2010;

WHEREAS, because of the pending motions to dismiss and Plaintiff's motion for leave to add the additional defendant, the pleadings are not in place or resolved and the action is not yet at issue; and

WHEREAS, for these and other reasons the parties believe a settlement conference by November 19, 2010 would be premature and unlikely to result in a settlement,

///

///

///

NOW, THEREFORE, the Parties stipulate and agree as follows:

1. The deadline to complete the settlement conference shall be continued from November 19, 2010 to March 31, 2011 to allow additional time for the court to rule on the pending motions, for the Plaintiff to serve additional parties in the event the Court grants Plaintiff leave to do so, and for those parties to appear in the action.

IT IS SO STIPULATED.

Dated: November 2, 2010                             CENTURY LAW GROUP, LLP

                                                    */s/ Rizza Gonzales*
                                                    Rizza Gonzales
                                                    Attorneys for Plaintiff
                                                    Oscar Madrigal Sencion

Dated: November 2, 2010                             WOLFE & WYMAN, LLP

                                                    */s/ Marcus T. Brown*
                                                    Marcus T. Brown
                                                    Attorneys for Defendant
                                                    Saxon Mortgage Services, Inc.

Dated:  November 2, 2010                            HOUSER & ALLISON, APC

                                                    */s/ Brian S. Edwards*
                                                    Eric D. Houser
                                                    Brian S. Edwards
                                                    Attorneys for Defendant
                                                    Ocwen Loan Servicing, LLC

[~~PROPOSED~~] ORDER

Based upon the foregoing stipulation and good cause appearing, the Court ORDERS that the deadline for the parties to complete a settlement conference with Magistrate Judge Lloyd is hereby CONTINUED to and including March 31, 2011.

IT IS SO ORDERED.

*Patricia V. Trumbull*
Patrica V. Trumbull, Magistrate Judge
United States District Court, Northern District of California

11/5/10