UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| OSCAR MADRIGAL SENCION,<br><br>        Plaintiff,<br><br>    v.<br><br>SAXON MORTGAGE SERVICES INC., et al.,<br><br>        Defendants. | Case No.: C 10-03108 PSG<br><br>**ORDER DENYING DEFENSE COUNSEL'S MOTION TO APPEAR TELEPHONICALLY AT PLAINTIFF'S MOTION TO AMEND COMPLAINT**<br><br>**[Docket No. 45]** |

    Plaintiff's Motion to Amend the Complaint will be heard on January 4, 2011. On December 22, 2010, counsel for Defendant Ocwen Loan Servicing, LLC ("Ocwen") filed a request to appear telephonically at the hearing. Based on the request and the file herein,

    IT IS HEREBY ORDERED that Ocwen's request is DENIED. Ocwen has not established good cause for requested relief. Ocwen has not shown any specific facts that would warrant relieving it of having its counsel appear in court for Plaintiff's Motion to Amend.

Dated: January 3, 2011

                                                                    PAUL S. GREWAL
                                                                    United States Magistrate Judge