1
2
3
4
5
6
7
8
9
10           UNITED STATES DISTRICT COURT
11     NORTHERN DISTRICT OF CALIFORNIA, SAN JOSE BRANCH
12
13

| | |
|---|---|
| OSCAR MADRIGAL SENCION, an individual, | CASE NO.: 5:10-cv-03108PSG |
| Plaintiff, | Hon: Paul S. Grewal |
| vs. | STIPULATION AND [PROPOSED] ORDER CONTINUING DEADLINE TO COMPLETE SETTLEMENT CONFERENCE |
| SAXON MORTGAGE SERVICES, INC.; a business of unknown form; OCWEN LOAN SERVICING, LLC, a business of unknown form; DEUTSCHE BANK NATIONAL TRUST COMPANY, a business of unknown form, and DOES 1 through 100, inclusive, | |
| Defendants. | |

1

STIPULATION AND ORDER

1  The parties hereby stipulate as follows and respectfully request that the Court enter the
2  proposed order set forth below.

3  WHEREAS counsel for Plaintiff Oscar Madrigal Sencion ("Plaintiff"), Defendant Saxon
4  Mortgage Services, Inc., ("Saxon") and Defendant Ocwen Loan Servicing, LLC ("Ocwen"), met
5  and conferred regarding the March 31, 2011 settlement conference deadline;
6
7  WHEREAS Plaintiff has indicated he intends to submit financial and other documents to
8  Ocwen for Ocwen's review;

9  WHEREAS Ocwen will require 30 – 45 days to review Plaintiff's documents after receipt;

10 WHEREAS Defendant Deutsche Bank National Trust Company has recently been added
11 to the Second Amended Complaint; and
12

13 WHEREAS the parties believe that a settlement conference would be unlikely to result in
14 a settlement until the above issues are addressed:

15

16 NOW, THEREFORE, the Parties stipulate and agree as follows:
17
18 1.  The deadline to complete the settlement conference shall be continued from March
19 31, 2011, to May 31, 2011.

20 IT IS SO STIPULATED.
21 ///

22 Dated: March 18, 2011                      CENTURY LAW GROUP, LLP
23
24                                            _____
                                              Edward O. Lear
25                                            Rizza Gonzales
                                              Attorneys for Plaintiff
26                                            Oscar Madrigal Sencion
27
28

Dated: March 18, 2011

WOLFE & WYMAN LLP

_____
Marcus T. Brown
Attorneys for Defendant
Saxon Mortgage Services, Inc.

Dated: March 18, 2011

HOUSER & ALLISON, APC

_____
Eric D. Houser
Brian S. Edwards
Attorneys for Defendant
Ocwen Loan Servicing, LLC

## [PROPOSED] ORDER

Based upon the foregoing stipulation and good cause appearing, the Court ORDERS that the deadline for the parties to complete a settlement conference with Magistrate Judge Lloyd is hereby CONTINUED to and including May 31, 2011.

IT IS SO ORDERED.

Dated: March 28, 2011

_____
Paul S. Grewal, Magistrate Judge
United States District Court, Northern District of California