**CENTURY LAW GROUP LLP**
Edward O. Lear, State Bar No. 132699
Rizza Gonzales, State Bar No. 268118
5200 W. Century Boulevard, Suite 345
Los Angeles, California 90045
Telephone: (310) 642-6900
Facsimile: (310) 642-6910

Attorneys for PLAINTIFF
OSCAR MADRIGAL SENCION

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA, SAN JOSE BRANCH

| | |
|---|---|
| OSCAR MADRIGAL SENCION, an individual,<br><br>PLAINTIFF,<br><br>vs.<br><br>SAXON MORTGAGE SERVICES, INC., a business of unknown form; OCWEN LOAN SERVICING, LLC, a business of unknown form; and DOES 1 through 100, inclusive,<br><br>Defendants. | Case No.: 5:10-cv-03108-PSG<br><br>**[PROPOSED] ORDER** |

## ORDER TO SHOW CAUSE

TO DEFENDANTS SAXON MORTGAGE SERVICES, INC., OCWEN LOAN SERVICING, LLC, and DEUTSCHE BANK NATIONAL TRUST COMPANY:

Based on the second complaint in this action and on the declarations of Oscar Madrigal Sencion and Rizza Gonzales, you are ordered to appear on _____, 2011, at ___:___ [a.m. / p.m.] in Department 5 of this Court located at the Robert F. Peckham Federal Building, 280 South 1st Street, San Jose, CA 95113, to show cause why a preliminary injunction should not be ordered restraining and enjoining you, your employees, agents, each of their officers, directors, successors in interest, assignees, employees, agents, and all persons or any other persons or entity acting with you or on your behalf from proceeding with unlawful detainer proceedings against the Sencion Home and its inhabitants or further sale of the Sencion Home, certain real property located at 9120 Murray Avenue, Gilroy, CA 95020, Assessors Parcel No. 835-05-004. Opposing papers must be filed and served by _____. Reply papers by Plaintiff must be filed and served by _____.

## TEMPORARY RESTRAINING ORDER

Pending hearing on the Order to Show Cause, you, your employees, agents, each of their officers, directors, successors in interest, assignees, employees, agents, and all persons or any other persons or entity acting with you or on your behalf, including the Santa Clara County Sheriff, are restrained and enjoined from proceeding with enforcement of the writ of possession against Plaintiff Oscar Madrigal Sencion's Home, certain property located at 9120 Murray Avenue, Gilroy, CA 95020, Assessors Parcel No. 835-05-004, and the further sale of the property 9120 Murray Avenue, Gilroy, CA 95020, Assessors Parcel No. 835-05-004.

DATED: _____, 2011            _____
                                                                    The Honorable Paul Singh Grewall