1 | **CENTURY LAW GROUP LLP**
Edward O. Lear, State Bar No. 132699
2 | Rizza Gonzales, State Bar No. 268118
5200 W. Century Boulevard, Suite 345
3 | Los Angeles, California 90045
Telephone: (310) 642-6900
4 | Facsimile: (310) 642-6910

5 | Attorneys for Plaintiff
OSCAR MADRIGAL SENCION

6

7

8 | **UNITED STATES DISTRICT COURT**

9 | **NORTHERN DISTRICT OF CALIFORNIA**

10

11 | OSCAR MADRIGAL SENCION, an individual, | Case No.: 5:10-cv-03108PSG

12 | PLAINTIFF, | **REQUEST FOR JUDICIAL NOTICE**

13 |

14 | vs.

15 | SAXON MORTGAGE SERVICES, INC., a business of unknown form;
OCWEN LOAN SERVICING, LLC;
16 | DEUTSCHE BANK NATIONAL TRUST COMPANY, as TRUSTEE
17 | FOR NATIXIS REAL ESTATE CAPITAL TRUST 2007-HE2; and,
18 | DOES 1 through 100, inclusive,

19 | Defendants.

20

1

1    Pursuant to Rule 201 of the Federal Rules of Evidence, Plaintiff requests this

2  Court take judicial notice of the following documents in considering Plaintiff's

   concurrently filed Opposition to Defendants' Motion to Dismiss:

3    1. April 8, 2010, Temporary Restraining Order in *Sencion v. Saxon, et al.,*

4       Santa Clara Superior Court Case No. 1-10CV168510, a true and correct

5       copy of which is attached hereto as Exhibit A. This document is not

        subject to dispute and is capable of accurate and ready determination

6       through the public files of the Santa Clara Superior Court.

7    2. April 26, 2010, Preliminary Injunction in *Sencion v. Saxon, et al.,* Santa

8       Clara Superior Court Case No. 1-10CV168510, a true and correct copy of

        which is attached hereto as Exhibit B. This document is not subject to

9       dispute and is capable of accurate and ready determination through the

10      public files of the Santa Clara Superior Court.

11   3. January 4, 2011, Unlawful Detainer Complaint in *Deutsche Bank v.*

        *Sencion*, Santa Clara Superior Court Case No. 511CV005720, a true and

12      correct copy of which is attached hereto as Exhibit C. This document is

13      not subject to dispute and is capable of accurate and ready determination

        through the public files of the Santa Clara Superior Court.

14   4. March 21, 2011, Order Granting Writ of Possession to Plaintiff Deutsche

15      Bank in *Deutsche Bank v. Sencion*, Santa Clara Superior Court Case No.

16      511CV005720. This is not subject to dispute and is capable of accurate

17      and ready determination through the public files of the Santa Clara

        Superior Court.

18  ///

19  ///
    ///

20  ///

---

2

DATED: April __, 2011

**CENTURY LAW GROUP LLP**

Edward O. Lear
Rizza Gonzales
Attorney for Plaintiff
Oscar Madrigal Sencion

**REQUEST FOR JUDICIAL NOTICE**

# EXHIBIT A

1  **CENTURY LAW GROUP LLP**
2  Edward O. Lear, State Bar No. 132699
   Marisol Ocampo, State Bar No. 198087
3  Rizza Gonzales, State Bar No. 268118
   5200 W. Century Boulevard, Suite 345
4  Los Angeles, California 90045
5  Telephone: (310) 642-6900
   Facsimile: (310) 642-6910
6
7  Attorneys for Plaintiff
   OSCAR MADRIGAL SENCION
8
9          SUPERIOR COURT FOR THE STATE OF CALIFORNIA
10              IN AND FOR THE COUNTY OF SANTA CLARA
11

12  OSCAR MADRIGAL SENCION, an       Case No.: 1-10CV168510
13  individual,
                                     [PROPOSED] TEMPORARY
14          PLAINTIFF,               RESTRAINING ORDER AND ORDER
                                     TO SHOW CAUSE RE PRELIMINARY
15      vs.                          INJUNCTION
16
    SAXON MORTGAGE SERVICES, INC., a
17  business of unknown form; DOES 1 through
    100, inclusive,
18
19          Defendants.
20
21
22                        **ORDER TO SHOW CAUSE**
23  TO DEFENDANT SAXON MORTGAGE SERVICES, INC.:
24          Based on the complaint in this action and on the declaration of Oscar Madrigal Sencion,
25  you are ordered to appear on _April 23_, 2010, at _9_ :_00_ [a.m. /p.m.] in Department
26  _21_ of this Court located at 191 North First Street, San Jose, CA 95113, to show cause why a
27  preliminary injunction should not be ordered restraining and enjoining you, your employees,
28  agents, or any other persons or entity acting with you or on your behalf from proceeding with:

                                         1
                ORDER TO SHOW CAUSE AND TEMPORARY RESTRAINING ORDER

1    • Unlawful detainer/eviction proceedings against Plaintiff Oscar Madrigal Sencion from

2      certain real property which is the subject of the above-captioned complaint located at 9120

3      Murray Ave., Gilroy, CA 95020.

4    • Further sale or conveyance of certain real property which is the subject of the above-

5      captioned complaint located at 9120 Murray Ave., Gilroy, CA 95020.

6

7                        **TEMPORARY RESTRAINING ORDER**

8            Pending hearing on the Order to Show Cause, you, your employees, agents, or any other

9    persons or entity acting with you or on your behalf are restrained and enjoined from proceeding

10   with unlawful detainer/eviction proceedings against Plaintiff Oscar Madrigal Sencion from

11   certain real property which is the subject of the above-captioned complaint located at 9120

12   Murray Ave., Gilroy, CA 95020 and further, sale or conveyance of the aforementioned property

13   by you or on your behalf.

14

15   DATED: _April 8_ , 2010

16                                          Judge of the Superior Court

17                                                    Kevin E. McKenney

18

19

20

21

22

23

24

25

26

27

28

                                            2

# EXHIBIT B

1 | **CENTURY LAW GROUP LLP**
Edward O. Lear, State Bar No. 132699
2 | Marisol Ocampo, State Bar No. 198087
Daniel A. Woodford, State Bar No. 241086
3 | 5200 W. Century Boulevard, Suite 345
Los Angeles, California 90045
4 | Telephone: (310) 642-6900
Facsimile: (310) 642-6910
5 |
Attorneys for PLAINTIFF
6 | OSCAR MADRIGAL SENCION

7

ENDORSED

2010 APR 27  P 12: 01

David H. Yamasaki, Clerk of the Superior Court
County of Santa Clara, California
By: _____
Deputy Clerk

8 | **SUPERIOR COURT FOR THE STATE OF CALIFORNIA**

9 | **IN AND FOR THE COUNTY OF SANTA CLARA**

10

11 | OSCAR MADRIGAL SENCION, an
individual,
12 |
13 |                    PLAINTIFF,
14 |
15 |        vs.
16 | SAXON MORTGAGE SERVICES, INC., a
business of unknown form; DOES 1 through
17 | 100, inclusive,
18 |                    Defendants.

Case No.:  110CV168510

[~~PROPOSED~~] **ORDER AND**
**PRELIMINARY INJUNCTION**

19

20

21 |        The Order to Show Cause Re: Preliminary Injunction came on for hearing in Department

22 | 21 of this Court on April 23, 2010 at 9:00 a.m. Daniel Woodford appeared on behalf of plaintiff,

23 | Oscar Madrigal Sencion. There was no appearance on behalf of defendant Saxon Mortgage

24 | Services, Inc. Having read the motion, the points and authorities and the declarations filed by

25 | the plaintiff, and having heard argument of counsel, and satisfactory evidence having been

26 | presented, the Court rules as follows:

27 |        IT IS ORDERED THAT plaintiff's motion is granted. Defendant Saxon Mortgage

28 | Services, Inc., and their employees, agents, and persons acting with them or on their behalf are

1

1  | enjoined and restrained from proceeding with foreclosure proceedings against Plaintiff Oscar

2  | Madrigal Sencion's Home, certain real property located at 9120 Murray Avenue, Gilroy, CA

3  | 95020, Assessors Parcel No. 835-05-004 pending the trial of this action or further order of this

4  | court.

5  |        The Court reserves jurisdiction to modify or dissolve the injunction as may be required

6  | by the interests of justice.

7

8

9  | DATED: *April 26*, 2010

10

11  |                        Kevin E. McKenney

12  |                       Hon. Kevin McKenney,
Judge of the Superior Court

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

2

# EXHIBIT C

SUM-130

# SUMMONS
## (CITACION JUDICIAL)
### UNLAWFUL DETAINER—EVICTION
### (RETENCIÓN ILÍCITA DE UN INMUEBLE—DESALOJO)

FOR COURT USE ONLY
(SOLO PARA USO DE LA CORTE)

JAN - 4 2011

By: N. Miles

**NOTICE TO DEFENDANT:**
*(AVISO AL DEMANDADO):*
Oscar Madrigal Sencion, and Does 1 through 5, inclusive,

**YOU ARE BEING SUED BY PLAINTIFF:**
*(LO ESTÁ DEMANDANDO EL DEMANDANTE):*
DEUTSCHE BANK, "Additional Parties Attachment form is attached"

You have 5 CALENDAR DAYS after this summons and legal papers are served on you to file a written response at this court and have a copy served on the plaintiff. (To calculate the five days, count Saturday and Sunday, but do not count other court holidays. If the last day falls on a Saturday, Sunday, or a court holiday then you have the next court day to file a written response.) A letter or phone call will not protect you. Your written response must be in proper legal form if you want the court to hear your case. There may be a court form that you can use for your response. You can find these court forms and more information at the California Courts Online Self-Help Center (www.courtinfo.ca.gov/selfhelp), your county law library, or the courthouse nearest you. If you cannot pay the filing fee, ask the court clerk for a fee waiver form. If you do not file your response on time, you may lose the case by default, and your wages, money, and property may be taken without further warning from the court.

There are other legal requirements. You may want to call an attorney right away. If you do not know an attorney, you may want to call an attorney referral service. If you cannot afford an attorney, you may be eligible for free legal services from a nonprofit legal services program. You can locate these nonprofit groups at the California Legal Services Web site (www.lawhelpcalifornia.org), the California Courts Online Self-Help Center (www.courtinfo.ca.gov/selfhelp), or by contacting your local court or county bar association. NOTE: The court has a statutory lien for waived fees and costs on any settlement or arbitration award of $10,000 or more in a civil case. The court's lien must be paid before the court will dismiss the case.

*Tiene 5 DÍAS DE CALENDARIO después de que le entreguen esta citación y papeles legales para presentar una respuesta por escrito en esta corte y hacer que se entregue una copia al demandante. (Para calcular los cinco días, cuente los sábados y los domingos pero no los otros días feriados de la corte. Si el último día cae en sábado o domingo, o en un día en que la corte esté cerrada, tiene hasta el próximo día de corte para presentar una respuesta por escrito). Una carta o una llamada telefónica no lo protegen. Su respuesta por escrito tiene que estar en formato legal correcto si desea que procesen su caso en la corte. Es posible que haya un formulario que usted pueda usar para su respuesta. Puede encontrar estos formularios de la corte y más información en el Centro de Ayuda de las Cortes de California (www.sucorte.ca.gov), en la biblioteca de leyes de su condado o en la corte que le quede más cerca. Si no puede pagar la cuota de presentación, pida al secretario de la corte que le dé un formulario de exención de pago de cuotas. Si no presenta su respuesta a tiempo, puede perder el caso por incumplimiento y la corte le podrá quitar su sueldo, dinero y bienes sin más advertencia.*

*Hay otros requisitos legales. Es recomendable que llame a un abogado inmediatamente. Si no conoce a un abogado, puede llamar a un servicio de remisión a abogados. Si no puede pagar a un abogado, es posible que cumpla con los requisitos para obtener servicios legales gratuitos de un programa de servicios legales sin fines de lucro. Puede encontrar estos grupos sin fines de lucro en el sitio web de California Legal Services, (www.lawhelpcalifornia.org), en el Centro de Ayuda de las Cortes de California, (www.sucorte.ca.gov) o poniéndose en contacto con la corte o el colegio de abogados locales. AVISO: Por ley, la corte tiene derecho a reclamar las cuotas y los costos exentos por imponer un gravamen sobre cualquier recuperación de $10,000 ó más de valor recibida mediante un acuerdo o una concesión de arbitraje en un caso de derecho civil. Tiene que pagar el gravamen de la corte antes de que la corte pueda desechar el caso.*

| | CASE NUMBER:<br>*(Número de caso):* |
|---|---|
| 1. The name and address of the court is:<br>*(El nombre y dirección de la corte es):*<br>SUPERIOR COURT OF CALIFORNIA, COUNTY OF SANTA CLARA<br>301 DIANA AVENUE, MORGAN HILL CA 95037<br>SOUTH COUNTY COURTHOUSE | 51 1 CV 005720<br><br>**VIA FAX FILE** |

2. The name, address, and telephone number of plaintiff's attorney, or plaintiff without an attorney, is:
*(El nombre, la dirección y el número de teléfono del abogado del demandante, o del demandante que no tiene abogado, es):*
Shelly Raiszadeh, Esq. #270148 / Grace M. Kim, Esq. #233089 / Michael Gonzales, Esq. #261302   (714)848-7920
Law Offices of Les Zieve   (714)848-7650
18377 Beach Blvd. Suite 210, Huntington Beach, CA 92648

3. *(Must be answered in all cases)* An unlawful detainer assistant (Bus. & Prof. Code, §§ 6400–6415) [X] did not [ ] did
for compensation give advice or assistance with this form. *(If plaintiff has received any help or advice for pay from an unlawful detainer assistant, complete item 6 on the next page.)*

Date:    JAN - 4 2011     DAVID H. YAMASAKI Clerk *(Secretario)*    N. Miles    , Deputy
*(Fecha)*                                                    *(Adjunto)*

(For proof of service of this summons, use Proof of Service of Summons (form POS-010).)
*(Para prueba de entrega de esta citatión use el formulario Proof of Service of Summons, (POS-010)).*

[SEAL]

4. NOTICE TO THE PERSON SERVED: You are served

a. [X] as an individual defendant.
b. [ ] as the person sued under the fictitious name of *(specify):*
c. [ ] as an occupant
d. [ ] on behalf of *(specify):*
    under:    [ ] CCP 416.10 (corporation)          [ ] CCP 416.60 (minor)
               [ ] CCP 416.20 (defunct corporation)    [ ] CCP 416.70 (conservatee)
               [ ] CCP 416.40 (association or partnership)    [ ] CCP 416.90 (authorized person)
               [ ] CCP 415.46 (occupant)           [ ] other *(specify):*
5. [ ] by personal delivery on *(date):*

Page 1 of 2

Form Adopted for Mandatory Use<br>Judicial Council of California<br>SUM-130 [Rev. July 1, 2009]

SUMMONS—UNLAWFUL DETAINER—EVICTION

Code of Civil Procedure, §§ 412.20, 415.456, 1167
www.courtinfo.ca.gov

SUM-130

| PLAINTIFF *(Name)*: DEUTSCHE BANK NATIONAL TRUST COMPANY | CASE NUMBER: |
|---|---|
| DEFENDANT *(Name)*: Oscar Madrigal Sencion, and Does 1 through 5, inclusive, | |

6.   **Unlawful detainer assistant** *(complete if plaintiff has received any help or advice for pay from an unlawful detainer assistant):*

a.   Assistant's name:

b.   Telephone no.:

c.   Street address, city, and zip:


d.   County of registration:

e.   Registration no.:

f.   Registration expires on *(date)*:

**SUM-200(A)**

| SHORT TITLE: DEUTSCHE BANK NATIONAL TRUST COMPANY vs. SENCION | CASE NUMBER: |
|---|---|

### INSTRUCTIONS FOR USE

→ This form may be used as an attachment to any summons if space does not permit the listing of all parties on the summons.
→ If this attachment is used, insert the following statement in the plaintiff or defendant box on the summons: "Additional Parties Attachment form is attached."

List additional parties *(Check only one box. Use a separate page for each type of party.)*:

[X]  Plaintiff        [ ]  Defendant        [ ]  Cross-Complainant        [ ]  Cross-Defendant

DEUTSCHE BANK NATIONAL TRUST COMPANY, AS TRUSTEE FOR NATIXIS REAL ESTATE CAPITAL TRUST 2007-HE2

Page _____ of _____

Page 1 of 1

Form Adopted for Mandatory Use
Judicial Council of California
SUM-200(A) [Rev. January 1, 2007]

**ADDITIONAL PARTIES ATTACHMENT**
**Attachment to Summons**

CM-010

| ATTORNEY OR PARTY WITHOUT ATTORNEY (Name, State Bar number, and address): | |
|---|---|
| Shelly Raiszadeh, Esq. #270148<br>Grace M. Kim, Esq. #233089<br>Michael Gonzales, Esq. #261302<br>Law Offices of Les Zieve, 18377 Beach Blvd. Suite 210, Huntington Beach, CA 92648<br>TELEPHONE NO.: (714) 848-7920  FAX NO.: (714) 848-7650<br>ATTORNEY FOR (Name): DEUTSCHE BANK NATIONAL TRUST COMPANY | ~~ENDORSED~~ FILED<br><br>JAN -4 2011<br><br>Dept... ... ... Superior Court<br>By: *N. Miles* ... |

SUPERIOR COURT OF CALIFORNIA, COUNTY OF SANTA CLARA
STREET ADDRESS: 301 DIANA AVENUE
MAILING ADDRESS:
CITY AND ZIP CODE: MORGAN HILL CA 95037
BRANCH NAME: SOUTH COUNTY COURTHOUSE

CASE NAME: DEUTSCHE BANK NATIONAL TRUST COMPANY VS. OSCAR MADRIGAL SENCION, and Does 1 through 5, inclusive

| CIVIL CASE COVER SHEET | | Complex Case Designation | CASE NUMBER: 1 1 C V 0 0 5 7 2 0 |
|---|---|---|---|
| ☐ Unlimited<br>(Amount<br>demanded<br>exceeds $25,000) | ☒ Limited<br>(Amount<br>demanded is<br>$25,000 or less) | ☐ Counter  ☐ Joinder<br>Filed with first appearance by defendant<br>(Cal. Rules of Court, rule 3.402) | JUDGE: D109<br>DEPT: |

Items 1–6 below must be completed (see instructions on page 2).

1. Check one box below for the case type that best describes this case:

**Auto Tort**
- ☐ Auto (22)
- ☐ Uninsured motorist (46)

**Other PI/PD/WD (Personal Injury/Property Damage/Wrongful Death) Tort**
- ☐ Asbestos (04)
- ☐ Product liability (24)
- ☐ Medical malpractice (45)
- ☐ Other PI/PD/WD (23)

**Non-PI/PD/WD (Other) Tort**
- ☐ Business tort/unfair business practice (07)
- ☐ Civil rights (08)
- ☐ Defamation (13)
- ☐ Fraud (16)
- ☐ Intellectual property (19)
- ☐ Professional negligence (25)
- ☐ Other non-PI/PD/WD tort (35)

**Employment**
- ☐ Wrongful termination (36)
- ☐ Other employment (15)

**Contract**
- ☐ Breach of contract/warranty (06)
- ☐ Rule 3.740 collections (09)
- ☐ Other collections (09)
- ☐ Insurance coverage (18)
- ☐ Other contract (37)

**Real Property**
- ☐ Eminent domain/inverse condemnation (14)
- ☐ Wrongful eviction (33)
- ☐ Other real property (26)

**Unlawful Detainer**
- ☐ Commercial (31)
- ☒ Residential (32)
- ☐ Drugs (38)

**Judicial Review**
- ☐ Asset forfeiture (05)
- ☐ Petition re: arbitration award (11)
- ☐ Writ of mandate (02)
- ☐ Other judicial review (39)

**Provisionally Complex Civil Litigation (Cal. Rules of Court, rules 3.400–3.403)**
- ☐ Antitrust/Trade regulation (03)
- ☐ Construction defect (10)
- ☐ Mass tort (40)
- ☐ Securities litigation (28)
- ☐ Environmental/Toxic tort (30)
- ☐ Insurance coverage claims arising from the above listed provisionally complex case types (41)

**Enforcement of Judgment**
- ☐ Enforcement of judgment (20)

**Miscellaneous Civil Complaint**
- ☐ RICO (27)
- ☐ Other complaint (not specified above) (42)

**Miscellaneous Civil Petition**
- ☐ Partnership and corporate governance (21)
- ☐ Other petition (not specified above) (43)

2. This case ☐ is ☒ is not complex under rule 3.400 of the California Rules of Court. If the case is complex, mark the factors requiring exceptional judicial management:
   a. ☐ Large number of separately represented parties
   b. ☐ Extensive motion practice raising difficult or novel issues that will be time-consuming to resolve
   c. ☐ Substantial amount of documentary evidence
   d. ☐ Large number of witnesses
   e. ☐ Coordination with related actions pending in one or more courts in other counties, states, or countries, or in a federal court
   f. ☐ Substantial postjudgment judicial supervision

**VIA FAX FILE**

3. Remedies sought (check all that apply): a. ☒ monetary  b. ☒ nonmonetary; declaratory or injunctive relief  c. ☐ punitive
4. Number of causes of action (specify): Two: Possession of Premises and Damages
5. This case ☐ is ☒ is not a class action suit.
6. If there are any known related cases, file and serve a notice of related case. (You may use form CM-015.)

Date: December 31, 2010 Michael Gonzales, Esq.

Shelly Raiszadeh, Esq. #270148
Grace M. Kim, Esq. #233089
(TYPE OR PRINT NAME)                                    (SIGNATURE OF PARTY OR ATTORNEY FOR PARTY)

**NOTICE**
- Plaintiff must file this cover sheet with the first paper filed in the action or proceeding (except small claims cases or cases filed under the Probate Code, Family Code, or Welfare and Institutions Code). (Cal. Rules of Court, rule 3.220.) Failure to file may result in sanctions.
- File this cover sheet in addition to any cover sheet required by local court rule.
- If this case is complex under rule 3.400 et seq. of the California Rules of Court, you must serve a copy of this cover sheet on all other parties to the action or proceeding.
- Unless this is a collections case under rule 3.740 or a complex case, this cover sheet will be used for statistical purposes only.

Page 1 of 2

| Form Adopted for Mandatory Use<br>Judicial Council of California<br>CM-010 [Rev. July 1, 2007] | **CIVIL CASE COVER SHEET** | Cal. Rules of Court, rules 2.30, 3.220, 3.400–3.403, 3.740;<br>Cal. Standards of Judicial Administration, std. 3.10<br>www.courtinfo.ca.gov |
|---|---|---|

American LegalNet, Inc.
www.FormsWorkflow.com

CM-010

## INSTRUCTIONS ON HOW TO COMPLETE THE COVER SHEET

**To Plaintiffs and Others Filing First Papers.** If you are filing a first paper (for example, a complaint) in a civil case, you must complete and file, along with your first paper, the *Civil Case Cover Sheet* contained on page 1. This information will be used to compile statistics about the types and numbers of cases filed. You must complete items 1 through 6 on the sheet. In item 1, you must check one box for the case type that best describes the case. If the case fits both a general and a more specific type of case listed in item 1, check the more specific one. If the case has multiple causes of action, check the box that best indicates the **primary** cause of action. To assist you in completing the sheet, examples of the cases that belong under each case type in item 1 are provided below. A cover sheet must be filed only with your initial paper. Failure to file a cover sheet with the first paper filed in a civil case may subject a party, its counsel, or both to sanctions under rules 2.30 and 3.220 of the California Rules of Court.

**To Parties in Rule 3.740 Collections Cases.** A "collections case" under rule 3.740 is defined as an action for recovery of money owed in a sum stated to be certain that is not more than $25,000, exclusive of interest and attorney's fees, arising from a transaction in which property, services, or money was acquired on credit. A collections case does not include an action seeking the following: (1) tort damages, (2) punitive damages, (3) recovery of real property, (4) recovery of personal property, or (5) a prejudgment writ of attachment. The identification of a case as a rule 3.740 collections case on this form means that it will be exempt from the general time-for-service requirements and case management rules, unless a defendant files a responsive pleading. A rule 3.740 collections case will be subject to the requirements for service and obtaining a judgment in rule 3.740.

**To Parties in Complex Cases.** In complex cases only, parties must also use the *Civil Case Cover Sheet* to designate whether the case is complex. If a plaintiff believes the case is complex under rule 3.400 of the California Rules of Court, this must be indicated by completing the appropriate boxes in items 1 and 2. If a plaintiff designates a case as complex, the cover sheet must be served with the complaint on all parties to the action. A defendant may file and serve no later than the time of its first appearance a joinder in the plaintiff's designation, a counter-designation that the case is not complex, or, if the plaintiff has made no designation, a designation that the case is complex.

### CASE TYPES AND EXAMPLES

**Auto Tort**
Auto (22)–Personal Injury/Property
  Damage/Wrongful Death
Uninsured Motorist (46) *(if the
  case involves an uninsured
  motorist claim subject to
  arbitration, check this item
  instead of Auto)*

**Other PI/PD/WD (Personal Injury/
Property Damage/Wrongful Death)
Tort**
Asbestos (04)
  Asbestos Property Damage
  Asbestos Personal Injury/
    Wrongful Death
Product Liability *(not asbestos or
  toxic/environmental)* (24)
Medical Malpractice (45)
  Medical Malpractice–
    Physicians & Surgeons
  Other Professional Health Care
    Malpractice
Other PI/PD/WD (23)
  Premises Liability (e.g., slip
    and fall)
  Intentional Bodily Injury/PD/WD
    (e.g., assault, vandalism)
  Intentional Infliction of
    Emotional Distress
  Negligent Infliction of
    Emotional Distress
  Other PI/PD/WD
**Non-PI/PD/WD (Other) Tort**
Business Tort/Unfair Business
  Practice (07)
Civil Rights (e.g., discrimination,
  false arrest) *(not civil
  harassment)* (08)
Defamation (e.g., slander, libel)
  (13)
Fraud (16)
Intellectual Property (19)
Professional Negligence (25)
  Legal Malpractice
  Other Professional Malpractice
    *(not medical or legal)*
Other Non-PI/PD/WD Tort (35)
**Employment**
Wrongful Termination (36)
Other Employment (15)

**Contract**
Breach of Contract/Warranty (06)
  Breach of Rental/Lease
    Contract *(not unlawful detainer
      or wrongful eviction)*
  Contract/Warranty Breach–Seller
    Plaintiff *(not fraud or negligence)*
  Negligent Breach of Contract/
    Warranty
  Other Breach of Contract/Warranty
Collections (e.g., money owed, open
  book accounts) (09)
  Collection Case–Seller Plaintiff
  Other Promissory Note/Collections
    Case
Insurance Coverage *(not provisionally
  complex)* (18)
  Auto Subrogation
  Other Coverage
Other Contract (37)
  Contractual Fraud
  Other Contract Dispute
**Real Property**
Eminent Domain/Inverse
  Condemnation (14)
Wrongful Eviction (33)
Other Real Property (e.g., quiet title) (26)
  Writ of Possession of Real Property
  Mortgage Foreclosure
  Quiet Title
  Other Real Property *(not eminent
    domain, landlord/tenant, or
    foreclosure)*
**Unlawful Detainer**
Commercial (31)
Residential (32)
Drugs (38) *(if the case involves illegal
  drugs, check this item; otherwise,
  report as Commercial or Residential)*
**Judicial Review**
Asset Forfeiture (05)
Petition Re: Arbitration Award (11)
Writ of Mandate (02)
  Writ–Administrative Mandamus
  Writ–Mandamus on Limited Court
    Case Matter
  Writ–Other Limited Court Case
    Review
Other Judicial Review (39)
  Review of Health Officer Order
  Notice of Appeal–Labor
    Commissioner Appeals

**Provisionally Complex Civil Litigation (Cal.
Rules of Court Rules 3.400–3.403)**
Antitrust/Trade Regulation (03)
Construction Defect (10)
Claims Involving Mass Tort (40)
Securities Litigation (28)
Environmental/Toxic Tort (30)
Insurance Coverage Claims
  *(arising from provisionally complex
  case type listed above)* (41)
**Enforcement of Judgment**
Enforcement of Judgment (20)
  Abstract of Judgment (Out of
    County)
  Confession of Judgment *(non-
    domestic relations)*
  Sister State Judgment
  Administrative Agency Award
    *(not unpaid taxes)*
  Petition/Certification of Entry of
    Judgment on Unpaid Taxes
  Other Enforcement of Judgment
    Case
**Miscellaneous Civil Complaint**
RICO (27)
Other Complaint *(not specified
  above)* (42)
  Declaratory Relief Only
  Injunctive Relief Only *(non-
    harassment)*
  Mechanics Lien
  Other Commercial Complaint
    Case *(non-tort/non-complex)*
  Other Civil Complaint
    *(non-tort/non-complex)*
**Miscellaneous Civil Petition**
Partnership and Corporate
  Governance (21)
Other Petition *(not specified
  above)* (43)
  Civil Harassment
  Workplace Violence
  Elder/Dependent Adult
    Abuse
  Election Contest
  Petition for Name Change
  Petition for Relief From Late
    Claim
  Other Civil Petition

CM-010 [Rev. July 1, 2007]

**CIVIL CASE COVER SHEET**

Page 2 of 2

**NOTICE:** EVERYONE WHO LIVES IN THIS RENTAL UNIT MAY BE EVICTED BY COURT ORDER. READ THIS FORM IF YOU LIVE HERE AND IF YOUR NAME IS NOT ON THE ATTACHED SUMMONS AND COMPLAINT.

1. If you live here and you do not complete and submit this form within 10 days of the date of service shown on this form, you will be evicted without further hearing by the court along with the persons named in the Summons and Complaint.
2. If you file this form, your claim will be determined in the eviction action against the persons named in the Complaint.
3. If you do not file this form, you will be evicted without further hearing.

| CLAIMANT OR CLAIMANT'S ATTORNEY *(Name and Address)*: | TELEPHONE NO.: | FOR COURT USE ONLY |
|---|---|---|

ATTORNEY FOR *(Name)*:

NAME OF COURT: SUPERIOR COURT OF CALIFORNIA, COUNTY OF SANTA CLARA
STREET ADDRESS: 301 DIANA AVENUE
MAILING ADDRESS:
CITY AND ZIP CODE: MORGAN HILL CA 95037
BRANCH NAME: SOUTH COUNTY COURTHOUSE

PLAINTIFF: DEUTSCHE BANK NATIONAL TRUST COMPANY

DEFENDANT: OSCAR MADRIGAL SENCION, and Does 1 through 5, inclusive

| PREJUDGMENT CLAIM OF RIGHT TO POSSESSION | CASE NUMBER: 511CV005720 |
|---|---|

| Complete this form only if ALL of these statements are true: | *(To be completed by the process server)* DATE OF SERVICE: |
|---|---|
| 1. You are NOT named in the accompanying Summons and Complaint. 2. You occupied the premises on or before the date the unlawful detainer (eviction) Complaint was filed. 3. You still occupy the premises. | *(Date that this form is served or delivered, and posted, and mailed by the officer or process server)* |

I DECLARE THE FOLLOWING UNDER PENALTY OF PERJURY:
1. My name is *(specify)*:

**VIA FAX FILE**

2. I reside at *(street address, unit No., city and ZIP code)*:

3. The address of "the premises" subject to this claim is *(address)*:

4. On *(insert date)*: [ ] , the landlord or the landlord's authorized agent filed a complaint to recover possession of the premises. *(This date is the court filing date on the accompanying Summons and Complaint.*

5. I occupied the premises on the date the complaint was filed *(the date in Item 4)*. I have continued to occupy the premises ever since.

6. I was at least 18 years of age on the date the complaint was filed *(the date in Item 4)*.

7. I claim a right to possession of the premises because I occupied the premises on the date the complaint was filed *(the date in Item 4)*.

8. I was not named in the Summons and Complaint.

9. I understand that if I make this claim of right to possession, I will be added as a defendant to the unlawful detainer (eviction) action.

10. *(Filing fee)* I understand that I must go to the court and pay a filing fee of $ _____ or file with the court the form "Application for Waiver of Court Fees and Costs." I understand that if I don't pay the filing fee or file with the court the form for waiver of court fees within 10 days from the date of service on this form (excluding court holidays), I will not be entitled to make a claim of right to possession.

*(Continued on reverse)*

| CP10.5 [New January 1, 1991] | PREJUDGMENT CLAIM OF RIGHT TO POSSESSION | Code of Civil Procedure §§ 415.46, 715.010, 715.020, 1174.25 |
|---|---|---|

| PLAINTIFF *(Name):* DEUTSCHE BANK NATIONAL TRUST COMPANY | CASE NUMBER: |
|---|---|
| DEFENDANT *(Name):* OSCAR MADRIGAL SENCION, and Does 1 through 5, | |

> **NOTICE: If you fail to file this claim, you will be evicted without further hearing.**

11. *(Response required within five days after you file this form)* I understand that I will have *five days* (excluding court holidays) to file a response to the Summons and Complaint after I file this Prejudgment Claim of Right to Possession form.

12. **Rental agreement.** I have *(check all that apply to you):*
   a. ☐ an oral rental agreement with the landlord.
   b. ☐ a written rental agreement with the landlord.
   c. ☐ an oral rental agreement with a person other than the landlord.
   d. ☐ a written rental agreement with a person other than the landlord.
   e. ☐ other *(explain):*

I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.

> **WARNING: Perjury is a felony punishable by imprisonment in the state prison.**

Date: _____

▶

. . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . .
   *(TYPE OR PRINT NAME)*                                          *(SIGNATURE OF CLAIMANT)*

> **NOTICE:** If you file this claim of right to possession, the unlawful detainer (eviction) action against you will be determined at trial. At trial, you may be found liable for rent, costs, and, in some cases, treble damages.

---

## — NOTICE TO OCCUPANTS —

**YOU MUST ACT AT ONCE if all the following are true:**
   1. **You are NOT named in the accompanying Summons and Complaint.**
   2. **You occupied the premises on or before the date the unlawful detainer (eviction) complaint was filed.** *(The date is the court filing date on the accompanying Summons and Complaint.)*
   3. **You still occupy the premises.**

*(Where to file this form)*   You can complete and SUBMIT THIS CLAIM FORM WITHIN 10 DAYS from the date of service (on the reverse of this form) at the court where the unlawful detainer (eviction) complaint was filed.

*(What will happen if you do not file this form)*   If you do not complete and submit this form and pay a filing fee or file the form for proceeding in forma pauperis if you cannot pay the fee), YOU WILL BE EVICTED.

After this form is properly filed, you will be added as a defendant in the unlawful detainer (eviction) action and your right to occupy the premises will be decided by the court. *If you do not file this claim, you will be evicted without a hearing.*

---

**NOTICE:** EVERYONE WHO LIVES IN THIS RENTAL UNIT MAY BE EVICTED BY COURT ORDER. READ THIS FORM IF YOU LIVE HERE AND IF YOUR NAME IS NOT ON THE ATTACHED SUMMONS AND COMPLAINT.

1. If you live here and you do not complete and submit this form within 10 days of the date of service shown on this form, you will be evicted without further hearing by the court along with the persons named in the Summons and Complaint.
2. If you file this form, your claim will be determined in the eviction action against the persons named in the Complaint.
3. If you do not file this form, you will be evicted without further hearing.

| CLAIMANT OR CLAIMANT'S ATTORNEY (Name and Address): | TELEPHONE NO.: | FOR COURT USE ONLY |
|---|---|---|
| ATTORNEY FOR (Name): | | |

NAME OF COURT: SUPERIOR COURT OF CALIFORNIA, COUNTY OF SANTA CLARA
STREET ADDRESS: 301 DIANA AVENUE
MAILING ADDRESS:
CITY AND ZIP CODE: MORGAN HILL CA 95037
BRANCH NAME: SOUTH COUNTY COURTHOUSE

PLAINTIFF: DEUTSCHE BANK NATIONAL TRUST COMPANY

DEFENDANT: OSCAR MADRIGAL SENCION, and Does 1 through 5, inclusive

| PREJUDGMENT CLAIM OF RIGHT TO POSSESSION | CASE NUMBER:<br>511CV005720 |
|---|---|

| Complete this form only if ALL of these statements are true:<br>1. You are NOT named in the accompanying Summons and Complaint.<br>2. You occupied the premises on or before the date the unlawful detainer (eviction) Complaint was filed.<br>3. You still occupy the premises. | (To be completed by the process server)<br>DATE OF SERVICE:<br>(Date that this form is served or delivered, and posted, and mailed by the officer or process server) |
|---|---|

I DECLARE THE FOLLOWING UNDER PENALTY OF PERJURY:
1. My name is (specify):

2. I reside at (street address, unit No., city and ZIP code):

3. The address of "the premises" subject to this claim is (address):

4. On (insert date): _____ , the landlord or the landlord's authorized agent filed a complaint to recover possession of the premises. (This date is the court filing date on the accompanying Summons and Complaint.)

5. I occupied the premises on the date the complaint was filed (the date in item 4). I have continued to occupy the premises ever since.

6. I was at least 18 years of age on the date the complaint was filed (the date in item 4).

7. I claim a right to possession of the premises because I occupied the premises on the date the complaint was filed (the date in item 4).

8. I was not named in the Summons and Complaint.

9. I understand that if I make this claim of right to possession, I will be added as a defendant to the unlawful detainer (eviction) action.

10. (Filing fee) I understand that I must go to the court and pay a filing fee of $ _____ or file with the court the form "Application for Waiver of Court Fees and Costs." I understand that if I don't pay the filing fee or file with the court the form for waiver of court fees within 10 days from the date of service on this form (excluding court holidays), I will not be entitled to make a claim of right to possession.

(Continued on reverse)

**VIA FAX FILE**

| PREJUDGMENT CLAIM OF RIGHT<br>TO POSSESSION | Code of Civil Procedure §§ 415.46,<br>715.010, 715.020, 1174.25

| PLAINTIFF *(Name):* DEUTSCHE BANK NATIONAL TRUST COMPANY | CASE NUMBER: |
|---|---|
| DEFENDANT *(Name):* OSCAR MADRIGAL SENCION, and Does 1 through 5, | |

---

**NOTICE: If you fail to file this claim, you will be evicted without further hearing.**

11. *(Response required within five days after you file this form)* I understand that I will have *five days* (excluding court holidays) to file a response to the Summons and Complaint after I file this Prejudgment Claim of Right to Possession form.

12. Rental agreement. I have *(check all that apply to you):*
   a. ☐ an oral rental agreement with the landlord.
   b. ☐ a written rental agreement with the landlord.
   c. ☐ an oral rental agreement with a person other than the landlord.
   d. ☐ a written rental agreement with a person other than the landlord.
   e. ☐ other *(explain):*

I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.

**WARNING: Perjury is a felony punishable by imprisonment in the state prison.**

Date:

▶

. . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . .           . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . .
              (TYPE OR PRINT NAME)                                        (SIGNATURE OF CLAIMANT)

**NOTICE:** If you file this claim of right to possession, the unlawful detainer (eviction) action against you will be determined at trial. At trial, you may be found liable for rent, costs, and, in some cases, treble damages.

---

## — NOTICE TO OCCUPANTS —

YOU MUST ACT AT ONCE if all the following are true:
   1. You are NOT named in the accompanying Summons and Complaint.
   2. You occupied the premises on or before the date the unlawful detainer (eviction) complaint was filed. *(The date is the court filing date on the accompanying Summons and Complaint.)*
   3. You still occupy the premises.

*(Where to file this form)*    You can complete and SUBMIT THIS CLAIM FORM WITHIN 10 DAYS from the date of service (on the reverse of this form) at the court where the unlawful detainer (eviction) complaint was filed.

*(What will happen if you do not file this form)*    If you do not complete and submit this form and pay a filing fee or file the form for proceeding in forma pauperis if you cannot pay the fee), YOU WILL BE EVICTED.

After this form is properly filed, you will be added as a defendant in the unlawful detainer (eviction) action and your right to occupy the premises will be decided by the court. *If you do not file this claim, you will be evicted without a hearing.*

---

1   Shelly Raiszadeh, Esq. (CA Bar #270148)
    Grace M. Kim, Esq. (CA Bar #233089)
2   Michael Gonzales, Esq. (CA Bar #261302)
    Law Offices of Les Zieve
3   18377 Beach Blvd. Suite 210
    Huntington Beach, CA 92648
4   Phone: 714-848-7920
    Fax: 714-848-7650
5
    Attorney for Plaintiff
6

                                   ～～～ FILED

                                   JAN - 4   2011

                                   VIA FAX FILE

7               SUPERIOR COURT OF STATE OF CALIFORNIA

8                  FOR THE COUNTY OF SANTA CLARA

9                     SOUTH COUNTY COURTHOUSE

10

11  DEUTSCHE BANK NATIONAL TRUST        )  Case No.:  5 1 1 C V 0 0 5 7 2 0
    COMPANY, AS TRUSTEE FOR NATIXIS REAL )
12  ESTATE CAPITAL TRUST 2007-HE2       )
                                         )  VERIFIED COMPLAINT FOR UNLAWFUL
13                                       )  DETAINER (residential)
                                         )
14              Plaintiff,               )  (demand for complaint is less than $10,000.00)
                                         )
15          vs.                          )
                                         )
16  Oscar Madrigal Sencion, and Does 1 through 5, )
    inclusive,                           )
17                                       )
                                         )
18              Defendants.              )
                                         )
19                                       )
                                         )

20

21  Plaintiff alleges:

22  1.  Plaintiff, DEUTSCHE BANK NATIONAL TRUST COMPANY, is a corporation qualified to do business
        in California.

23  2.  Plaintiff, DEUTSCHE BANK NATIONAL TRUST COMPANY, AS TRUSTEE FOR NATIXIS REAL
24      ESTATE CAPITAL TRUST 2007-HE2, is the owner of the real property located at 9120 Murray
        Avenue, Gilroy CA 95020, ("premises") and is entitled to possession thereof.

25  3.  On or about 03/19/2010 plaintiff became the owner of the premises by purchasing them at a trustee's
26      sale held in compliance with California Civil Code § 2924. The title of the premises pursuant to the
        foreclosure sale has been duly perfected in plaintiff's name. A true and correct copy of the Trustee's
27      Deed Upon Sale is attached hereto and incorporated herein as Exhibit "A".

                                    COMPLAINT

4.  Each defendant named above is a natural person. The true names and capacities of defendants sued as Does are unknown to plaintiff. Plaintiff is informed and believes, and based thereon alleges, that each fictitiously named Defendant is responsible is some manner for the actions or inactions alleged in this Complaint and/or claim some right to possession of the real property described above. Plaintiff will either amend this Complaint to set forth the identity and capacity of each DOE Defendant when ascertained or will conform this Complaint to proof at trial.

5.  Defendants have occupied the premises since foreclosure sale without the consent of plaintiff. Defendant's title to and/or right to possess the premises was extinguished by the foreclosure sale.

6.  On or about 12/27/2010 plaintiff served a written notice on defendants to quit and deliver up possession of the premises within 3 days after service of the notice if they are a former owner of the premises or within 90 days after service if they are tenants. Said notice is hereinafter referred to as the "Notice To Quit". A true and correct copy of the Notice to Quit and proof of service thereof are attached hereto and incorporated herein together as Exhibit "B".

7.  More than three (3) days have elapsed since the service of the Notice To Quit without defendants quitting and delivering up possession of the premises.

8.  Plaintiff is entitled to damages in the sum of $100.00 per day from the expiration of the Notice To Quit for the reasonable value of the use and occupancy of the premises.

WHEREFORE, plaintiff prays for judgment against defendants as follows:

(1)  For restitution of the premises;

(2)  For damages in the amount of $100.00 for each day defendants occupy the premises from the expiration of the Notice To Quit through entry of judgment;

(3)  For Costs of suit;

(4)  For such other relief as the Court deems proper.

Dated: DECEMBER 31, 2010

Law Offices of Les Zieve
BY: Shelly Raiszadeh, Esq.
Grace M. Kim, Esq.
Michael Gonzales, Esq.
Counsel for DEUTSCHE BANK NATIONAL
TRUST COMPANY, AS TRUSTEE FOR
NATIXIS REAL ESTATE CAPITAL TRUST
2007-HE2

COMPLAINT

<u>VERIFICATION</u>

STATE OF CALIFORNIA, COUNTY OF ORANGE

I have read the foregoing VERIFIED COMPLAINT FOR UNLAWFUL DETAINER –
RESIDENTIAL and know its contents.

**X** CHECK APPLICABLE PARAGRAPH

I am a party to this action. The matters stated in the foregoing document are true of my own
knowledge except as to those matters which are stated on information and belief, and as to those
matters I believe them to be true.

I am _____ of _____, a party to this action, and am authorized to make
this verification for and on its behalf, and I make this verification for that reason.

I am informed and believe and on that ground allege that the matters stated in the foregoing
document are true.

The matters stated in the foregoing document are true of my own knowledge except as to
those matters which are stated on information and belief, and as to those matters I believe them to
be true.

**X** I am one of the attorneys for, DEUTSCHE BANK NATIONAL TRUST COMPANY, AS
TRUSTEE FOR NATIXIS REAL ESTATE CAPITAL TRUST 2007-HE2, a party to this action.
Such party is absent from the county of aforesaid where such attorneys have their offices, and I
make this verification for and on behalf of that party for that reason. I am informed and believe
and on that ground allege that the matters stated in the foregoing documents are true.

Executed on December 31, 2010, at Huntington Beach, California.

I declare under penalty of perjury under the laws of the State of California that the
foregoing is true and correct.

SHELLY RAISZADEH, ESQ.
GRACE M. KIM, ESQ.
MICHAEL GONZALES, ESQ.

Signature

VERIFIED COMPLAINT FOR UNLAWFUL DETAINER – RESIDENTIAL

24
24
25
26
27
28
29
30
31
32
33
34
35
36



**"EXHIBIT A"**

DOCUMENT: 20657916     Pages: 3

Fees.... 21.00
Taxes...
Copies...
AMT PAID 21.00

RECORDING REQUESTED BY
and

WHEN RECORDED MAIL TO

SAXON MORTGAGE SERVICES, INC.
4708 MERCANTILE DRIVE
FORT WORTH, TX 76137
Trustee Sale No. 05-FMG-73896

REGINA ALCOHENDRAS
SANTA CLARA COUNTY RECORDER
Recorded at the request of
Recording Service

RDE N 024
3/26/2010
10:36 AM

APN#       835-05-004
Address    9120 MURRAY AVENUE
           GILROY, CA 95020

090290426

2060306506

## TRUSTEE'S DEED

1st position

*This instrument is being recorded as an
ACCOMMODATION ONLY, with no
Representation as to its effect upon title*

The undersigned grantor declares:
1. The Grantee herein was the foreclosing beneficiary.
2. The amount of the unpaid debt together with costs was $711,156.40.
3. The amount paid by the Grantee at the Trustee's Sale was $318,750.00.
4. The documentary transfer tax is $_____0_____.

REGIONAL SERVICE CORPORATION, a California corporation, as the duly appointed Trustee under the Deed of Trust hereinafter described (herein called TRUSTEE), hereby grants and conveys, but without warranty, express or implied, to:

Deutsche Bank National Trust Company, as Trustee for NATIXIS Real Estate Capital Trust 2007-HE2

Herein called GRANTEE, all of its right, title and interest in and to that certain property situate in the City of GILROY, County of SANTA CLARA, State of CALIFORNIA, described as follows:

ATTACHED HERETO AS EXHIBIT 'A' AND INCORPORATED HEREIN AS THOUGH FULLY SET FORTH.

TAX PARCEL NO:       835-05-004

This conveyance is made pursuant to the powers conferred upon TRUSTEE by that certain Deed of Trust executed by OSCAR MADRIGAL SENCION, A SINGLE MAN, as Trustors recorded 12/11/2006 , as Instrument No. 19219674, of Official Records in the office of the Recorder of SANTA CLARA County, State of CALIFORNIA, and after fulfillment of the conditions as specified in said Deed of Trust authorizing this conveyance. Default occurred as set forth in a Notice of Default and Election to Sell which was filed for record in the office of the Recorder of said County, and such default still existed at the time of sale. All requirements of law regarding the mailing of copies of notices and posting and publication of copies of the Notice of Sale have been complied with.

Said property was sold by said Trustee at public auction on March 19, 2010, at the place named in the Notice of Sale, in the County of SANTA CLARA, CALIFORNIA, in which the property is situated. Grantee, being the highest bidder at such sale, became the purchaser of said property and paid therefor

Page 1 of 3                                           CA_TD

to said Trustee the amount bid, in lawful money of the United States, or by the satisfaction, pro tanto, of the obligations then secured by said Deed of Trust.

Date:   3/24/2010

REGIONAL SERVICE CORPORATION, Trustee

By_____
JEAN GREAGOR, AUTHORIZED AGENT

STATE OF WASHINGTON     )
                        ) ss.
COUNTY OF KING          )

On 3/24/2010, before me, the undersigned, a Notary Public, personally appeared JEAN GREAGOR, who proved to me on the basis of satisfactory evidence to be the person(s) whose name(s) is/are subscribed to the within instrument and acknowledged to me that he/she/they executed the same in his/her/their authorized capacity(ies) and that by his/her/their signature(s) on the instrument the person(s), or the entity upon behalf of which the person(s) acted, executed the instrument.

WITNESS my hand and official seal.

_____
NOTARY PUBLIC

TRACEY M. BARKSDALE
STATE OF WASHINGTON
NOTARY PUBLIC
MY COMMISSION EXPIRES
09-26-11

CA_TD

EXHIBIT FOR LEGAL DESCRIPTION
Trustee's Sale No. 05-PMO-73896

EXHIBIT 'A'

The land referred to herein is situated in the State of California, County of Santa Clara, City of Gilroy, and is described as follows:

BEGINNING AT THE POINT OF INTERSECTION OF THE CENTER LINE OF MURRAY AVENUE WITH THE CENTER LINE OF LAS ANIMAS AVENUE, AND RUNNING THENCE NORTHERLY AND ALONG THE CENTER LINE OF MURRAY AVENUE TWO HUNDRED THIRTEEN (213) FEET, THREE (3) INCHES, THENCE EASTERLY AND PARALLEL WITH THE LAS ANIMAS AVENUE THREE HUNDRED THIRTY-ONE (331) FEET TO THE EASTERLY LINE OF LOT NO. 12 HEREINAFTER REFERRED TO, THENCE SOUTHERLY AND ALONG THE EASTERLY LINE OF SAID LOT NO. 12, TWO HUNDRED THIRTEEN (213) FEET, THREE (3) INCHES TO THE CENTER LINE OF LAS ANIMAS AVENUE, THENCE WESTERLY AND ALONG THE CENTER LINE OF LAS ANIMAS AVENUE THREE HUNDRED THIRTY-ONE (331) FEET TO THE PLACE OF BEGINNING, AND BEING THE SOUTHERLY PORTION OF THE EASTERLY ½ OF LOT 12 OF HENRY MILLER'S SUBDIVISION OF PART OF LAS ANIMAS RANCH NO. 34, ACCORDING TO THAT CERTAIN MAP COMPILED BY HERRMANN BROS. AND RECORD IN THE OFFICE OF THE COUNTY RECORDER OF THE COUNTY OF SANTA CLARA, STATE OF CALIFORNIA, IN BOOK E OF MAPS, AT PAGE 77 ET. SEQ., FEBRUARY 28, 1891.

A.P.N.#: 835-05-004

**"EXHIBIT B"**

## NOTICE TO QUIT

TO:        **OSCAR MADRIGAL SENCION, AND ALL UNKNOWN OCCUPANTS**

ADDRESS:      9120 Murray Avenue, Gilroy, CA 95020
                    (referred to below as the "above-described real property")

The above-described real property was sold in accordance with California Civil Code §2924, under a Power of Sale contained in a Deed of Trust securing said real property, and title under the foreclosure sale has been duly perfected by virtue of the Power of Sale in the Deed of Trust.

If you are a former owner of the above-described real property, **within three (3) days** after service of this notice, you are hereby required to quit and deliver possession of the above-described real property now held and occupied by you. This Notice to Quit specifically terminates any possessory interest you may have in the above-described real property. This Three (3) Day Notice to Quit is served upon you pursuant to California Code of Civil Procedure §1161a for the purpose of terminating occupancy of the above-described real property.

If you are a tenant or a subtenant of the above-described real property you must vacate the above described real property within **ninety (90) days** after service of this Notice to Quit. This ninety (90) Day Notice to Quit is served upon you pursuant to California Code of Civil Procedure §1161b.

NOTE:        **IF YOU ARE NOT NAMED ABOVE, CONTACT THE UNDERSIGNED AT 714-842-6346**

Dated:  December 22, 2010              LAW OFFICES OF LES ZIEVE

2010002320                    Shelly Raiszadeh, Esq.
                               Grace M. Kim, Esq.
                               Michael Gonzales, Esq.
                               **LAW OFFICES OF LES ZIEVE**
                               Attorney for DEUTSCHE BANK NATIONAL TRUST COMPANY, AS TRUSTEE FOR NATIXIS REAL ESTATE CAPITAL TRUST 2007-HE2

| ATTORNEY OR PARTY WITHOUT ATTORNEY *(Name, State Bar number, and address):*<br>LAW OFFICES OF LES ZIEVE<br>18377 BEACH BLVD., SUITE 210<br>HUNTINGTON BEACH, CA 92648 | FOR COURT USE ONLY |
|---|---|
| TELEPHONE NO.:<br>E-MAIL ADDRESS *(Optional):*            FAX NO. *(Optional):*<br>ATTORNEY FOR *(Name):* | |
| SUPERIOR COURT OF CALIFORNIA, COUNTY OF SANTA CLARA<br>STREET ADDRESS:<br>MAILING ADDRESS:<br>CITY AND ZIP CODE:<br>BRANCH NAME: | |
| PLAINTIFF/PETITIONER:<br><br>DEFENDANT/RESPONDENT: OSCAR MADRIGAL SENCION | |

| PROOF OF SERVICE | CASE NUMBER:<br>Ref. No. or File No.: 2010003320 |
|---|---|

1. At the time of service I was at least 18 years of age and not a party to this action.

2. I served the following documents (Specify): NOTICE TO QUIT

3. Party served (specify name of party as shown on documents served):OSCAR MADRIGAL SENCION AND ALL UNKNOWN OCCUPANTS

4. Address where the party was served: 9120 MURRAY AVENUE GILROY, CA 95020

5. I served the party (check proper box)

    a.☐    by personal service [CCP § 1162(1)]. I personally delivered the documents listed in item 2 to the party or person authorized to receive service of process for the party (1) on (Date): _____ (2) at (time) : _____

    b.☒    by substituted service on a competent member of the household (at least 18 years of age) at the dwelling house or usual place of abode of the party. I informed him or her of the general nature of the papers. [CCP § 1162(2)] On (date): 12/27/10 at (time): 1:55 PM I left the documents listed in item 2 with or in the presence of (name and title or relationship to person indicated in item 3): Yesenia Espinoza hispanic, female, 20yrs, brown hair, brown eyes, 5'3, 135lbs
      (1) ☐    I thereafter mailed (by first-class, postage prepaid) copies of the documents to the person to be served at the place where the copies were left. I mailed the documents on (date): _____ from (city) : _____ or ☒ a declaration of mailing is attached.

| | |
|---|---|
| PLAINTIFF/PETITIONER:<br><br>DEFENDANT/RESPONDENT:OSCAR MADRIGAL SENCION | CASE NUMBER:<br>Ref. No. or File No.: 2010002320 |

c. ☐  by POSTING on _____(Date) & _____(Time) :in a conspicuous place on the property therein described, there being no person of suitable age or discretion to be found at any known place of residence or business of said tenants; and mailing a copy by first class mail, postage pre-paid, and depositing said copies in the United States Mail, in a sealed envelope, addressed as stated above. [CCP § 1162(3)]

   (1) ☐      I thereafter mailed (by first-class, postage prepaid) copies of the documents to the person to be served at the place where the copies were left. I mailed the documents on (date): _____ from (city) : _____ or ☐ a declaration of mailing is attached.

6.  I am
   a.  ☐ not a registered California process server.
   b.  ☑ a registered California process server.
   c.  ☐ an employee or independent contractor of a registered California process server.
   d.  ☐ exempt from registration under Business & Professions Code section 22350(b).

7.  Fee for Service: 60.00

   County:  Santa Clara

   Registration No.:  1207

   Name & Address  Raul DeLeon

          981 RIDDER PARK DRIVE
          SAN JOSE, CA  95131

I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.

Date: 12/27/10

_Raul DeLeon_                           _[signature]_
(NAME OF PERSON WHO SERVED PAPERS)              (SIGNATURE)

| Attorney or Party without Attorney:<br>Law Offices Of: Les Zieve<br>18377 Beach Blvd.<br>Suite 210<br>Huntington Beach, CA 92648<br>Telephone No: 714-848-7920      FAX No: | For Court Use Only |
|---|---|
| Attorney for: Plaintiff | Ref. No or File No.:<br>2010002320 |

Insert name of Court, and Judicial District and Branch Court:

Plaintiff: DEUTSCHE BANK NATIONAL TRUST COMPANY, ET AL

Defendant: Oscar Madrigal Sencion And All Unknown Occupants, C/O (Oscar Madrigal Sencion)

| PROOF OF SERVICE<br>By Mail | Hearing Date: | Time: | Dept/Div: | Case Number:<br>2010002320 |
|---|---|---|---|---|

1. I am over the age of 18 and not a party to this action. I am employed in the county where the mailing occurred.

2. I served copies of the NOTICE TO QUIT; NOTICE TO QUIT

3. By placing a true copy of each document in the United States mail, in a sealed envelope by First Class mail with postage prepaid as follows:

    a. Date of Mailing:                     Mon., Dec. 27, 2010<br>
    b. Place of Mailing:                 San Jose, CA 95131<br>
    c. Addressed as follows:          OSCAR MADRIGAL SENCION AND ALL UNKNOWN OCCUPANTS, C/O<br>
                                     (OSCAR MADRIGAL SENCION)<br>
                                     9120 MURRAY AVENUE<br>
                                     Gilroy, CA 95020

4. I am readily familiar with the business practice for collection and processing of correspondence as deposited with the U.S. Postal Service on Mon., Dec. 27, 2010 in the ordinary course of business.

5. Person Serving:                                      Recoverable Cost Per CCP 1033.5(a)(4)(B)<br>
    a. Garret L Brown                              d. The Fee for Service was:<br>
    b. Pro-Vest, Inc.                              e. I am: (3) registered California process server<br>
        7676 HAZARD CENTER DRIVE #500              (i)    Independent Contractor<br>
        San Diego, CA 92108                    (ii)   Registration No.:    1074<br>
    c.                                        (iii)  County:          Santa Clara<br>
                                           (iv)  Expiration Date:    Wed, Nov. 30, 2011

8. I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.

   Date: Mon, Dec. 27, 2010

1   DATED: April __, 2011                      **CENTURY LAW GROUP LLP**

2

3
                                              Edward O. Lear
4                                             Rizza Gonzales
                                              Attorney for Plaintiff
5                                             Oscar Madrigal Sencion

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

---

3