1 **CENTURY LAW GROUP LLP**
Edward O. Lear, State Bar No. 132699
2 Rizza Gonzales, State Bar No. 268118
5200 W. Century Boulevard, Suite 345
3 Los Angeles, California 90045
Telephone: (310) 642-6900
4 Facsimile: (310) 642-6910

5 Attorneys for Plaintiff
OSCAR MADRIGAL SENCION
6

7

8 **UNITED STATES DISTRICT COURT**

9 **NORTHERN DISTRICT OF CALIFORNIA**

10

11 OSCAR MADRIGAL SENCION, an
individual,

12 PLAINTIFF,

13 vs.

14

15 SAXON MORTGAGE SERVICES,
INC., a business of unknown form;
16 OCWEN LOAN SERVICING, LLC;
DEUTSCHE BANK NATIONAL
17 TRUST COMPANY, as TRUSTEE
FOR NATIXIS REAL ESTATE
18 CAPITAL TRUST 2007-HE2; and,
DOES 1 through 100, inclusive,

19 Defendants.

20

Case No.: 5:10-cv-03108PSG

**DECLARATIONS OF RIZZA GONZALES AND OSCAR MADRIGAL SENCION IN SUPPORT OF PLAINTIFF'S EX PARTE MOTION APPLICATION FOR ORDER TO SHOW CAUSE AND TEMPORARY RESTRAINING ORDER**

1

1

## **DECLARATION OF RIZZA GONZALES**

2

I, Kathy Ferrera, do hereby declare as follows:

1.     I am an attorney duly licensed to practice law in the State of California.

3

2.     I am an attorney associated with Century Law Group LLP, the attorneys of record

4

representing defendant, Oscar Madrigal Sencion ("Mr. Sencion"). I have personal knowledge of

the facts set forth herein and would and could competently testify hereto if called upon to do so.

5

3.     On April 7, 2011, I had faxed to attorney of record for Defendant Ocwen Loan

6

Servicing, LLC and Defendant Saxon Mortgage Services, Inc. correspondence regarding the

7

filing of Plaintiff's ex parte application for an order to show cause and temporary restraining

order. A true and correct copy of the ex parte notice is attached hereto as Exhibit A.

8

4.     That same day I received a fax confirmation. A true and correct copy of the fax

9

confirmation is attached as Exhibit B-1.

5.     On April 7, 2011, I also sent such notices via e-mail to attorney of record for

10

Defendant Ocwen and Defendant Saxon.

11

6.     On April 7, 2011, I sent via U.S. Mail a copy of correspondence regarding the

filing of Plaintiff's ex parte application for an order to show cause and temporary restraining

12

order to Defendant Deutsche Bank National Trust Company at 1761 E. Saint Andrew Place,

13

Santa Ana, CA 92705, and a fax to the Deutsche Bank litigation department at (714) 247-6478.

A true and correct copy of the ex parte notice is attached hereto as Exhibit A.

14

7.     That same day I received a fax confirmation. A true and correct copy of the fax

15

confirmation is attached as Exhibit B-2.

8.     On April 7, 2011, I received a letter from Brian Edwards, counsel for Defendant

16

Ocwen, stating that he would like an opportunity to file an opposition to Plaintiff's *ex parte*

17

application. A true and correct copy is attached hereto as Exhibit D.

9.     On April 7, 2011, I received from Plaintiff a copy of a Notice to Vacate posted on

18

his property providing that possession of the property must be turned over on or before April 12,

19

2011, 12:01 a.m. A true and correct copy is attached hereto as Exhibit E.

20

2

1    I declare under penalty of perjury under the laws of the State of California that the

2    foregoing is true and correct. Executed this April 7, 2011, in Los Angeles, California.

3

     _____
     Rizza Gonzalez

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

**DECLARATIONS OF RIZZA GONZALES AND OSCAR MADRIGAL SENCION IN SUPPORT OF PLAINTIFF'S EX PARTE MOTION APPLICATION FOR ORDER TO SHOW CAUSE AND TEMPORARY RESTRAINING ORDER**

## DECLARATION OF OSCAR MARDIGAL SENCION

I, Oscar Madrigal Sencion, declare as follows:

1.      I am the Defendant and Appellant in the above-entitled action.

2.      I have personal knowledge of the statements set forth herein, but for those based upon information and belief and as to those I believe them to be true, and I would and could competently testify hereto if called upon to do so.

3.      Attached hereto as Exhibit C is a true and correct copy of my declaration in support of a temporary restraining order filed in the Superior Court of Santa Clara.

4.      If I am evicted from the Sencion Home, I will suffer irreparable injury. I will be forced to leave my home for the past three years. We will have no place to move to should we be evicted from the Sencion Home. The Sencion Home, while small and older, holds much sentimental value for me and my family which we cannot regain if we were to lose our home. Any other suitable place to live may be substantially farther from the location of the Sencion Home which was chosen specifically because it is close to my extended family.

5.      I am willing and able to pay reasonable monthly rent to Defendant Deutsche Bank during the pendency of this matter before the Court

I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct. Executed April __, 2011, at Gilroy, California.

Oscar Madrigal Sencion

DECLARATIONS OF RIZZA GONZALES AND OSCAR MADRIGAL SENCION IN SUPPORT OF
PLAINTIFF'S EX PARTE MOTION APPLICATION FOR ORDER TO SHOW CAUSE AND
TEMPORARY RESTRAINING ORDER

# EXHIBIT A

# CENTURY LAW GROUP LLP

5200 WEST CENTURY BOULEVARD, SUITE 345, LOS ANGELES, CA 90045 (310) 642-6900 FAX: (310) 642-6910

April 7, 2011

## VIA FACSIMILE AND E-MAIL ONLY

| | |
|---|---|
| Marcus Brown, Esq.<br>Wolfe & Wyman LLP<br>2175 N. California Blvd., Ste. 645<br>Walnut Creek, CA 94596<br>Fax: (925) 280-0006<br>mtbrown@wolfewyman.com | Deutsche Bank National Trust Company<br>Litigation Department<br>1761 E. Saint Andrew Pl.<br>Santa Ana, CA 92705<br>Fax: (714) 247-6478<br>(Facsimile and U.S. Mail) |
| Brian Edwards<br>Houser & Allison<br>A Professional Corporation<br>9970 Research Drive<br>Irvine, CA 92618<br>Fax: (949) 679-1112<br>bedwards@houser-law.com | |

***Re:   Sencion v. Saxon, et al. (N.D. Cal. Case No. 5:10-CV-03108-PSG)***

Counsel:

  This letter serves notice that on Friday, April 8, 2011, in the above-named court located at the Robert F. Peckham Federal Building, 280 South 1st Street, San Jose, CA 95113, in Courtroom 5, Plaintiff Oscar Madrigal Sencion will be filing his *ex parte* application for a temporary restraining order preventing Defendant Deutsche Bank National Trust Company and the Santa Clara County Sheriff from enforcing its writ of possession against Plaintiff as to the property located at 9120 Murray Avenue, Gilroy, CA 95020.  Per Judge Grewal's clerk, Oscar Rivera, no hearing date is required and no oral argument is required unless Judge Grewal so orders.

  Please contact me at (310) 642-6900 and advise whether you oppose such application.

    Very truly yours,

    Rizza Gonzales, Esq.

# EXHIBIT B

```
                    TRANSMISSION VERIFICATION REPORT

                                        TIME  : 04/07/2011 14:50
                                        NAME  :
                                        FAX   : 11111111111
                                        TEL   : 11111111111
                                        SER.# : BROA6J417640


        DATE,TIME                        04/07  14:50
        FAX NO./NAME                     19252800005
        DURATION                         00:00:35
        PAGE(S)                          02
        RESULT                           OK
        MODE                             STANDARD
                                         ECM
```

# CENTURY LAW GROUP LLP

*5200 West Century Boulevard, Suite 345*
*Los Angeles, California 90045*
*Telephone: (310) 642-6900*
*Facsimile: (310) 642-6910*

## FAX TRANSMISSION COVER SHEET

*To:*    **Marcus Brown, Esq.**
         **Wolfe & Wyman LLP**

*Fax:*   *925-280-0005*

*Date:*  *April 7, 2011*

*Re:*    *See Attached*

*Pages:*   *2 pages, including this cover sheet.*

*Sender:*  *Rikki Gonzales for Rizza Gonzales, Esq.*

IF YOU DO NOT RECEIVE ALL THE PAGES, PLEASE CALL (310) 642-6900.

TRANSMISSION VERIFICATION REPORT

```
TIME   : 04/07/2011 14:52
NAME   :
FAX    : 11111111111
TEL    : 11111111111
SER.#  : BROA6J417640
```

```
DATE,TIME          04/07  14:51
FAX NO./NAME       17142476478
DURATION           00:00:54
PAGE(S)            02
RESULT             OK
MODE               STANDARD
                   ECM
```

# CENTURY LAW GROUP LLP

*5200 West Century Boulevard, Suite 345*
*Los Angeles, California 90045*
*Telephone: (310) 642-6900*
*Facsimile: (310) 642-6910*

## FAX TRANSMISSION COVER SHEET

*To:*    **Deutsche Bank National Trust Company**
         **Litigation Department**

*Fax:*   *714-247-6478*

*Date:*  *April 7, 2011*

*Re:*    *See Attached*

*Pages:* $\partial$ *pages, including this cover sheet.*

*Sender:* *Rikki Gonzales for Rizza Gonzales, Esq.*

IF YOU DO NOT RECEIVE ALL THE PAGES, PLEASE CALL (310) 642-6900.

```
TRANSMISSION VERIFICATION REPORT
```

```
                                    TIME  : 04/07/2011 14:54
                                    NAME  :
                                    FAX   : 11111111111
                                    TEL   : 11111111111
                                    SER.# : BROA6J417640
```

```
    DATE,TIME              04/07  14:53
    FAX NO./NAME           17142476478
    DURATION               00:00:55
    PAGE(S)                02
    RESULT                 OK
    MODE                   STANDARD
                           ECM
```

# CENTURY LAW GROUP LLP

*5200 West Century Boulevard, Suite 345*
*Los Angeles, California 90045*
*Telephone: (310) 642-6900*
*Facsimile: (310) 642-6910*

## FAX TRANSMISSION COVER SHEET

**To:**   **Brian Edwards**
          **Houser & Allison**
          **A Professional Corporation**

**Fax:**   *714-247-6478*

**Date:**   *April 7, 2011*

**Re:**   *See Attached*

**Pages:**   *2 pages, including this cover sheet.*

**Sender:**   *Rikki Gonzales for Rizza Gonzales, Esq.*

IF YOU DO NOT RECEIVE ALL THE PAGES, PLEASE CALL (310) 642-6900.

# CENTURY LAW GROUP LLP

*5200 West Century Boulevard, Suite 345*
*Los Angeles, California 90045*
*Telephone: (310) 642-6900*
*Facsimile: (310) 642-6910*

## FAX TRANSMISSION COVER SHEET

**To:**    ***Marcus Brown, Esq.***
        ***Wolfe & Wyman LLP***

**Fax:**   *925-280-0005*

**Date:**  *April 7, 2011*

**Re:**    *See Attached*

**Pages:** 2̲ *pages, including this cover sheet.*

**Sender:** *Rikki Gonzales for Rizza Gonzales, Esq.*

### IF YOU DO NOT RECEIVE ALL THE PAGES, PLEASE CALL (310) 642-6900.

THIS TRANSMISSION IS INTENDED ONLY FOR THE USE OF THE INDIVIDUAL OR ENTITY TO WHICH IT IS ADDRESSED, AND MAY CONTAIN INFORMATION THAT IS PRIVILEGED, CONFIDENTIAL AND EXEMPT FROM DISCLOSURE UNDER APPLICABLE LAW. IF THE READER OF THIS MESSAGE IS NOT THE INTENDED RECIPIENT, OR THE EMPLOYEE OR AGENT RESPONSIBLE FOR DELIVERING THE MESSAGE TO THE INTENDED RECIPIENT, YOU ARE HEREBY NOTIFIED THAT ANY DISSEMINATION, DISTRIBUTION OR COPYING OF THIS COMMUNICATION IS STRICTLY PROHIBITED. IF YOU HAVE RECEIVED THIS COMMUNICATION IN ERROR, PLEASE NOTIFY US IMMEDIATELY BY TELEPHONE AND RETURN THE ORIGINAL MESSAGE TO US AT THE ABOVE ADDRESS VIA THE U.S. POSTAL SERVICE. THANK YOU.

# CENTURY LAW GROUP LLP

*5200 West Century Boulevard, Suite 345*
*Los Angeles, California 90045*
*Telephone: (310) 642-6900*
*Facsimile: (310) 642-6910*

## FAX TRANSMISSION COVER SHEET

**To:** **Deutsche Bank National Trust Company**
**Litigation Department**

**Fax:** *714-247-6478*

**Date:** *April 7, 2011*

**Re:** *See Attached*

**Pages:** 2̸ *pages, including this cover sheet.*

**Sender:** *Rikki Gonzales for Rizza Gonzales, Esq.*

### IF YOU DO NOT RECEIVE ALL THE PAGES, PLEASE CALL (310) 642-6900.

THIS TRANSMISSION IS INTENDED ONLY FOR THE USE OF THE INDIVIDUAL OR ENTITY TO WHICH IT IS ADDRESSED, AND MAY CONTAIN INFORMATION THAT IS PRIVILEGED, CONFIDENTIAL AND EXEMPT FROM DISCLOSURE UNDER APPLICABLE LAW. IF THE READER OF THIS MESSAGE IS NOT THE INTENDED RECIPIENT, OR THE EMPLOYEE OR AGENT RESPONSIBLE FOR DELIVERING THE MESSAGE TO THE INTENDED RECIPIENT, YOU ARE HEREBY NOTIFIED THAT ANY DISSEMINATION, DISTRIBUTION OR COPYING OF THIS COMMUNICATION IS STRICTLY PROHIBITED. IF YOU HAVE RECEIVED THIS COMMUNICATION IN ERROR, PLEASE NOTIFY US IMMEDIATELY BY TELEPHONE AND RETURN THE ORIGINAL MESSAGE TO US AT THE ABOVE ADDRESS VIA THE U.S. POSTAL SERVICE. THANK YOU.

# CENTURY LAW GROUP LLP

*5200 West Century Boulevard, Suite 345*
*Los Angeles, California 90045*
*Telephone: (310) 642-6900*
*Facsimile: (310) 642-6910*

## FAX TRANSMISSION COVER SHEET

| | |
|---|---|
| **To:** | ***Brian Edwards*** <br> ***Houser & Allison*** <br> ***A Professional Corporation*** |
| **Fax:** | *714-247-6478* |
| **Date:** | *April 7, 2011* |
| **Re:** | *See Attached* |
| **Pages:** | *2 pages, including this cover sheet.* |
| **Sender:** | *Rikki Gonzales for Rizza Gonzales, Esq.* |

### IF YOU DO NOT RECEIVE ALL THE PAGES, PLEASE CALL (310) 642-6900.

THIS TRANSMISSION IS INTENDED ONLY FOR THE USE OF THE INDIVIDUAL OR ENTITY TO WHICH IT IS ADDRESSED, AND MAY CONTAIN INFORMATION THAT IS PRIVILEGED, CONFIDENTIAL AND EXEMPT FROM DISCLOSURE UNDER APPLICABLE LAW.  IF THE READER OF THIS MESSAGE IS NOT THE INTENDED RECIPIENT, OR THE EMPLOYEE OR AGENT RESPONSIBLE FOR DELIVERING THE MESSAGE TO THE INTENDED RECIPIENT, YOU ARE HEREBY NOTIFIED THAT ANY DISSEMINATION, DISTRIBUTION OR COPYING OF THIS COMMUNICATION IS STRICTLY PROHIBITED.   IF YOU HAVE RECEIVED THIS COMMUNICATION IN ERROR, PLEASE NOTIFY US IMMEDIATELY BY TELEPHONE AND RETURN THE ORIGINAL MESSAGE TO US AT THE ABOVE ADDRESS VIA THE U.S. POSTAL SERVICE.  THANK YOU.

# EXHIBIT C

1   CENTURY LAW GROUP LLP
    Edward O. Lear, State Bar No. 132699
2   Marisol Ocampo, State Bar No. 198087
    Rizza Gonzales, State Bar No. 268118
3   5200 West Century Boulevard, Suite 345
    Los Angeles, California 90045
4   Telephone: (310) 642-6900
    Facsimile: (310) 642-6910

5   Attorneys for Plaintiff
    OSCAR MADRIGAL SENCION

6

7

8                    SUPERIOR COURT OF THE STATE OF CALIFORNIA

9                         FOR THE COUNTY OF SANTA CLARA

10

11  OSCAR MADRIGAL SENCION, an            Case No.: 110CV168510
    individual,
12                                        PLAINTIFF OSCAR MADRIGAL
              PLAINTIFF,                  SENCION'S *EX PARTE* APPLICATION
13                                        FOR ORDER TO SHOW CAUSE AND
         vs.                              TEMPORARY RESTRAINING ORDER;
14                                        MEMORANDUM OF POINTS AND
                                          AUTHORITIES
15  SAXON MORTGAGE SERVICES, INC., a
    business of unknown form; DOES 1 through   [concurrently filed with Declarations in
16  100, inclusive,                       Support]

17            Defendants.                 DATE: April 8, 2010
                                          TIME: 8:30 a.m.
18                                        DEPT.: ___

19

20

21

22

23

24

25

26

27

28

                                          i
    *EX PARTE* APPLICATION FOR ORDER TO SHOW CAUSE AND TEMPORARY RESTRAINING ORDER

ENDORSED   Santa Clara
04/08/10   8:28am
David H. Yamasaki
Chief Executive Offic
By: marst D SCIV01013
R#201000036048
CA              $40.00
TL              $40.00
Case: 1-10-CV-168510

1
**CENTURY LAW GROUP LLP**
Edward O. Lear, State Bar No. 132699
2
Marisol Ocampo, State Bar No. 198087
3
Rizza Gonzales, State Bar No. 268118
5200 W. Century Boulevard, Suite 345
4
Los Angeles, California 90045
Telephone: (310) 642-6900
5
Facsimile: (310) 642-6910
6
7
Attorneys for Plaintiff
OSCAR MADRIGAL SENCION
8
9                **SUPERIOR COURT FOR THE STATE OF CALIFORNIA**
10                  **IN AND FOR THE COUNTY OF SANTA CLARA**
11

| | |
|---|---|
| 12 OSCAR MADRIGAL SENCION, an individual,<br>13<br>14                 PLAINTIFF,<br>15      vs.<br>16 SAXON MORTGAGE SERVICES, INC., a<br>17 business of unknown form; DOES 1 through 100, inclusive,<br>18<br>19                 Defendants. | Case No.: 110CV168510<br><br>**DECLARATIONS OF KATHY FERRERA, RIZZA GONZALES, OSCAR SENCION, HILDA ANDRADE, AND MARTIN GARCIA IN SUPPORT OF PLAINTIFF'S *EX PARTE* APPLICATION TO STAY EVICTION PROCEEDINGS AND FURTHER SALE OF PROPERTY**<br><br>Date:   April 8, 2010<br>Time:   8:30 a.m.<br>Dept.   ___<br><br>(Filed concurrently with *Ex Parte* Application) |

20

21

22

23

24

25

26

27

28

1

DECLARATIONS ISO *EX PARTE* APPLICATION FOR TRO AND OSC

**DECLARATION OF KATHY FERRERA**

I, Kathy Ferrera, do hereby declare as follows:

1.     I am an employee of Century Law Group LLP, attorneys for Plaintiff Oscar Madrigal Sencion ("Plaintiff").

2.     I have personal knowledge of the facts set forth herein, but for those statements based upon information and belief and as to those I believe them to be true, and would and could competently testify hereto if called upon to do so.

3.     On Tuesday, April 6, 2010, I called Defendant Saxon Mortgage Services, Inc. ("Saxon") at 800-576-4940 and spoke with Olga, Teller ID #21145. I explained to her that I was calling to get a physical address for Saxon as well as a fax number so *ex parte* notice could be served on Saxon on April 7, 2010 for the *ex parte* hearing on April 8, 2010 at the Santa Clara Downtown Superior Court.  Olga put me on hold and when she came back on the line she informed me that she would give me the physical address and fax number needed to send *ex parte* notice to Saxon for the following day.  She directed me to send *ex parte* notice to Saxon Mortgage Services, Inc., Resolution Desk, 4708 Mercantile Dr., Fort Worth, TX 76137, fax number 888-422-6441. Ms. Teller further informed me that the Resolution Desk would then forward the *ex parte* notice to Saxon's Legal Department.

4.     On Wednesday, April 7, 2010, I faxed the *Ex parte* Notice to Saxon at 888-422-6441 before 10:00 a.m., Pacific Standard Time.  A true and correct copy of the Ex Parte Notice is attached hereto as Exhibit R.  A true and correct copy of the Ex Parte Fax Verification is attached hereto as Exhibit S.

5.     I called Saxon at 800-576-4940 and spoke with Erica, Teller ID No. 19533, to confirm receipt of the *Ex parte* Notice.  Erica informed me that she called the Resolution Department and spoke with Jane who confirmed receipt of said Notice.  Jane conveyed to Erica that Jane would forward the Notice to the Legal Department.

6.     I also informed Erica that another fax would be forthcoming containing the Ex Parte Notice as well as the attached complaint of the matter herein.  Erica contacted the Resolution Department and told Shando at the Resolution Department to expect another fax from Century Law Group.  A true and correct copy of the second Ex Parte Fax Verification is attached

1

hereto as Exhibit T.

I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct. Executed this ⁊th day of April 2010, in Los Angeles, California.

*Kathy Ferrera*

Kathy Ferrera

2

DECLARATIONS ISO *EX PARTE* APPLICATION FOR TRO AND OSC

**DECLARATION OF RIZZA GONZALES**

I, Rizza Gonzales, do hereby declare as follows:

1.      I am an attorney at law duly licensed to practice in the State of California and associated with Century Law Group LLP, attorneys for Plaintiff Oscar Madrigal Sencion ("Plaintiff").

2.      I have personal knowledge of the facts set forth herein, but for those statements based upon information and belief and as to those I believe them to be true, and would and could competently testify hereto if called upon to do so.

3.      I have prepared and reviewed the *ex parte* application for a temporary restraining order and aver that the statements contained therein are true where based upon my personal knowledge or I believe them to be true.

4.      On April 6, 2010, I contacted Defendant's unlawful detainer attorney, William Partridge of Pite Duncan, LLP, via e-mail regarding our intent to go in *ex parte* for a TRO to stay the eviction proceedings as well as to prevent further sale of the property.  A true and correct copy of the April 6, 2010, email is attached hereto as Exhibit U.

5.      On the evening of April 6, 2010, I drafted the letter giving *ex parte* notice of our client's intent to appear *ex parte* in Santa Clara County Superior Court located at located at 191 N. First Street San Jose, CA 95113, at 8:30 a.m., in order to obtain a temporary restraining order staying the eviction proceedings against Plaintiff and to prevent further sale of Plaintiff's property by Defendants, which is the subject of the above-captioned lawsuit, and I had my office fax the letter to Defendant Saxon Mortgage Services, Inc. ("Saxon")'s Legal Department.

6.      On the morning of April 7, 2010, I instructed Kathy Ferrara, the administrative assistant at my office, to send the *Ex parte* Notice to Saxon's Resolution Desk, 4708 Mercantile Dr., Fort Worth, TX 76137, fax number 888-422-6441. A true and correct copy of the *ex parte* notice letter is attached hereto as Exhibit __.

7.      That same day, I had my office contact Saxon to confirm that they had received the letter.  Ms. Ferrera's declaration above confirms that conversation confirming Saxon's receipt of the letter.

8.      As of 1:00 p.m. on April 7, 2010, I have not been informed by Saxon whether or

1

1 | not they will be opposing Mr. Sencion's Application for a TRO on April 8, 2010.

3 |     I declare under penalty of perjury under the laws of the State of California that the
4 | foregoing is true and correct.  Executed this 7 th day of April 2010, in Los Angeles, California.

Rizza Gonzales

2

## DECLARATION OF OSCAR MARDIGAL SENCION

I, Oscar Madrigal Sencion, declare as follows:

    1.    I am the Plaintiff in the above-entitled action.

    2.    I have personal knowledge of the statements set forth herein, but for those based upon information and belief and as to those I believe them to be true, and I would and could competently testify hereto if called upon to do so.

    1.    I am the owner of certain real property located at 9120 Murray Avenue, Gilroy, CA 95020, Assessors Parcel No. 835-05-004 (the "Subject Property").

    2.    On or about December 1, 2006, an Individual Grant Deed was filed granting the SUBJECT PROPERTY to me. A true and correct copy of the Individual Grant Deed is attached hereto as Exhibit A.

    3.    On or about Spring 2008, I began having difficulties making my monthly mortgage payments. At this time, I employed a loan modification agent to help me with the loan modification application process with Saxon Mortgage Services, Inc ("Saxon" or "Defendants").

    4.    I am informed and believe that a Notice of Default and Election to Sell Under Deed of Trust was recorded at the Santa Clara County Recorder on or about April 27, 2009. A true and correct copy is attached hereto as Exhibit B.

    5.    I never received a copy nor was I ever served with the above Notice of Default. The attached notice of Default was obtained by Hilda Andrade on March 30, 2010 from the County Recorder's Office.

    6.    I am informed and believe that a Notice of Trustee's Sale was recorded at the Santa Clara County Recorder on or about July 30, 2009. The Notice of Trustee's Sale indicated that the Subject Property would be sold via public auction on August 18, 2009. Attached to the Notice of Trustee's Sale was an affidavit signed by Bobbie Collins which indicated that Defendants had contacted me regarding my financial situation and to avoid foreclosure. A true and correct copy is attached hereto as Exhibit C.

    7.    I never received a copy of the above Notice of Trustee's Sale. Nor was I ever contacted by Defendants regarding options to avoid foreclosure on January 16, 2009. *See*

<center>1</center>

<center>DECLARATIONS ISO *EX PARTE* APPLICATION FOR TRO AND OSC</center>

1 | affidavit of Bobbie Collins attached as Exhibit C above.

2 |      8.      Through my loan modification agent, I received a Trial Loan Modification.

3 |      9.      I enlisted the help of Martin Garcia ("Mr. Garcia") to help me complete the trial
4 | loan modification package. Mr. Garcia faxed my Trial Loan Modification package to Defendant
5 | on July 29, 2009.   A true and correct copy of Mr. Garcia's Conversation Log with Defendants is
6 | attached hereto as Exhibit D.

7 |      10.      Under the terms of the Trial Loan Modification, I would make monthly mortgage
8 | payments of $5,135.93 per month for period of three months commencing on August 1, 2009 and
9 | ending on October 1, 2009. A true and correct copy of the Saxon Trial Loan Modification Plan
10 | is attached hereto as Exhibit E.

11 |      11.      I made the payments for August, September and October 2009 on time in the
12 | form of cashier's checks. Defendants cashed all Trial Loan Modification payments. A *true* and
13 | correct copy of the cashier's checks for August 2009 to March 2010 is attached hereto as Exhibit
14 | F.

15 |      12.      From July 29, 2009 to March 3, 2010, Mr. Garcia kept in communication with
16 | Defendants approximately once every week regarding the status of my permanent loan
17 | modification application. *See* Exhibit D.

18 |      13.      Neither I nor Mr. Garcia was informed by Defendants of any pending trustee sale
19 | dates on the Subject Property during our communications with Defendants.

20 |      14.      Upon making the last payment under the terms of my trial loan modification, I
21 | continued to make good faith payments by the first of the month in the amount of the Trial Loan
22 | Modification payments of $5,135.93 per month to Defendants until March 1, 2010 while
23 | Defendants continued to review my loan modification application for a permanent modification.
24 | Defendants cashed all monthly payments paid by me. *See* Exhibit F.

25 |      15.      On or about September 1, 2009, I received a Notice of Intent to Accelerate from
26 | Defendants via certified mail which stated that I was in default under the terms of my mortgage.
27 | A true and correct copy of the September 1, 2009, Notice of Intent to Accelerate is attached
28 | hereto as Exhibit G.

<div align="center">2</div>

16.     On or about November 2, 2009, I received a letter from Defendants indicating that I had made all of the Trial Loan Modification payments on time, but that Defendants were missing documentation to complete my file.  My Trial Loan Modification was extended for two months to allow me to submit the missing documentation.  A true and correct copy of the November 2, 2009, letter is attached hereto as Exhibit H.

17.     On or about November 5, 2009, I received a letter from Defendants regarding my insurance documents.  A true and correct copy is attached hereto as Exhibit I.

18.     On or about November 24, 2009, I received a letter from Defendants which stated that my interest rate was being recalculated.  My previous interest rate of 7.4% was adjusted to 8.25%.  I now had a monthly mortgage payment of $4,537.00.  The new interest rate and monthly mortgage payment went into effect on January 1, 2010.  A true and correct copy of the November 24, 2009 letter is attached hereto as Exhibit J.

19.     On or about February 8, 2010, I received a Notice of Intent to Accelerate from Defendants via certified mail which stated that he was in default under the terms of his mortgage. A true and correct copy of the February 8, 2010 Notice of Intent to Accelerate is attached hereto as Exhibit K.

20.     On or about March 2, 2010, I received a letter from Defendants which stated my housing counseling options, per the terms of my Trial Loan Modification.  A true and correct copy of the March 2, 2010 letter is attached hereto as Exhibit L.

21.     On or about March 3, 2010, I received a letter from Defendants informing me that I had been approved for a final modification agreement.  The letter indicated that I should receive the final modification agreement within the next 30 days.  A true and correct of the March 3, 2010, final modification approval letter is attached hereto as Exhibit M.

22.     On or about March 18 or 19, 2010, my friend and employer, Hilda Andrade ("Ms. Andrade"), went to the County Clerk/Recorder's Office on her own personal errand.  While there, Ms. Andrade ran a search using my name. Ms. Andrade informed me at that time that there were no notices on record regarding the Subject Property.

23.     I am informed and believe that on or about March 22, 2010, Defendants had

3

1   recorded by First American Title Insurance Company ("FIRST AMERICAN") a Notice of

2   Default and Election to Sell Under Deed of Trust indicating that as of March 22, 2010, I owed

3   Defendants $29,582.25. A true and correct copy is attached hereto as Exhibit N.

4        24.    I never received a copy nor was he ever served with the above Notice of Default.

5   The attached Notice of Default identified as Exhibit N was obtained by Hilda Andrade on March

6   30, 2010 from the County Recorder's Office.

7        25.    On or about March 26, 2010, I found the Notice to Quit on my porch from the law

8   firm Pite Duncan LLP. A true and correct copy of the March 26, 2010 Notice to Quit is attached

9   hereto as Exhibit O.

10       26.    I called Mr. Garcia regarding the Notice to Quit. Mr. Garcia informed me that he

11  believed the Notice to Quit had been sent in error. Mr. Garcia contacted Defendants for status on

12  the Subject Property and learned that the property had been sold.

13       27.    I am informed and believe that the Subject Property was sold on March 19, 2010,

14  to Defendants for $318,750.00 to Defendants. A true and correct copy of the Foreclosure Profile

15  Report is attached hereto as Exhibit P.

16       28.    I am informed and believe that on or about March 26, 2010, Defendants had

17  recorded a Trustee's Deed granted the Subject Property to Deutsche Bank National Trust

18  Company, as Trustee for NATIXIS Real Estate Capital Trust 2007-HE2. A true and correct

19  copy of the Trustee's Deed is attached hereto as Exhibit Q.

20       29.    I never received a copy nor was he ever served with the above Trustee's Deed.

21  The attached Trustee's Deed was obtained by Hilda Andrade on March 30, 2010 from the

22  County Recorder's Office.

23

24       I declare under penalty of perjury under the laws of the State of California that the

25  foregoing is true and correct. Executed ⎤th April, 2010, at (ni\vu)υ                , California.

26

27

28                          Oscar Madrigal Sencion

4

DECLARATIONS ISO *EX PARTE* APPLICATION FOR TRO AND OSC

## DECLARATION OF HILDA ANDRADE

I, Hilda Andrade, declare as follows:

1.      I have personal knowledge of the statements set forth herein, but for those based upon information and belief and as to those I believe them to be true, and I would and could competently testify hereto if called upon to do so.

2.      On March 18 or 19, 2010, I went to the County Clerk/Recorder's Office to run a personal errand. While there I decided to run a search on Oscar Madrigal Sencion ("Plaintiff" or "Mr. Sencion") as he was in the process of obtaining his U.S. citizenship and I wanted to see what, if anything, the search would return.

3.      At that time, the search of Oscar Madrigal Sencion yielded no returns from the Recorder's Office.

4.      Upon learning from Mr. Sencion that he believed the Subject Property had been sold, on March, 30, 2010, I went back to the County Clerk/Recorder's Office and obtained copies of the following: the Notice of Default and Election to Sell Under Deed of Trust recorded on or about April 27, 2009 (*see* Exhibit B), the Notice of Default and Election to Sell Under Deed of Trust recorded by First American Title Insurance Company (*see* Exhibit. N), and a Trustee's Deed granting the Subject Property to Deutsche Bank National Trust Company (*see* Exhibit Q).

5.      I provided these documents to Mr. Sencion.

I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct. Executed ___th April, 2010, at ⌐i\ray_____, California.

_Hilda Andrade_

5

DECLARATIONS ISO *EX PARTE* APPLICATION FOR TRO AND OSC

2025-04-08

## DECLARATION OF MARTIN GARCIA

I, Martin Garcia, declare as follows:

1.     I have personal knowledge of the statements set forth herein, but for those based upon information and belief and as to those I believe them to be true, and I would and could competently testify hereto if called upon to do so.

2.     Oscar Sencion ("Plaintiff" and/or "Mr. Sencion") enlisted my help to complete the Trial Loan Modification he had obtained on or about July 29, 2009.

3.     From July 29, 2009 to March 3, 2010, I kept in communication with Saxon Mortgage Services, Inc. ("Saxon") approximately once every week regarding the status of Mr. Sencion's permanent loan modification application.  I kept track of my communications with Saxon in a conversation log.  A true and correct copy of my Conversation Log with Defendants is attached hereto as Exhibit D.

4.     During my multiple communications with Saxon, Saxon never indicated to me that there was a sale date pending on Mr. Sencion's property which is the subject of the above-captioned case ("Subject Property").

5.     On or about March 26, 2010, Mr. Sencion contacted me regarding a Notice to Quit he had found on his porch regarding the Subject Property.

6.     I informed Mr. Sencion that I believed the Notice to Quit had been sent in error.

7.     I contacted Saxon wherein Saxon informed me that the Subject Property had indeed been sold.

I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.  Executed 7 th April, 2010, at San Jose , California.

_____
Martin Garcia

6

DECLARATIONS ISO *EX PARTE* APPLICATION FOR TRO AND OSC

# EXHIBIT A

DOCUMENT: 19219873

Pages:    3

| Fees . . . | 23 00 |
|------------|-------|
| Taxes . | 907 50 |
| Copies . | |
| AMT PAID | 930 50 |

Recording Requested By

North American Title Company
Escrow No. 56012-56440495-DDA

AND WHEN RECORDED MAIL TO:

Name      Oscar Madrigal Sencion
Street    9120 Murray Ave.
City &    Gilroy, CA  95020
State

REGINA ALCOMENDRAS
SANTA CLARA COUNTY RECORDER
Recorded at the request of
North American Title Company

RDE #  003
12/11/2006
8:00 AM

SPACE ABOVE THIS LINE FOR RECORDER'S USE

APN #___835-05-004___

DOCUMENT TRANSFER TAX IS:___$907.50___
(Tax must be a good multiple of .55cents)

xxx computed on full value of property conveyed

( ) computed on full value less value of liens and encumbrances remaining

( ) Unincorporated Area    (X) City of:_____Gilroy_____

CITY TRANSFER TAX IS $ -0-
(Tax must be a good multiple of $1.65)

SIGNATURE OF DECLARANT:_____
                          Juan San Miguel

Individual Grant Deed

**DOCUMENT TITLE**

MAIL TAX STATEMENT TO:_same as above_____

SEPARATE PAGE, PURSUANT TO CA. GOV'T CODE 27361.6

Recording Requested By

North American Title Company
Order No.   56440495
Escrow No. 56012-56440495-DDA

AND WHEN RECORDED MAIL TO:

Name        Mr. Oscar Madrigal Sención

Street      9120 Murray Avenue
Address
City &       Gilroy, CA 95020
State

SPACE ABOVE THIS LINE FOR RECORDER'S USE _____

## INDIVIDUAL GRANT DEED

A.P.N. 835-05-004

The undersigned grantor (s) declare (s):
Documentary transfer tax is $ _____          City transfer tax is $ NONE
( X ) computed on full value of property conveyed, or
(    ) computed on full value less value of liens and encumbrances remaining at time of sale.
(    ) Unincorporated area:   ( X ) City of Gilroy, and
FOR A VALUABLE CONSIDERATION, receipt of which is hereby acknowledged,

Juan San Miguel and Esther Medina, Trustees of The Juan San Miguel and Esther Medina Revocable Living Trust dated
July 16, 2004

hereby GRANT(s) to Oscar Madrigal Sención,  a  single man

the following described real property in the  City of Gilroy, County of Santa Clara, State of California:

LEGAL DESCRIPTION ATTACHED HERETO AS EXHIBIT A AND MADE A PART HEREOF.

Dated    December 1, 2006

STATE OF CALIFORNIA,
                                                      )SS.
COUNTY OF  Santa Clara                 )

On  12-1-06                      before me,

D. Andrade                    , personally appeared
Juan San Miguel
Esther Medina

personally known to me (or proved to me on the basis of satisfactory
evidence) to be the person(s) whose name(s) is/are subscribed to the
within instrument and acknowledged to me that he/she/they executed
the same in his/her/their authorized capacity(ies), and that by
his/her/their signature(s) on the instrument the person(s), or the entity
upon behalf of which the person(s) acted, executed the instrument.

WITNESS my hand and official seal.

Signature _____

Juan San Miguel, trustee

Esther Medina, trustee

D. D. ANDRADE
Comm. # 1533804
NOTARY PUBLIC-CALIFORNIA
Santa Clara County
My Comm. Expires Dec. 17, 2008

(This area for official notarial seal)

MAIL TAX     SAME AS ABOVE
STATEMENTS TO:
                NAME                    ADDRESS                    CITY, STATE, ZIP

### EXHIBIT A LEGAL DESCRIPTION

BEGINNING AT THE POINT OF INTERSECTION OF THE CENTER LINE OF MURRAY AVENUE WITH THE CENTER LINE OF LAS ANIMAS AVENUE, AND RUNNING THENCE NORTHERLY AND ALONG THE CENTER LINE OF MURRAY AVENUE TWO HUNDRED THIRTEEN (213) FEET, THREE (3) INCHES, THENCE EASTERLY AND PARALLEL WITH THE LAS ANIMAS AVENUE THREE HUNDRED THIRTY-ONE (331) FEET TO THE EASTERLY LINE OF LOT NO. 12 HEREINAFTER REFERRED TO, THENCE SOUTHERLY AND ALONG THE EASTERLY LINE OF SAID LOT NO. 12, TWO HUNDRED THIRTEEN (213) FEET, THREE (3) INCHES TO THE CENTER LINE OF LAS ANIMAS AVENUE, THENCE WESTERLY AND ALONG THE CENTER LINE OF LAS ANIMAS AVENUE THREE HUNDRED THIRTY-ONE (331) FEET TO THE PLACE OF BEGINNING, AND BEING THE SOUTHERLY PORTION OF THE EASTERLY ½ OF LOT 12 OF HENRY MILLER'S SUBDIVISION OF PART OF LAS ANIMAS RANCH NO. 34, ACCORDING TO THAT CERTAIN MAP COMPILED BY HERRMANN BROS. AND RECORD IN THE OFFICE OF THE COUNTY RECORDER OF THE COUNTY OF SANTA CLARA, STATE OF CALIFORNIA, IN BOOK E OF MAPS, AT PAGE 77 ET. SEQ., FEBRUARY 26, 1891.

STATE OF CALIFORNIA
County of Santa Clara } SS.

I, REGINA ALCOMENDRAS, Clerk Recorder of the above
County, do hereby certify that the annexed is a full, true and
correct copy of the document(s) filed/recorded in my Office.

*Individual Grant Deed*

WITNESS my hand and official seal this

30 day of March 2010

By _____, Deputy

Chan Siphavong

# EXHIBIT B

| DOCUMENT: 20225800 | Pages: 2 |
|---|---|
| | Fees . 15 00 |
| | Taxes |
| | Copies |
| | AMT PAID 15.00 |

RECORDING REQUESTED BY
AMT

WHEN RECORDED MAIL TO

REGIONAL TRUSTEE SERVICES CORPORATIO
616 1st Avenue, Suite 500
Seattle, WA 98104

Trustee's Sale No:   05-FMG-73896

C902990426

RECINA ALCOHENDRAS
SANTA CLARA COUNTY RECORDER
Recorded at the request of
Recording Service

RDE N 006
4/27/2009
3:50 PM

## *FMG738960153000000*

NOTICE OF DEFAULT AND ELECTION TO SELL UNDER DEED OF TRUST

### IMPORTANT NOTICE

**IF YOUR PROPERTY IS IN FORECLOSURE BECAUSE YOU ARE BEHIND IN YOUR PAYMENTS, IT MAY BE SOLD WITHOUT ANY COURT ACTION, and you may have the legal right to bring your account in good standing by paying all of your past due payments plus permitted costs and expenses within the time permitted by law for reinstatement of your account, which is normally five business days prior to the date set for the sale of your property. No sale date may be set until three months from the date this notice of default may be recorded (which date of recordation appears on this notice). This amount is $22,938.00 as of 4/27/2009, and will increase until your account becomes current.**

While your property is in foreclosure, you still must pay other obligations (such as insurance and taxes) required by your note and deed of trust or mortgage. If you fail to make future payments on the loan, pay taxes on the property, provide insurance on the property, or pay other obligations as required in the note and deed of trust or mortgage, the beneficiary or mortgagee may insist that you do so in order to reinstate your account in good standing. In addition, the beneficiary or mortgagee may require as a condition to reinstatement that you provide reliable written evidence that you paid all senior liens, property taxes, and hazard insurance premiums.

Upon your written request, the beneficiary or mortgagee will give you a written itemization of the entire amount you must pay. You may not have to pay the entire unpaid portion of your account, even though full payment was demanded, but you must pay all amounts in default at the time payment is made. However, you and your beneficiary or mortgagee may mutually agree in writing prior to the time the Notice of Sale is posted (which may not be earlier than the end of the three-month period stated above) to, among other things (1) provide additional time in which to cure the default by transfer of the property or otherwise; or (2) establish a schedule of payments in order to cure your default; or both (1) and (2).

Pursuant to California Civil Code Section 2923.5, the mortgagee, beneficiary, or authorized agent has contacted the borrower, tried with due diligence to contact the borrower as required by this section, or the borrower has surrendered the property to the mortgagee, trustee, beneficiary, or authorized agent.

Page 1 of 2                                    CA NOD



Following the expiration of the time period referred to in the first paragraph of this notice, unless the obligation being foreclosed upon or a separate written agreement between you and your creditor permits a longer period, you have only the legal right to stop the sale of your property by paying the entire amount demanded by your creditor.

To find out the amount you must pay, or to arrange for payment to stop the foreclosure or if your property is in foreclosure for any other reason, contact:

<div align="center">

**SAXON MORTGAGE SERVICES, INC.**
C/O REGIONAL SERVICE CORPORATION
616 1st Avenue, Suite 500
Seattle, WA 98104

</div>

If you have any questions, you should contact a lawyer or the governmental agency which may have insured your loan. Notwithstanding the fact that your property is in foreclosure, you may offer your property for sale, provided the sale is concluded prior to the conclusion of the foreclosure.

Remember,

<div align="center">

### YOU MAY LOSE LEGAL RIGHTS IF YOU DO NOT TAKE PROMPT ACTION.

</div>

NOTICE IS HEREBY GIVEN that REGIONAL SERVICE CORPORATION, is either the duly appointed Trustee, the substitute Trustee or acting as agent for the Beneficiary under a Deed of Trust dated 11/29/2006, executed by OSCAR MADRIGAL SENCION, A SINGLE MAN, as Trustor, to secure obligations in favor of MORTGAGE ELECTRONIC REGISTRATION SYSTEMS, INC., as Beneficiary, recorded 12/11/2006 , as Instrument No. 19219874, of Official Records in the office of the Recorder of SANTA CLARA County, CALIFORNIA, as more fully described on said deed of trust including one note(s) for the sum of $680,000.00. That a breach of, and default in, the obligations for which such Deed of Trust is security has occurred as follows:

> FAILURE TO PAY INSTALLMENTS OF PRINCIPAL, VARIABLE INTEREST, IMPOUNDS AND LATE CHARGES WHICH BECAME DUE 1/1/2009 TOGETHER WITH ALL SUBSEQUENT INSTALLMENTS OF PRINCIPAL, INTEREST, IMPOUNDS, LATE CHARGES, FORECLOSURE FEES AND EXPENSES; ANY ADVANCES WHICH MAY HEREAFTER BE MADE; ALL OBLIGATIONS AND INDEBTEDNESSES AS THEY BECOME DUE; AND ANY INSTALLMENTS ALREADY MADE, THAT AT A LATER DATE PROVE TO BE INVALID.

That by reason thereof, the present beneficiary under such Deed of Trust, has executed and delivered to said Trustee, a written Declaration and Demand for Sale, and has deposited with said Trustee, such Deed of Trust and all the documents evidencing obligations secured thereby, and has declared and does hereby declare all sums secured thereby immediately due and payable and has elected and does hereby elect to cause the trust property to be sold to satisfy the obligations secured thereby.

Dated:  4/27/2009

> Regional Service Corporation, Trustee
> By LPS DEFAULT TITLE & CLOSING,
> As authorized agent
>
> By _____
>    FED  AHMED
>        Name/Title

<div align="center">Page 2 of 2</div>                    CA  NOD

**STATE OF CALIFORNIA**
**County of Santa Clara**  } SS.

I, REGINA ALCOMENDRAS, Clerk Recorder of the above
County, do hereby certify that the annexed is a full, true and
correct copy of the document(s) filed/recorded in my Office.

WITNESS my hand and official seal this

30 day of MarCh 2010

By _____ Deputy

# EXHIBIT C

| DOCUMENT: 20371220 | Pages: | 3 |
|---|---|---|
| | Fees... | 18 00 |
| | Taxes.. | |
| | Copies. | |
| | AMT PAID | 18 00 |

RECORDING REQUESTED BY

AND

WHEN RECORDED MAIL TO

REGIONAL TRUSTEE SERVICES CORPORATION
616 1st Avenue, Suite 500
Seattle, WA 98104

0970290426

REGINA ALCOMENDRAS
SANTA CLARA COUNTY RECORDER
Recorded at the request of
Recording Service

RDE N 004
7/30/2009
12:02 PM

**YOU ARE IN DEFAULT UNDER A DEED OF TRUST DATED 11/29/2006. UNLESS YOU TAKE ACTION TO PROTECT YOUR PROPERTY, IT MAY BE SOLD AT A PUBLIC SALE. IF YOU NEED AN EXPLANATION OF THE NATURE OF THE PROCEEDING AGAINST YOU, YOU SHOULD CONTACT A LAWYER.**

## NOTICE OF TRUSTEE'S SALE
Trustee's Sale No. 05-FMG-73896

On August 18, 2009, at 11:00 AM, AT THE NORTH MARKET STREET ENTRANCE TO THE COUNTY COURTHOUSE, 190 NORTH MARKET STREET, In the City of SAN JOSE, County of SANTA CLARA, State of CALIFORNIA, REGIONAL SERVICE CORPORATION, a California corporation, as duly appointed Trustee under that certain Deed of Trust executed by OSCAR MADRIGAL SENCION, A SINGLE MAN, as Trustors, recorded on 12/11/2006, as Instrument No. 19219874, of Official Records in the office of the Recorder of SANTA CLARA County, State of CALIFORNIA, under the power of sale therein contained, WILL SELL AT PUBLIC AUCTION TO THE HIGHEST BIDDER, for cash, or cashier's check (payable at the time of sale in lawful money of the United States) without warranty express or implied as to title, use, possession or encumbrances, all right, title and interest conveyed to and now held by it as such Trustee, in and to the following described property situated in the aforesaid County and State, to-wit:

TAX PARCEL NO.    835-05-004

From information which the Trustee deems reliable, but for which Trustee makes no representation or warranty, the street address or other common designation of the above described property is purported to be 9120 MURRAY AVENUE , GILROY, CA 95020.

Said property is being sold for the purpose of paying the obligations secured by said Deed of Trust, including fees and expenses of sale. The total amount of the unpaid principal balance, interest thereon, together with reasonably estimated costs, expenses and advances at the time of the initial publication of the Notice of Trustee's Sale is 706148.29.

In compliance with California Civil Code 2923.5(c), the mortgagee, trustee, beneficiary, or authorized agent declares: that it has contacted the borrower(s) to assess their financial situation and to explore options to avoid foreclosure; or that it has made efforts to contact the borrower(s) to assess their financial situation and to explore options to avoid foreclosure by one or more of the following methods: by telephone, by United States mail, either 1st class or certified; by overnight delivery; by personal delivery; by e-mail; by face to face meeting or the borrower has surrendered the property to the mortgagee, trustee, beneficiary, or authorized agent and that the compliance with Civil Code Section 2923.5 was made at least thirty (30) days prior to the date of this Notice of Sale. The mortgagee, trustee, beneficiary, or authorized agent declares: it has obtained a final or temporary order of exemption and said order is current and valid as of the date of the Notice and the time frame set forth in California Civil Code § 2923.54 does not apply or California Civil Code § 2923.54 does not cover this loan.

CA NOTS

Dated: 7/28/2009

REGIONAL SERVICE CORPORATION, Trustee

By_____
MELISSA HJORTEN, ASSISTANT VICE PRESIDENT

Agent for Trustee:   AGENCY SALES AND POSTING
3210 EL CAMINO REAL, SUITE 200
IRVINE, CA 92602

Telephone Number:  (800) 542-2550
Sale Information:    (714) 730-2727 or http://www.rtrustee.com

CA NOTS

Declaration Re: Borrower Contact and Due Diligence Pursuant to CC §2923.5 and instructions to Trustee
Re: Notice of Default

Re:   OSCAR MADRIGAL SENCION
      9120 MURRAY AVE
      GILROY, CA 95020
      2000306506

The undersigned beneficiary or their authorized agent for the beneficiary hereby represents and declares
as follows:

1. ☐On _____ the beneficiary or their authorized agent contacted the borrower(s) to
assess their financial situation and to explore options to avoid foreclosure. During this contact the
borrower(s) was advised he or she has the right to schedule a follow-up meeting to occur within
14 days. Further, the borrower(s) was provided the toll-free telephone number to find a HUD-
certified housing counseling agency.

2. ☐ No contact was made with the borrower despite the due diligence of beneficiary or their authorized
agent's pursuant to California Civil Code §2923.5(g), including (a) Mailing a first-class letter to the
borrower(s) which included a toll free number to contact a HUD-certified housing counseling agency; (b)
Attempting to contact the borrower(s) by telephone at the primary telephone number on file at least three
times at different hours and on different days or determined that the primary and secondary phone
numbers on file were disconnected; and (c) Having received no response from the borrower(s) for 14 days
after the telephone contact efforts were complete, an additional letter was sent to the borrower(s) via
certified mail, with return receipt requested.

3. ☐ The borrower has surrendered the secured property as evidenced by a letter confirming the
surrender or by delivery of the keys to the secured property to the beneficiary, their authorized agent or
the trustee.

4. ☐ The Beneficiary or their authorized agent has evidence and reasonably believes that the borrower
has contracted with an organization, person, or entity whose primary business is advising people who
have decided to leave their homes on how to extend the foreclosure process and to avoid their contractual
obligations to beneficiarys.

5. ☐ The beneficiary or their authorized agent has confirmed that the borrower(s) filed for bankruptcy
and the proceedings have not been finalized to wit, there is no order on the court's docket closing or
dismissing the bankruptcy case.

6. ☐ The provisions of California Civil Code §2923.5 do not apply because _____.

The undersigned instructs the trustee to proceed with non-judicial foreclosure proceedings and expressly
authorizes the trustee or their authorized agent to sign the notice of default containing the declaration re:
contact required pursuant to California Civil Code §2923.5.

Dated: _____ 4/20/09
By: _____
     Bobbie Collins, Default Coordinator

**STATE OF CALIFORNIA** } **SS.**
**County of Santa Clara**

    I, REGINA ALCOMENDRAS, Clerk Recorder of the above
County, do hereby certify that the annexed is a full, true and
correct copy of the document(s) filed/recorded in my Office.

*Notice of Truste's Sale*

WITNESS my hand and official seal this

*30* day of *March* , *2010*

By _____ Deputy

Chan Siphavong

# EXHIBIT D

# *Conversation Log*

Loan Numr/s: _2000306506_ & _2000306507_

Borrower/s: _Oscar M. Sencion_ & _____

Date: _12_ / _18_ / _10_ Time _10_ / _30_
Comments: _I call for status and everything it's OK_

Date: _1_ / _7_ / _10_ Time ___ / ___ & I spoke to: _____
Comments: _I call for status and they requested updated pay stubs and Bank statements_

Date: _1_ / _18_ / _10_ Time ___ / ___ & I spoke to: _____
Comments: _I send the requested documents_

Date: _2_ / _16_ / _10_ Time ___ / ___ & I spoke to: _____
Comments: _I call for status and every thing is in process_

Date: _2_ / _18_ / _10_ Time ___ / ___ & I spoke to: _____
Comments: _I call for status and still under review_

Date: _3_ / _3_ / _10_ Time ___ / ___ & I spoke to: _____
Comments: _We received a letter of Approval for the Final Modification_

Date: ___/___/___ Time ___ / ___ & I spoke to: _____
Comments: _____

Date: ___/___/___ Time ___ / ___ & I spoke to: _____
Comments: _____

Date: ___/___/___ Time ___ / ___ & I spoke to: _____
Comments: _____

Date: ___/___/___ Time ___ / ___ & I spoke to: _____
Comments: _____

Date: ___/___/___ Time ___ / ___ & I spoke to: _____
Comments: _____

Date: ___/___/___ Time ___ / ___ & I Spoke to: _____
Comments: _____

Date: ___/___/___ Time ___ / ___ & I Spoke to: _____
Comments: _____

Date: ___/___/___ Time ___ / ___ & I Spoke to: _____
Comments: _____

# Conversation Log

Loan Number: 2000306506 & 200036507

Borrower/s: Oscar M. Sencion         &

Date: 7/29/09 Time 11/30 : Am
Comments: I send in the Modification Package

Date: 8/4/09 Time 2/40 & I spoke to:
Comments: I call the lender and verify tha they have received the package

Date: 8/14/09 Time 4/30 & I spoke to:
Comments: I call for status and they told me the the File is under review

Date: 8/20/09 Time    /    & I spoke to:
Comments: I call for status and they requested the 4506-T Fom.

Date: 8/24/09 Time    /    & I spoke to:
Comments: I send in the requested document.

Date: 9/3/09 Time 9/25 & I spoke to:
Comments: I call for status and they told me the the File still under review

Date: 9/25/    Time    /    & I spoke to:
Comments: I call for status and they told me that there is no need to send
any thing else that they have everything

Date: 10/7/09 Time    /    & I spoke to:
Comments: I call for status and they requested a letter of explanation on the
Child support and alawony

Date: 10/9/09 Time    /    & I spoke to:
Comments: I send the requested letter

Date: 10/19/09 Time    /    & I spoke to:
Comments: I call for status and still under review

Date: 10/23/09 Time    /    & I spoke to:
Comments: I call for status and still in pocess

Date: 11/13/09 Time    /    & I spoke to:
Comments: I call for status and still in progress

Date: 11/19/09 Time    /    & I spoke to:
Comments: I call for status and they have everithing they need and still in progress

Date: 12/16/10 Time    /    & I spoke to:
Comments: I call for status and left a massage

## *Bank Information Sheet*

Borrower/s: Oscar Sencion  & _____

Last 4 Digits of the Social #: 6706

Property Address: 9120 Murray AV
Gilroy ca 85020

First Bank Name: Saxon Mortgage

Bank's Main Phone # (1800) 594-8422

Loan Number/S: 2000306506   & 2000306507

Type of Loan: bariable   Interest Rate: 9.25%

Authorization Fax #: (1817) 665-7970

Loss Mitigation Fax # :(1888) 240-1885

Loss Mitigation Direct Phone # (1888) 325-3502

Loss Mitigation's Email: _____

_____

Second Bank Name: _____

Bank's Main Phone # (     ) _____

Loan Number/S: _____ & _____

Type of Loan; _____ Interest Rate; _____

Authorization Fax #: (     ) _____

Loss Mitigation Fax # :(     ) _____

Loss Mitigation Direct Phone # (     ) _____

Loss Mitigation's Email: _____

Negotiator in charge of the file at Saxon
Ange Wells: (888) 325-3502
      Fax (817) 665-7675

# EXHIBIT E



MAKING HOME AFFORDABLE



---

### NOTICE TO BORROWERS

Be advised that you are signing the following documents under penalty of perjury. Any misstatement of material fact made in the completion of these documents including but not limited to misstatement regarding your occupancy in your home, hardship circumstances, and/or income will subject you to potential criminal investigation and prosecution for the following crimes: perjury, false statements, mail fraud, and wire fraud. The information contained in these documents is subject to examination and verification. Any potential misrepresentation will be referred to the appropriate law enforcement authority for investigation and prosecution.

By signing the enclosed documents you certify, represent and agree that:

"Under penalty of perjury, all documents and information I have provided to Lender in connection with this Agreement, including the documents and information regarding my eligibility for the program, are true and correct."

---

### SIGTARP Hotline

If you are aware of fraud, waste, abuse, mismanagement or misrepresentations affiliated with the Troubled Asset Relief Program, please contact the SIGTARP Hotline by:

| | |
|---|---|
| Online Form: | www.SIGTARP.gov |
| Phone: | 877-SIG-2009 (toll-free) |
| Fax: | 202-622-4559 |
| Mail to: | Hotline |
| | Office of the Special Inspector General |
| | For The Troubled Asset Relief Program |
| | 1500 Pennsylvania Ave., NW, Suite 1064 |
| | Washington, D.C. 20220 |

For all other inquiries related to your mortgage, please contact your Lender.

---

SIGTARP FRAUD NOTICE
VMP ®
Wolters Kluwer Financial Services © 2009

21410H (0903)

# HELPING YOU STAY IN YOUR HOME.


MAKING HOME AFFORDABLE

*You may be able to make your payments more affordable.*
### Act now to get the help you need!

# SAXON

August 2, 2009
OSCAR MADRIGAL SENCION

Loan #: 2000306506
Property Address:
9120 MURRAY AVE
GILROY, CA 95020

9120 MURRAY AVE
GILROY, CA 95020

Dear OSCAR MADRIGAL SENCION:

**You may qualify for a Home Affordable Modification Trial Period Plan - a way to make your payment more affordable.**

We have enclosed a customized Home Affordable Modification Trial Period Plan ("*Trial Period Plan*"). If you qualify under the federal government's Home Affordable Modification Program and comply with the terms of the Trial Period Plan, we will modify your mortgage loan and you can avoid foreclosure.

**STEP 1  PROVIDE THE INFO WE NEED TO HELP YOU**

Detailed instructions on what you need to do to take advantage of this offer are set forth on the enclosed document entitled "Complete Your Checklist." Generally, you will need to:

- *Explain the financial hardship that makes it difficult for you to pay your mortgage loan using the Hardship Affidavit (enclosed).*

- *Submit the required documentation of your income.*

- *Make timely monthly trial period payments.*

The monthly trial period payments are based on the income information that you previously provided to us. They are also our estimate of what your payment will be if we are able to modify your loan under the terms of the program. If your income documentation does not support the income amount that you previously provided in our discussions, two scenarios can occur:

1) Your monthly payment under the Trial Period Plan may change

2) You may not qualify for this loan modification program

If you do not qualify for a loan modification, we will work with you to explore other options available to help you keep your home or ease your transition to a new home.

HOME AFFORDABLE MODIFICATION PROGRAM - STANDARD INCOME VERIFICATION PROCESS COVER LETTER
Single Family - Fannie Mae/Freddie Mac UNIFORM INSTRUMENT
Form 46
Wolters Kluwer Financial Services ©2009

C18U-206-034
0141 17    6385
Page 1 of 3

**STEP 2 LET US KNOW THAT YOU ACCEPT THIS OFFER**

Please let us know no later than        August 1, 2009        that you accept the Trial Period Plan. Now is the time to act. We are ready to help you. Please take the steps outlined on the enclosed document "Complete Your Checklist." If you have any questions, please contact us at 1- (888)325-3502   .

Sincerely,

Saxon Mortgage Services, Inc.
4706 Mercantile Dr
Ft. Worth, TX 76137

The *Making Home Affordable* program was created to help millions of homeowners refinance or modify their mortgages. As part of this program, we – your mortgage servicer – and the Federal Government are working to offer you options to help you stay in your home.

Attachments:

- Complete Your Checklist
- Important Program Info
- Frequently Asked Questions
- Two copies of the Trial Period Plan
- Hardship Affidavit
- IRS Form 4506-T

HOME AFFORDABLE MODIFICATION PROGRAM - STANDARD INCOME VERIFICATION PROCESS COVER LETTER
Single Family - Fannie Mae/Freddie Mac UNIFORM INSTRUMENT
VMP ®
Wolters Kluwer Financial Services ©2008

CISL-308-024
D14113   (0805)
Page 2 of 3

**COMPLETE YOUR CHECKLIST**   This is the information we need to help you modify your mortgage payment.

## Act Now!

To accept this offer, and see if you qualify for a Home Affordable Modification, send the 5 items listed below to                    Saxon Mortgage Services, Inc.                    , no later than    August 1, 2009    . Use the return envelope provided for your convenience.

1. Two copies of the enclosed Trial Period Plan signed by all borrowers,

2. Your first month's trial period payment in the amount of $ 5,135.93

3. The enclosed Hardship Affidavit completed and signed by all borrowers (no notary required),

4. A signed and dated copy of the IRS Form 4506-T (Request for Transcript of Tax Return) for each borrower (borrowers who filed their tax returns jointly may send in one IRS Form 4506-T signed and dated by both of the joint filers), and

5. Documentation to verify all of the income of each borrower (including any alimony or child support that you choose to rely upon to qualify). This documentation should include:

For each borrower  who is a salaried employee:

☐ Copy of the most recent filed federal tax return with all schedules; and

☐ Copy of the two most recent pay stubs.

For each borrower  who is self-employed:

☐ Copy of the most recent filed federal tax return with all schedules, and

☐ Copy of the most recent quarterly or year-to-date profit/loss statement.

For each borrower  who has income such as social security, disability or death benefits, pension, public assistance, or unemployment:

☐ Copy of most recent federal tax return with all schedules and W-2 or copies of two most recent bank statements.

☐ Copy of benefits statement or letter from the provider that states the amount, frequency and duration of the benefit. Social security, disability, death or pension benefits must continue for at least 3 years to be considered qualifying income under this program. Public assistance or unemployment benefits must continue for at least 9 months to be considered qualifying income under this program.

For each borrower  who is relying on alimony or child support as qualifying income:

☐ Copy of divorce decree, separation agreement or other written agreement or decree that states the amount of the alimony or child support and period of time over which it will be received. Payments must continue for at least 3 years to be considered qualifying income under this program.

☐ Proof of full, regular and timely payments; for example deposit slips, bank statements, court verification or filed federal tax return with all schedules.

For each borrower  who has rental income:

☐ Copies of most recent two years filed federal tax returns with all schedules, including Schedule E-Supplement Income and Loss. Rental income for qualifying purposes will be 75% of the gross rent.

If you have other types of income, cannot locate required documents, or have questions about the documentation required, please contact us at 1- (888)325-3502

**You must send in both signed copies of the Trial Period Plan, all required income documentation, and your first trial period payment by this date    August 1, 2009    . If you cannot provide the documentation within the time frame provided, please contact us to request an extension of time to gather your documents.**

Keep a copy of all documents for your records. Don't send original income documentation as copies are acceptable.

**Your remaining trial period payments in the amount of $ 5,135.93    per month will be due on or before September 1, 2009 and October 1, 2009    . These payments should be sent instead of, not in addition to, your normal monthly mortgage payment. If the trial period payments are made in amounts different from the amount stated your loan may not be modified.**

If you cannot afford the trial period payments shown above, but want to remain in your home, or if you want to leave your home and avoid foreclosure, please call us at 1- (888)325-3502             . We may be able to help you.

HOME AFFORDABLE MODIFICATION PROGRAM - STANDARD INCOME VERIFICATION PROCESS COVER LETTER
Single Family - Fannie Mae/Freddie Mac UNIFORM INSTRUMENT
VMP ®
Wolters Kluwer Financial Services ©2009

C18L-308-49-8
C-4113  (0809)
Page 3 of 6

**IMPORTANT PROGRAM INFO** Here's what you need to know about the Home Affordable Modification program.

**NO FEES.** There are no fees under the Home Affordable Modification program.

**TRIAL PERIOD PLAN/MODIFICATION AGREEMENT.** The Trial Period Plan is the first step. Once we are able to confirm your income and eligibility for the program, we will finalize your modified loan terms and send you a loan modification agreement ("Modification Agreement"), which will reflect the terms of your modified loan. In addition to successfully completing the trial period, you will need to sign and promptly return to us both copies of the Modification Agreement or your loan can not be modified.

**NEW PRINCIPAL BALANCE.** Past due amounts as of the end of the trial period, including unpaid interest, real estate taxes, insurance premiums and certain assessments paid on your behalf to a third party, will be added to your mortgage loan balance (the "Past Due Arrearage Amount"). If you fulfill the terms of the trial period including, but not limited to, making the trial period payments, we will waive ALL unpaid late charges at the end of the trial period.

**ESTIMATED MONTHLY PAYMENT.** At this time, we are not able to calculate precisely the Past Due Arrearage Amount or the amount of the modified loan payment that will be due after successful completion of the trial period. However, based on information we currently have, your trial period payment should be close to your modified loan payment. As we near the end of the trial period, we will calculate any past due amount to determine your new permanent monthly payment and other modified loan terms.

**ESCROW ACCOUNT.** The terms of your Trial Period Plan and your Modification Agreement will require the servicer to set aside a portion of your new monthly payment in an escrow account for payment of your property taxes, insurance premiums and other required fees. Your current loan may also require escrows. If it does not, the previous waiver of escrows is cancelled under your Trial Period Plan.

Saxon Mortgage Services, Inc. will draw on this account to pay your real estate taxes and insurance premiums as they come due. Please note that your escrow payment amount will adjust if your taxes, insurance premiums and/or assessment amounts change, so the amount of your monthly payment that the servicer must place in escrow will also adjust as permitted by law. This means that your monthly payment may change. Your initial monthly escrow payment will be $309.38.

**BORROWER INCENTIVE.** If your monthly mortgage payment (principal, interest, property taxes, hazard insurance, flood insurance, condominium association fees and homeowner's association fees, as applicable, but excluding mortgage insurance) is reduced through the Home Affordable Modification Program by six percent or more and if you make your monthly mortgage payments on time, you will accrue a monthly benefit equal to the lesser of: (i) $83.33 or (ii) one-half of the reduction in your monthly mortgage payment. As long as your mortgage loan does not become 90 days delinquent, we will apply your accrued monthly benefit to your mortgage loan and reduce your principal balance after each of the first through fifth anniversaries of the month in which the Trial Period Plan is executed. If your modified mortgage loan ever becomes 90 days delinquent, you will lose all accrued but unapplied principal reduction benefits and will no longer be eligible to accrue additional principal reduction benefits even if the mortgage loan is later brought current.

**CREDIT COUNSELING.** If you have very high levels of debt you will be required to obtain credit counseling under the Home Affordable Modification program.

**CREDIT REPORTING.** During the trial period, we will report your loan as delinquent to the credit reporting agencies even if you make your trial period payments on time. However, after your loan is modified, we will only report the loan as delinquent if the modified payment is not received in a timely manner.

HOME AFFORDABLE MODIFICATION PROGRAM - STANDARD INCOME VERIFICATION PROCESS COVER LETTER
Single Family - Fannie Mae/Freddie Mac UNIFORM INSTRUMENT
VMP ®
Wolters Kluwer Financial Services © 2009

D18L-386-02-4
D14113 (0908)
Page 4 of 5



**FREQUENTLY ASKED QUESTIONS** You've got questions. We've got answers.

**Q. How long will it take to process my modification request and determine if I qualify for the program?**

It may take up to     30     days for us to receive and review your documents. We will process your modification request as quickly as possible. Please note, however, that your modification will not be effective unless you meet all of the applicable conditions, including making all trial period payments.

**Q. What if my trial period payment is less than the payment I currently owe on my loan?**

We will add the difference between the monthly payment that you currently owe on your loan and the trial period payment to your loan balance and allow you to pay it over the remainder of the modified loan term.

**Q. What do you do with my first trial period payment if I do not qualify for the program?**

Your first trial payment will be applied to your existing loan in accordance with the terms of your loan documents. If you don't qualify for the program, we will help you evaluate other options to help you keep your home or ease your transition to a new home.

**Q. Will a foreclosure occur if I participate in the Home Affordable Modification program?**

As long as you comply with the terms of the Trial Period Plan, we will not start foreclosure proceedings or conduct a foreclosure sale if foreclosure proceedings have started. If you fail to comply with the terms of the Trial Period Plan and do not make other arrangements, your loan will be enforced according to its original terms, which could include foreclosure.

**Q. What happens to my trial period payments if I do not comply with the terms of the Trial Period Plan?**

Your trial period payments will be applied to your existing loan according to the terms of your loan documents.

**Q. If I get a Home Affordable Modification, can my modified loan terms ever revert to the original loan terms?**

No. This is one of the advantages of the Home Affordable Modification program. Once your loan is modified, the new terms stay in place for the remainder of your loan.

**Q. Do all borrowers have to sign the Trial Period Plan and other documents?**

Unless a borrower or co-borrower is deceased, all borrowers who signed the original loan documents or their duly authorized representative(s) must sign the Trial Period Plan, the Modification Agreement and all other required modification documents.   Contact your servicer if it would be difficult or impossible for you to comply with this requirement.

**Q. Could my trial period payment be more than my current payment?**

Yes. For example, if your current payment does not include an escrow payment and you are now required to make monthly escrow payments, your trial period payment could be higher than your current payment. Note, however, that the increase in your payment under these circumstances would be offset by other tax and insurance bills you would no longer have to pay directly as we will pay those for you out of your escrow account.

HOME AFFORDABLE MODIFICATION PROGRAM  - STANDARD INCOME VERIFICATION PROCESS COVER LETTER
Single Family - Fannie Mae/Freddie Mac UNIFORM INSTRUMENT
VMP ®
Wolters Kluwer Financial Services ©2009

C19L-305-624

D14112   (0906)
Page 5 of 5

Investor Loan # : 2000306506

# HOME AFFORDABLE   MODIFICATION
## TRIAL  PERIOD  PLAN
### (Step One of Two-Step  Documentation  Process)

Trial Period Plan Effective Date:     August 1, 2009

Borrower ("I") ': OSCAR MADRIGAL SENCION


Lender ("Lender"):
Deutsche Bank National Trust Company, as Trustee for NATIXIS Real Estate Capital Trust 2007-HE2


Date of first lien Security Instrument ("Mortgage") and Note ("Note"): April 17, 2007

Loan Number:  340262

Property Address ("Property"):
9120 MURRAY AVE
GILROY, CA 95020


If I am in compliance with this Trial Period Plan (the "Plan") and my representations in Section 1 continue to be true in all material respects, then the Lender will provide me with a Home Affordable Modification Agreement ("Modification Agreement"), as set forth in Section 3, that would amend and supplement (1) the Mortgage on the Property, and (2) the Note secured by the Mortgage. The Mortgage and Note together, as they may previously have been amended, are referred to as the "Loan Documents." Capitalized terms used in this Plan and not defined have the meaning given to them in the Loan Documents.

If I have not already done so, I am providing confirmation of the reasons I cannot afford my mortgage payment and documents to permit verification of all of my income (except that I understand that I am not required to disclose any child support or alimony unless I wish to have such income considered) to determine whether I qualify for the offer described in this Plan (the "Offer").  I understand that after I sign and return two copies of this Plan to the Lender, the Lender will send me a signed copy of this Plan if I qualify for the Offer or will send me written notice that I do not qualify for the Offer. This Plan will not take affect unless and until both I and the Lender sign it and Lender provides me with a copy of this Plan with the Lender's signature.

1.       **My Representations.**   I certify, represent to Lender and agree:

  A.      I am unable to afford my mortgage payments for the reasons indicated in my Hardship Affidavit and as a result, (i) I am either in default or believe I will  be in default under the Loan Documents in the near future, and (ii) I do not have sufficient income  or access to sufficient liquid assets to make the monthly mortgage payments now or in the near future;

  B.      I live in the Property as my principal residence, and the Property has not been condemned;

---

'If there is more than one Borrower  or Mortgagor executing  this document, each is referred  to as "I".  For purposes  of this document words signifying  the singular  (such as "I") shall include the plural (such as "we") and vice versa where  appropriate.

HOME AFFORDABLE  MODIFICATION   -TRIAL PERIOD  PLAN
Single  Family - Fannie Mae/Freddie  Mac UNIFORM  INSTRUMENT
VMP ®
Wolters Kluwer Financial Services ©2009

Form 3156  3/09 (rev. 5/09)
014150     (0903)
Page 1 of 4



## Information for Government Monitoring Purposes

The following information is requested by the federal government in order to monitor compliance with federal statutes that prohibit discrimination in housing. **You are not required to furnish this information, but are encouraged to do so. The law provides that a lender or servicer may not discriminate either on the basis of this information, or on whether you choose to furnish it.** If you furnish the information, please provide both ethnicity and race. For race, you may check more than one designation. If you do not furnish ethnicity, race, or sex, the lender or servicer is required to note the information on the basis of visual observation or surname if you have made this request for a loan modification in person. If you do not wish to furnish the information, please check the box below.

| BORROWER | ☑ | I do not wish to furnish this information | CO-BORROWER | | I do not wish to furnish this information |
|---|---|---|---|---|---|
| Ethnicity: | | Hispanic or Latino<br>Not Hispanic or Latino | Ethnicity: | | Hispanic or Latino<br>Not Hispanic or Latino |
| Race: | | American Indian or Alaska Native<br>Asian<br>Black or African American<br>Native Hawaiian or Other Pacific Islander<br>White | Race: | | American Indian or Native American<br>Asian<br>Black or African American<br>Native Hawaiian or Other Pacific Islander<br>White |
| Sex: | | Female<br>Male | Sex: | | Female<br>Male |

| To be Completed by Interviewer | Interviewer's Name (print or type) | Name/Address of Interviewer's Employer |
|---|---|---|
| ☐ Face-to-face interview<br>☐ Mail | Interviewer's Signature             Date | |
| ☐ Telephone<br>☐ Internet | Interviewer's Phone Number (include area code) | |

## Borrower/Co-Borrower Acknowledgement

1. Under penalty of perjury, I/we certify that all of the information in this affidavit is truthful and the event(s) identified above has/have contributed to my/our need to modify the terms of my/our mortgage loan.

2. I/we understand and acknowledge the Servicer may investigate the accuracy of my/our statements, may require me/us to provide supporting documentation, and that knowingly submitting false information may violate Federal law.

3. I/we understand the Servicer will pull a current credit report on all borrowers obligated on the Note.

4. I/we understand that if I/we have intentionally defaulted on my/our existing mortgage, engaged in fraud or misrepresented any fact(s) in connection with this Hardship Affidavit, or if I/we do not provide all of the required documentation, the Servicer may cancel the Agreement and may pursue foreclosure on my/our home.

5. I/we certify that my/our property is owner-occupied and I/we have not received a condemnation notice.

6. I/we certify that I/we am/are willing to commit to credit counseling if it is determined that my/our financial hardship is related to excessive debt.

7. I/we certify that I/we am/are willing to provide all requested documents and to respond to all Servicer communication in a timely manner. I/we understand that time is of the essence.

G. I understand that the Plan is not a modification of the Loan Documents and that the Loan Documents will not be modified unless and until (i) I meet all of the conditions required for modification, (ii) I receive a fully executed copy of a Modification Agreement, and (iii) the Modification Effective Date has passed. I further understand and agree that the Lender will not be obligated or bound to make any modification of the Loan Documents if I fail to meet any one of the requirements under this Plan. I understand and agree that the Lender will not be obligated or bound to make any modification of the Loan Documents or to execute the Modification Agreement if the Lender has not received an acceptable title endorsement and/or subordination agreements from other lien holders, as necessary, to ensure that the modified mortgage Loan retains its first lien position and is fully enforceable.

3. **The Modification.** I understand that once Lender is able to determine the final amounts of unpaid interest and any other delinquent amounts (except late charges) to be added to my loan balance and after deducting from my loan balance any remaining money held at the end of the Trial Period under Section 2.D. above, the Lender will determine the new payment amount. If I comply with the requirements in Section 2 and my representations in Section 1 continue to be true in all material respects, the Lender will send me a Modification Agreement for my signature which will modify my Loan Documents as necessary to reflect this new payment amount and waive any unpaid late charges accrued to date. Upon execution of a Modification Agreement by the Lender and me, this Plan shall terminate and the Loan Documents, as modified by the Modification Agreement, shall govern the terms between the Lender and me for the remaining term of the loan.

4. **Additional Agreements.** I agree to the following:

A. That all persons who signed the Loan Documents or their authorized representative(s) have signed this Plan, unless a borrower or co-borrower is deceased or the Lender has waived this requirement in writing.

B. To comply, except to the extent that they are modified by this Plan, with all covenants, agreements, and requirements of Loan Documents, including my agreement to make all payments of taxes, insurance premiums, assessments, Escrow Items, impounds, and all other payments, the amount of which may change periodically over the term of my loan.

C. Intentionally Deleted.

D. That all terms and provisions of the Loan Documents remain in full force and effect; nothing in this Plan shall be understood or construed to be a satisfaction or release in whole or in part of the obligations contained in the Loan Documents. The Lender and I will be bound by, and will comply with, all of the terms and provisions of the Loan Documents.

REMAINDER OF PAGE INTENTIONALLY LEFT BLANK.
SIGNATURE PAGE FOLLOWS.

HOME AFFORDABLE MODIFICATION - TRIAL PERIOD PLAN
Single Family - Fannie Mae/Freddie Mac UNIFORM INSTRUMENT
VAP ®
Wolters Kluwer Financial Services ©2009

Form 3156 3/09 (rev. 3/09)
D14163   (0803)
Page 3 of 4

In Witness Whereof, the Lender and I have executed this Plan.

_____ (Seal)  08/18/09
OSCAR MADRIGAL SENCION                -Borrower                    Date

_____ (Seal)  _____
                                     -Borrower                    Date

_____ (Seal)  _____
                                     -Borrower                    Date

_____ (Seal)  _____
                                     -Borrower                    Date

Deutsche Bank National Trust Company, as Trustee for NATIXIS Real Estate Capital Trust 2007-   (Seal)
HE2, by Saxon Mortgage Services, Inc., as its attorney-in-fact                                  -Lender

By: _____ (Seal)  _____
                                                                  Date

HOME AFFORDABLE MODIFICATION - TRIAL PERIOD PLAN
Single Family - Fannie Mae/Freddie Mac UNIFORM INSTRUMENT
VMP ®
Wolters Kluwer Financial Services ©2009

Form 3156 3.09 (rev. 3/09)
D161(02) (0902)
Page 4 of 4

Investor Loan # : 2000306506

# HOME AFFORDABLE MODIFICATION
# TRIAL PERIOD PLAN
## (Step One of Two-Step Documentation Process)

Trial Period Plan Effective Date:     August 1, 2009

Borrower ("I") ¹: OSCAR MADRIGAL SENCION

Lender ("Lender"):
Deutsche Bank National Trust Company, as Trustee for NATIXIS Real Estate Capital Trust 2007-HE2

Date of first lien Security Instrument ("Mortgage") and Note ("Note"): April 17, 2007

Loan Number:  340262

Property Address ("Property"):
9120 MURRAY AVE
GILROY, CA 95020

If I am in compliance with this Trial Period Plan (the "Plan") and my representations in Section 1 continue to be true in all material respects, then the Lender will provide me with a Home Affordable Modification Agreement ("Modification Agreement"), as set forth in Section 3, that would amend and supplement (1) the Mortgage on the Property, and (2) the Note secured by the Mortgage. The Mortgage and Note together, as they may previously have been amended, are referred to as the "Loan Documents." Capitalized terms used in this Plan and not defined have the meaning given to them in the Loan Documents.

If I have not already done so, I am providing confirmation of the reasons I cannot afford my mortgage payment and documents to permit verification of all of my income (except that I understand that I am not required to disclose any child support or alimony unless I wish to have such income considered) to determine whether I qualify for the offer described in this Plan (the "Offer"). I understand that after I sign and return two copies of this Plan to the Lender, the Lender will send me a signed copy of this Plan if I qualify for the Offer or will send me written notice that I do not qualify for the Offer. This Plan will not take effect unless and until both I and the Lender sign it and Lender provides me with a copy of this Plan with the Lender's signature.

1.      **My Representations.**   I certify, represent to Lender and agree:

A.      I am unable to afford my mortgage payments for the reasons indicated in my Hardship Affidavit and as a result, (i) I am either in default or believe I will be in default under the Loan Documents in the near future, and (ii) I do not have sufficient income or access to sufficient liquid assets to make the monthly mortgage payments now or in the near future;

B.      I live in the Property as my principal residence, and the Property has not been condemned;

¹ If there is more than one Borrower or Mortgagor executing this document, each is referred to as "I". For purposes of this document words signifying the singular (such as "I") shall include the plural (such as "we") and vice versa where appropriate.

HOME AFFORDABLE MODIFICATION  - TRIAL PERIOD PLAN
Single Family - Fannie Mae/Freddie Mac UNIFORM INSTRUMENT
VMP ®
Wolters Kluwer Financial Services ©2009

Form 3158  3/09 (rev. 3/09)
O14102   (0902)
Page 1 of 4

C.  There has been no change in the ownership of the Property since I signed the Loan Documents;

D.  I am providing or already have provided documentation for all income that I receive (and I understand that I am not required to disclose any child support or alimony that I receive, unless I wish to have such income considered to qualify for the Offer);

E.  Under penalty of perjury, all documents and information I have provided to Lender pursuant to this Plan, including the documents and information regarding my eligibility for the program, are true and correct; and

F.  If Lender requires me to obtain credit counseling, I will do so.

2.  **The Trial Period Plan.** On or before each of the following due dates, I will pay the Lender the amount set forth below ("Trial Period Payment"), which includes payment for Escrow Items, including real estate taxes, insurance premiums and other fees, if any, of U.S. $5,135.93.

| Trial Period Payment # | Trial Period Payment | Due Date On or Before |
|---|---|---|
| 1 | $ 5,135.93 | 08/01/2009 |
| 2 | $ 5,135.93 | 09/01/2009 |
| 3 | $ 5,135.93 | 10/01/2009 |

The Trial Period Payment is an estimate of the payment that will be required under the modified loan terms, which will be finalized in accordance with Section 3 below.

During the period (the "Trial Period") commencing on the Trial Period Effective Date and ending on the earlier of: (i) the first day of the month following the month in which the last Trial Period Payment is due (the "Modification Effective Date") or (ii) termination of this Plan, I understand and acknowledge that:

A.  TIME IS OF THE ESSENCE under this Plan;

B.  Except as set forth in Section 2.C. below, the Lender will suspend any scheduled foreclosure sale, provided I continue to meet the obligations under this Plan, but any pending foreclosure action will not be dismissed and may be immediately resumed from the point at which it was suspended if this Plan terminates, and no new notice of default, notice of intent to accelerate, notice of acceleration, or similar notice will be necessary to continue the foreclosure action, all rights to such notices being hereby waived to the extent permitted by applicable law;

C.  If my property is located in Georgia, Hawaii, Missouri, or Virginia and a foreclosure sale is currently scheduled, the foreclosure sale will not be suspended and the lender may foreclose if I have not made each and every Trial Period Payment that is due before the scheduled foreclosure sale. If a foreclosure sale occurs pursuant to this Section 2.C., this agreement shall be deemed terminated;

D.  The Lender will hold the payments received during the Trial Period in a non-interest bearing account until they total an amount that is enough to pay my oldest delinquent monthly payment on my loan in full. If there is any remaining money after such payment is applied, such remaining funds will be held by the Lender and not posted to my account until they total an amount that is enough to pay the next oldest delinquent monthly payment in full;

E.  When the Lender accepts and posts a payment during the Trial Period it will be without prejudice to, and will not be deemed a waiver of, the acceleration of the loan or foreclosure action and related activities and shall not constitute a cure of my default under the Loan Documents unless such payments are sufficient to completely cure my entire default under the Loan Documents;

F.  If prior to the Modification Effective Date, (i) the Lender does not provide me a fully executed copy of this Plan and the Modification Agreement; (ii) I have not made the Trial Period payments required under Section 2 of this Plan; or (iii) the Lender determines that my representations in Section 1 are no longer true and correct, the Loan Documents will not be modified and this Plan will terminate. In this event, the Lender will have all of the rights and remedies provided by the Loan Documents, and any payment I make under this Plan shall be applied to amounts I owe under the Loan Documents and shall not be refunded to me; and

HOME AFFORDABLE MODIFICATION - TRIAL PERIOD PLAN
Single Family - Fannie Mae/Freddie Mac UNIFORM INSTRUMENT
VMP ®
Wolters Kluwer Financial Services ©2008

Form 3156 3/09 (rev. 3/09)
D14106     (0903)
Page 2 of 4

8. I/we understand that the Servicer will use this information to evaluate my/our eligibility for a loan modification or other workout, but the Servicer is not obligated to offer me/us assistance based solely on the representations in this affidavit.

9. I/we authorize and consent to Servicer disclosing to the U.S. Department of Treasury or other government agency, Fannie Mae and/or Freddie Mac any information provided by me/us or retained by Servicer in connection with the Home Affordable Modification Program.

| | |
|---|---|
| Borrower Signature    05/18/09   Date | Co-Borrower Signature          Date |
| Email Address: | Email Address: |
| Cell Phone (408) 639-2968 | Cell Phone: |
| Home Phone (408) 846-5269 | Home Phone: |
| Work Phone (408) 639-4537 | Work Phone: |
| Social Security Number: 5Q3-05-6706 | Social Security Number: |

Explanation: To whom it may Concern: I Oscar Sencion I am Righting this letter to Give an explanation on my hardship situation, the reasons that Force me to stop making my Mortgage payments, and the real situation is that my wife And I gatt separated and now I don't have her income And honestly that makes a big deference, and then on- Top of that my loan adjusted to a higher interest. so that makes things worst for me, an then in my job They cut down my salary for a Few months so i really wasn't making enough money to make all of my payments but now thanks god my salary came back to normal

HOME AFFORDABLE MODIFICATION PROGRAM - HARDSHIP AFFDAVIT
Single Family - Fannie Mae/Freddie Mac UNIFORM INSTRUMENT
VMP ®
Wolters Kluwer Financial Services © 2009

Form 1021 04/09

0141132 (0204)
Page 3 of 4

I am currently making the same as before, but still
without my wife's income I still need som help.
And the other thing is the interest rate that i have right now
is to high in both of my loans, And the other big problem
Is the value of my property, It has troop very low and
I can't refinance, so at this point I really need your help
Because I really don't want to lose my house, this may not
Concern you but I was a victim of a scam lawyer who
promus me to help me modify my loan, and all of this past
7 months he didn't do nothing and now hear I am facing
Foreclosure, So that's why I relly need you to work with
me so I can Keep the house and Keep on paying you,
The house, is very small and old, you well really loss if you
Freclose on me, but what really makes me keeping it is
The sentimental value, and also my family lives in the same
Area, so pleas give me the oportunity to stay home and
Send my kids to the same school, please work with me
Let's find a solution that may Benefits as all.
Should you have any Questions please don't hesitate to
Contact me at any time, Thank you

HOME AFFORDABLE MODIFICATION PROGRAM - HARDSHIP AFFIDAVIT
Single Family - Fannie Mae/Freddie Mac UNIFORM INSTRUMENT
VMP ®
Wolters Kluwer Financial Services © 2009

Form 1021 04/09

D14102 (0904)
Page 4 of 4

## Home Affordable Modification Program Hardship Affidavit

Borrower Name
(first, middle, last): OSCAR MADRIGAL SENCION                     Date of Birth: 08/10/64

Co-Borrower Name:
(first, middle, last): _____           Date of Birth: _____

Property Street Address: 9120 MURRAY AVE

Property City, ST, Zip: GILROY, CA 95020

Servicer: Saxon Mortgage Services, Inc.

Loan Number: 2000306506

In order to qualify for                          Saxon Mortgage Services, Inc.                'a ("Servicer") offer to enter into an agreement to modify my loan under the federal government's Home Affordable Modification Program (the "Agreement"), I/we am/are submitting this form to the Servicer and indicating by my/our checkmarks (" ✓ ") the one or more events that contribute to my/our difficulty making payments on my/our mortgage loan.

| Borrower | | Co-Borrower | | |
|---|---|---|---|---|
| Yes | No | Yes | No | |
| ☑ | ☐ | ☐ | ☐ | My income has been reduced or lost. For example: unemployment, underemployment, reduced job hours, reduced pay, or a decline in self-employed business earnings. I have provided details below under "Explanation." |
| Yes | No | Yes | No | |
| ☐ | ☐ | ☐ | ☐ | My household financial circumstances have changed. For example: death in family, serious or chronic illness, permanent or short-term disability, increased family responsibilities (adoption or birth of a child, taking care of elderly relatives or other family members). I have provided details below under "Explanation." |
| Yes | No | Yes | No | |
| ☑ | ☐ | ☐ | ☐ | My expenses have increased. For example: monthly mortgage payment has increased or will increase, high medical and health-care costs, uninsured losses (such as those due to fires or natural disasters), unexpectedly high utility bills, increased real property taxes. I have provided details below under "Explanation." |
| Yes | No | Yes | No | |
| ☑ | ☐ | ☐ | ☐ | My cash reserves are insufficient to maintain the payment on my mortgage loan and cover basic living expenses at the same time. Cash reserves include assets such as cash, savings, money market funds, marketable stocks or bonds (excluding retirement accounts). Cash reserves do not include assets that serve as an emergency fund (generally equal to three times my monthly debt payments). I have provided details below under "Explanation." |
| Yes | No | Yes | No | |
| ☐ | ☐ | ☐ | ☐ | My monthly debt payments are excessive, and I am overextended with my creditors. I may have used credit cards, home equity loans or other credit to make my monthly mortgage payments. I have provided details below under "Explanation." |
| Yes | No | Yes | No | |
| ☐ | ☐ | ☐ | ☐ | There are other reasons I/we cannot make our mortgage payments. I have provided details below under "Explanation." |

HOME AFFORDABLE MODIFICATION PROGRAM - HARDSHIP AFFIDAVIT
Single Family - Fannie Mae/Freddie Mac UNIFORM INSTRUMENT
VMP ®
Wolters Kluwer Financial Services ©2009

Form 1021 04/09
D14102 (0904)
Page 1 of 4

C. There has been no change in the ownership of the Property since I signed the Loan Documents;

D. I am providing or already have provided documentation for all income that I receive (and I understand that I am not required to disclose any child support or alimony that I receive, unless I wish to have such income considered to qualify for the Offer);

E. Under penalty of perjury, all documents and information I have provided to Lender pursuant to this Plan, including the documents and information regarding my eligibility for the program, are true and correct; and

F. If Lender requires me to obtain credit counseling, I will do so.

2. **The Trial Period Plan.** On or before each of the following due dates, I will pay the Lender the amount set forth below ("Trial Period Payment"), which includes payment for Escrow Items, including real estate taxes, insurance premiums and other fees, if any, of U.S. $5,135.93.

| Trial Period Payment # | Trial Period Payment | Due Date On or Before |
|---|---|---|
| 1 | $ 5,135.93 | 08/01/2009 |
| 2 | $ 5,135.93 | 09/01/2009 |
| 3 | $ 5,135.93 | 10/01/2009 |

The Trial Period Payment is an estimate of the payment that will be required under the modified loan terms, which will be finalized in accordance with Section 3 below.

During the period (the "Trial Period") commencing on the Trial Period Effective Date and ending on the earlier of: (i) the first day of the month following the month in which the last Trial Period Payment is due (the "Modification Effective Date") or (ii) termination of this Plan, I understand and acknowledge that:

A. TIME IS OF THE ESSENCE under this Plan;

B. Except as set forth in Section 2.C. below, the Lender will suspend any scheduled foreclosure sale, provided I continue to meet the obligations under this Plan, but any pending foreclosure action will not be dismissed and may be immediately resumed from the point at which it was suspended if this Plan terminates, and no new notice of default, notice of intent to accelerate, notice of acceleration, or similar notice will be necessary to continue the foreclosure action, all rights to such notices being hereby waived to the extent permitted by applicable law;

C. If my property is located in Georgia, Hawaii, Missouri, or Virginia and a foreclosure sale is currently scheduled, the foreclosure sale will not be suspended and the lender may foreclose if I have not made each and every Trial Period Payment that is due before the scheduled foreclosure sale. If a foreclosure sale occurs pursuant to this Section 2.C., this agreement shall be deemed terminated;

D. The Lender will hold the payments received during the Trial Period in a non-interest bearing account until they total an amount that is enough to pay my oldest delinquent monthly payment on my loan in full. If there is any remaining money after such payment is applied, such remaining funds will be held by the Lender and not posted to my account until they total an amount that is enough to pay the next oldest delinquent monthly payment in full;

E. When the Lender accepts and posts a payment during the Trial Period it will be without prejudice to, and will not be deemed a waiver of, the acceleration of the loan or foreclosure action and related activities and shall not constitute a cure of my default under the Loan Documents unless such payments are sufficient to completely cure my entire default under the Loan Documents;

F. If prior to the Modification Effective Date, (i) the Lender does not provide me a fully executed copy of this Plan and the Modification Agreement; (ii) I have not made the Trial Period payments required under Section 2 of this Plan; or (iii) the Lender determines that my representations in Section 1 are no longer true and correct, the Loan Documents will not be modified and this Plan will terminate. In this event, the Lender will have all of the rights and remedies provided by the Loan Documents, and any payment I make under this Plan shall be applied to amounts I owe under the Loan Documents and shall not be refunded to me; and

G.   I understand that the Plan is not a modification of the Loan Documents and that the Loan Documents will not be modified unless and until (i) I meet all of the conditions required for modification, (ii) I receive a fully executed copy of a Modification Agreement, and (iii) the Modification Effective Date has passed. I further understand and agree that the Lender will not be obligated or bound to make any modification of the Loan Documents if I fail to meet any one of the requirements under this Plan. I understand and agree that the Lender will not be obligated or bound to make any modification of the Loan Documents or to execute the Modification Agreement if the Lender has not received an acceptable title endorsement and/or subordination agreements from other lien holders, as necessary, to ensure that the modified mortgage Loan retains its first lien position and is fully enforceable.

3.   **The Modification.**   I understand that once Lender is able to determine the final amounts of unpaid interest and any other delinquent amounts (except late charges) to be added to my loan balance and after deducting from my loan balance any remaining money held at the end of the Trial Period under Section 2.D. above, the Lender will determine the new payment amount. If I comply with the requirements in Section 2 and my representations in Section 1 continue to be true in all material respects, the Lender will send me a Modification Agreement for my signature which will modify my Loan Documents as necessary to reflect this new payment amount and waive any unpaid late charges accrued to date. Upon execution of a Modification Agreement by the Lender and me, this Plan shall terminate and the Loan Documents, as modified by this Modification Agreement, shall govern the terms between the Lender and me for the remaining term of the loan.

4.   **Additional Agreements.**   I agree to the following:

A.   That all persons who signed the Loan Documents or their authorized representative(s) have signed this Plan, unless a borrower or co-borrower is deceased or the Lender has waived this requirement in writing.

B.   To comply, except to the extent that they are modified by this Plan, with all covenants, agreements, and requirements of Loan Documents, including my agreement to make all payments of taxes, insurance premiums, assessments, Escrow Items, impounds, and all other payments, the amount of which may change periodically over the term of my loan.

C.   Intentionally Deleted.

D.   That all terms and provisions of the Loan Documents remain in full force and effect; nothing in this Plan shall be understood or construed to be a satisfaction or release in whole or in part of the obligations contained in the Loan Documents. The Lender and I will be bound by, and will comply with, all of the terms and provisions of the Loan Documents.

**REMAINDER OF PAGE INTENTIONALLY LEFT BLANK.
SIGNATURE PAGE FOLLOWS.**

HOME AFFORDABLE MODIFICATION - TRIAL PERIOD PLAN
Single Family - Fannie Mae/Freddie Mac UNIFORM INSTRUMENT
VMP ®
Wolters Kluwer Financial Services 8/2008

Form 3158  3/09 (rev. 3/09)
014183  (0902)
Page 3 of 4

In Witness Whereof, the Lender and I have executed this Plan.

_____ (Seal)    08/18/09
OSCAR MADRIGAL SENCION            -Borrower          Date


_____ (Seal)    _____
                                  -Borrower          Date


_____ (Seal)    _____
                                  -Borrower          Date


_____ (Seal)    _____
                                  -Borrower          Date


Deutsche Bank National Trust Company, as Trustee for NATIXIS Real Estate Capital Trust 2007-    (Seal)
HE2, by Saxon Mortgage Services, Inc., as its attorney-in-fact                                  -Lender


By: _____ (Seal)    _____
                                                                     Date


HOME AFFORDABLE MODIFICATION  - TRIAL PERIOD PLAN
Single Family - Fannie Mae/Freddie Mac UNIFORM INSTRUMENT
VMP ®
Wolters Kluwer Financial Services ©2009

Form 3156 1/09 (rev. 3/09)
014193   (0903)
Page 4 of 4

Loan Number: 2000306506

| Form **4506-T** | **Request for Transcript of Tax Return** | |
|---|---|---|
| (Rev. January 2008) | ▶ Do not sign this form unless all applicable lines have been completed.<br>Read the instructions on page 2. | OMB No. 1545-1872 |
| Department of the Treasury<br>Internal Revenue Service | ▶ Request may be rejected if the form is incomplete, illegible, or any required<br>line was blank at the time of signature. | |

Tip: Use Form 4506-T to order a transcript or other return information free of charge. See the product list below. You can also call 1-800-829-1040 to order a transcript. If you need a copy of your return, use Form 4506, Request for Copy of Tax Return. There is a fee to get a copy of your return.

| 1a | Name shown on tax return. If a joint return, enter the name shown first. | 1b | First social security number on tax return or employer identification number (see instructions) |
|---|---|---|---|
| | OSCAR MADRIGAL SENCION | | 623056706 |
| 2a | If a joint return, enter spouse's name shown on tax return | 2b | Second social security number if joint tax return |

**3** Current name, address (including apt., room, or suite no.), city, state, and ZIP code
9120 MURRAY AVE
GILROY, CA 95020

**4** Previous address shown on the last return filed if different from line 3

**5** If the transcript or tax information is to be mailed to a third party (such as a mortgage company), enter the third party's name, address, and telephone number. The IRS has no control over what the third party does with the tax information.
DIGITAL RISK, LLC
TWO GALLERIA TOWER, 13455 NOEL RD., 16TH FLOOR, DALLAS, TX 75240
(888) 300-7475

Caution: DO NOT SIGN this form if a third party requires you to complete Form 4506-T, and lines 6 and 9 are blank.

**6** Transcript requested. Enter the tax form number here (1040, 1065, 1120, etc.) and check the appropriate box below. Enter only one tax form number per request. ▶ 1040

**a** Return Transcript, which includes most of the line items of a tax return as filed with the IRS. Transcripts are only available for the following returns: Form 1040 series, Form 1065, Form 1120, Form 1120A, Form 1120H, and Form 1120S. Return transcripts are available for the current year and returns processed during the prior 3 processing years. Most requests will be processed within 10 business days ........................... [X]

**b** Account Transcript, which contains information on the financial status of the account, such as payments made on the account, penalty assessments, and adjustments made by you or the IRS after the return was filed. Return information is limited to items such as tax liability and estimated tax payments. Account transcripts are available for most returns. Most requests will be processed within 30 calendar days ...................... ☐

**c** Record of Account, which is a combination of line item information and later adjustments to the account. Available for current year and 3 prior tax years. Most requests will be processed within 30 calendar days ..................................................................... ☐

**7** Verification of Nonfiling, which is proof from the IRS that you did not file a return for the year. Most requests will be processed within 10 business days ................................................................................................................................. ☐

**8** Form W-2, Form 1099 series, Form 1098 series, or Form 5498 series transcript. The IRS can provide a transcript that includes data from these information returns. State or local information is not included with the Form W-2 information. The IRS may be able to provide this transcript information for up to 10 years. Information for the current year is generally not available until the year after it is filed with the IRS. For example, W-2 information for 2006, filed in 2007, will not be available from the IRS until 2008. If you need W-2 information for retirement purposes, you should contact the Social Security Administration at 1-800-772-1213. Most requests will be processed within 45 days ...................... [X]

Caution: If you need a copy of Form W-2 or Form 1099, you should first contact the payer. To get a copy of the Form W-2 or Form 1099 filed with your return, you must use Form 4506 and request a copy of your return, which includes all attachments.

**9** Year or period requested. Enter the ending date of the year or period, using the mm/dd/yyyy format. If you are requesting more than four years or periods, you must attach another Form 4506-T. For requests relating to quarterly tax returns, such as Form 941, you must enter each quarter or tax period separately.
12/31/2008

Signature of taxpayer(s). I declare that I am either the taxpayer whose name is shown on line 1a or 2a, or a person authorized to obtain the tax information requested. If the request applies to a joint return, either husband or wife must sign. If signed by a corporate officer, partner, guardian, tax matters partner, executor, receiver, administrator, trustee, or party other than the taxpayer, I certify that I have the authority to execute Form 4506-T on behalf of the taxpayer.

| | Telephone number of taxpayer on line 1a or 2a |
|---|---|
| ✗ Signature (see instructions)  Date 8/8/09 | (408) 639296B |

**Sign Here**

Title (if line 1a above is a corporation, partnership, estate, or trust)

Spouse's signature                                    Date

For Privacy Act and Paperwork Reduction Act Notice, see page 2.
Request for Transcript of Tax Return
VMP ® Banker Systems ™
Wolters Kluwer Financial Services
DDS-45T

Cat. No. 37667N          Form **4506-T** (Rev. 1-2008)

VMP500T (0801)00
Page 1 of 2

Form 4506-T (Rev. 1-2008)    Loan Number: 2000308506

## General Instructions

**Purpose of form.** Use Form 4506-T to request tax return information. You can also designate a third party to receive the information. See line 5.

**Tip:** Use Form 4506, Request for Copy of Tax Return, to request copies of tax returns.

**Where to file.** Mail or fax Form 4506-T to the address below for the state you lived in when that return was filed. There are two address charts: one for individual transcripts (Form 1040 series and Form W-2) and one for all other transcripts.

If you are requesting more than one transcript or other product and the chart below shows two different service centers, mail your request to the service center based on the address of your most recent return.

**Note:** You can also call 1-800-829-1040 to request a transcript or get more information.

### Chart for individual transcripts (Form 1040 series and Form W-2)

| If you filed an individual return and lived in: | Mail or fax to the "Internal Revenue Service" at: |
|---|---|
| District of Columbia, Maine, Maryland, Massachusetts, New Hampshire, New York, Vermont | RAIVS Team Stop 679 Andover, MA 05501 978-247-9255 |
| Alabama, Delaware, Florida, Georgia, North Carolina, Rhode Island, South Carolina, Virginia | RAIVS Team P.O. Box 47-421 Stop 91 Doraville, GA 30362 770-455-2335 |
| Kentucky, Louisiana, Mississippi, Tennessee, Texas, a foreign country, or A.P.O. or F.P.O. address | RAIVS Team Stop 6716 AUSC Austin, TX 73301 512-460-2272 |
| Alaska, Arizona, California, Colorado, Hawaii, Idaho, Iowa, Kansas, Minnesota, Montana, Nebraska, Nevada, New Mexico, North Dakota, Oklahoma, Oregon, South Dakota, Utah, Washington, Wisconsin, Wyoming | RAIVS Team Stop 37106 Fresno, CA 93888 559-456-5876 |
| Arkansas, Connecticut, Illinois, Indiana, Michigan, Missouri, New Jersey, Ohio, Pennsylvania, West Virginia | RAIVS Team Stop 6705-841 Kansas City, MO 64999 816-292-6102 |

### Chart for all other transcripts

| If you lived in or your business was in: | Mail or fax to the "Internal Revenue Service" at: |
|---|---|
| Alabama, Alaska, Arizona, Arkansas, California, Colorado, Florida, Georgia, Hawaii, Idaho, Iowa, Kansas, Louisiana, Minnesota, Mississippi, Missouri, Montana, Nebraska, Nevada, New Mexico, North Dakota, Oklahoma, Oregon, South Dakota, Tennessee, Texas, Utah, Washington, Wyoming, a foreign country, or A.P.O. or F.P.O. address | RAIVS Team P.O. Box 9941 Mail Stop 6734 Ogden, UT 84409 801-620-6922 |
| Connecticut, Delaware, District of Columbia, Illinois, Indiana, Kentucky, Maine, Maryland, Massachusetts, Michigan, New Hampshire, New Jersey, New York, North Carolina, Ohio, Pennsylvania, Rhode Island, South Carolina, Vermont, Virginia, West Virginia, Wisconsin | RAIVS Team P.O. Box 145500 Stop 2800 F Cincinnati, OH 45250 859-669-3592 |

**Line 1b. Enter your employer identification number** (EIN) if your request relates to a business return. Otherwise, enter the first social security number (SSN) shown on the return. For example, if you are requesting Form 1040 that includes Schedule C (Form 1040), enter your SSN.

**Line 6. Enter only one tax form number per request.**

**Signature and date.** Form 4506-T must be signed and dated by the taxpayer listed on line 1a or 2a. If you completed line 5 requesting the information be sent to a third party, the IRS must receive Form 4506-T within 60 days of the date signed by the taxpayer or it will be rejected.

**Individuals.** Transcripts of jointly filed tax returns may be furnished to either spouse. Only one signature is required. Sign Form 4506-T exactly as your name appeared on the original return. If you changed your name, also sign your current name.

**Corporations.** Generally, Form 4506-T can be signed by: (1) an officer having legal authority to bind the corporation, (2) any person designated by the board of directors or other governing body, or (3) any officer or employee on written request by any principal officer and attested to by the secretary or other officer.

**Partnerships.** Generally, Form 4506-T can be signed by any person who was a member of the partnership during any part of the tax period requested on line 8.

All others. See Internal Revenue Code section 6103(e) if the taxpayer has died, is insolvent, is a dissolved corporation, or if a trustee, guardian, executor, receiver, or administrator is acting for the taxpayer.

**Documentation.** For entities other than individuals, you must attach the authorization document. For example, this could be the letter from the principal officer authorizing an employee of the corporation or the Letters Testamentary authorizing an individual to act for an estate.

**Privacy Act and Paperwork Reduction Act Notice.** We ask for the information on this form to establish your right to gain access to the requested tax information under the Internal Revenue Code. We need this information to properly identify the tax information and respond to your request. Sections 6103 and 6109 require you to provide this information, including your SSN or EIN. If you do not provide this information, we may not be able to process your request. Providing false or fraudulent information may subject you to penalties.

Routine uses of this information include giving it to the Department of Justice for civil and criminal litigation, and cities, states, and the District of Columbia for use in administering their tax laws. We may also disclose this information to other countries under a tax treaty, to federal and state agencies to enforce federal nontax criminal laws, or to federal law enforcement and intelligence agencies to combat terrorism.

You are not required to provide the information requested on a form that is subject to the Paperwork Reduction Act unless the form displays a valid OMB control number. Books or records relating to a form or its instructions must be retained as long as their contents may become material in the administration of any Internal Revenue law. Generally, tax returns and return information are confidential, as required by section 6103.

The time needed to complete and file Form 4506-T will vary depending on individual circumstances. The estimated average time is: Learning about the law or the form, 10 min.; Preparing the form, 12 min.; and Copying, assembling, and sending the form to the IRS, 20 min.

If you have comments concerning the accuracy of these time estimates or suggestions for making Form 4506-T simpler, we would be happy to hear from you. You can write to the Internal Revenue Service, Tax Products Coordinating Committee, SE:W:CAR:MP:T:T:SP, 1111 Constitution Ave NW, IR-6406, Washington, DC 20224. Do not send the form to this address. Instead, see Where to file on this page.

Request for Transcript of Tax Return
VMP ® Banker Systems ™
Wolters Kluwer Financial Services
DDS-45T

VMPX45T  (0801)00
Page 2 of 2

# EXHIBIT F



*Pago de Ugosto/2007*

**CASHIER'S CHECK**
P.O. Box 60639, Santa Barbara, CA 93160-0639
MATCH THE AMOUNT IN WORDS WITH THE AMOUNT IN NUMBERS

**100090618**

08/19/2009   3037   Morgan Hill Office   avene   **$$5,135.93**

**Five Thousand One Hundred Thirty Five & 93/100**

PAY TO THE
ORDER OF   Saxon Mortgage
re: loan # 2000306506 &
#2000306507

Remitter: Oscar Sancion

DRAWER: Pacific Capital Bank, N.A.

NON NEGOTIABLE
PURCHASER'S COPY

If lost or stolen, this item may not be eligible for replacement until 90 days after the date of the check, or the time the claim is asserted, whichever is later. An indemnity agreement may be required.   MEMO:

---

*Pago de Sept. 2009*

**CASHIER'S CHECK**
P.O. Box 60639, Santa Barbara, CA 93160-0639
MATCH THE AMOUNT IN WORDS WITH THE AMOUNT IN NUMBERS

**100090705**

08/31/2009   3037   Morgan Hill Office   bircherm   **$$5,135.93**

**Five Thousand One Hundred Thirty Five & 93/100**

PAY TO THE
ORDER OF   Saxon Mortgage
Loan #2000306506

Remitter: Oscar Sancion

DRAWER: Pacific Capital Bank, N.A.

NON NEGOTIABLE
PURCHASER'S COPY

If lost or stolen, this item may not be eligible for replacement until 90 days after the date of the check, or the time the claim is asserted, whichever is later. An indemnity agreement may be required.   MEMO:

---

*Pago de Nov, 2009*

**CASHIER'S CHECK**
P.O. Box 60639, Santa Barbara, CA 93160-0639
MATCH THE AMOUNT IN WORDS WITH THE AMOUNT IN NUMBERS

**100102763**

11/03/2009   3037   Morgan Hill Office   raiched   **$$5,135.93**

**Five Thousand One Hundred Thirty Five & 93/100**

PAY TO THE
ORDER OF   * * * SAXON MORTGAGE * * *
Loan # 2000306506

Remitter: Oscar Sancion

DRAWER: Pacific Capital Bank, N.A.

NON NEGOTIABLE
PURCHASER'S COPY

If lost or stolen, this item may not be eligible for replacement until 90 days after the date of the check, or the time the claim is asserted, whichever is later. An indemnity agreement may be required.   MEMO:



*Date: March 31, 2010*          *Wells Fargo PhotoCopy*          *Page 1 of 2*
                                        *Request*

*Reference: 2000042764024:2000042770024:2000042774024*

---

| | | **OFFICIAL CHECK** | 0049309654 |

PAY TO THE ORDER OF          ***SAXN MORTGAGE***          February 02, 2010
                             ***LOAN#2000306506***

***Five thousand one hundred thirty-three dollars and 93 cents***          **$5,133.93**

WELLS FARGO & COMPANY ISSUER
140 MONTGOMERY STREET
SAN FRANCISCO, CA 94105
PAYABLE AT WELLS FARGO BANK, N.A.
FOR INQUIRES CALL (480) 594-3128

VOID IF OVER US$ 5,133.93
CONTROLLER

⑈00493O9654⑈ ⑆121000248⑆4861 505345⑈

---

0030303439

Deposit Only Saxon Mortgage Acct: 4121774287

---

| | | |
|---|---|---|
| **R/T Number** | 10700543 | |
| **Sequence Number** | 285991065 | |
| **Account Number** | 4861505345 | |

| | |
|---|---|
| **Processing Date** | 20100205 |
| **Amount** | 5133.93 |
| **Check Number** | 49309654 |

*Date: March 31, 2010*     *Wells Fargo PhotoCopy*     *Page 2 of 2*
*Request*

*Reference: 2000042764024;2000042770024;2000042774024*



| | | |
|---|---|---|
| 0049309697 | | |

**OFFICIAL CHECK**     0049309697

March 01, 2010

PAY TO THE ORDER OF     ***SAXON MORTGAGE***
***LOAN # 2000306505***

***Five thousand one hundred thirty-three dollars and 95 cents***     **$5,133.95**

WELLS FARGO & COMPANY ISSUER

0030300180

Deposit Only Saxon Mortgage Acct: 4121776207

| | |
|---|---|
| **R/T Number** | 10700543 |
| **Sequence Number** | 380449914 |
| **Account Number** | 4861505345 |

| | |
|---|---|
| **Processing Date** | 20100305 |
| **Amount** | 5133.95 |
| **Check Number** | 49309697 |

00493   11-24
Office AU #   12/10(8)

**OFFICIAL CHECK**

SERIAL #: 0049309654
ACCOUNT#: 4861-505345

Purchaser:   OSCAR BENCION
Purchaser Account: 1953473088
Operator I.D.:   cu006883

PAY TO THE ORDER OF   ***SAXN MORTGAGE ***
***LOAN#2000306506***

*Pagode* ➡ February 02, 2010

***Five thousand one hundred thirty-three dollars and 93 cents***   **$5,133.93**

WELLS FARGO & COMPANY ISSUER
430 MONTGOMERY STREET
SAN FRANCISCO, CA 94163
PAYABLE AT WELLS FARGO BANK, N.A.
FOR INQUIRIES CALL (480) 394-3122

NOTICE TO PURCHASER–IF THIS INSTRUMENT IS LOST,
STOLEN OR DESTROYED, YOU MAY REQUEST CANCELLATION
AND REISSUANCE. AS A CONDITION TO CANCELLATION AND
REISSUANCE, WELLS FARGO & COMPANY MAY IMPOSE A
FEE AND REQUIRE AN INDEMNITY AGREEMENT AND BOND.

VOID IF OVER US $   5,133.93

**NON-NEGOTIABLE**

**Purchaser Copy**

FB004   xxxxxx 0837x001

---

00483   11-24
Office AU #   12/10(8)

**OFFICIAL CHECK**

SERIAL #: 0049309697
ACCOUNT#: 4861-505345

Purchaser:   OSCAR BENCION
Purchaser Account: 1955473835
Operator I.D.:   cu019434

PAY TO THE ORDER OF   ***SAXON MORTGAGE***
***LOAN # 2000306506***

*Pagode* ➡ March 01, 2010

***Five thousand one hundred thirty-three dollars and 95 cents***   **$5,133.95**

WELLS FARGO & COMPANY ISSUER
430 MONTGOMERY STREET
SAN FRANCISCO, CA 94163
PAYABLE AT WELLS FARGO BANK, N.A.
FOR INQUIRIES CALL (480) 394-3122

NOTICE TO PURCHASER–IF THIS INSTRUMENT IS LOST,
STOLEN OR DESTROYED, YOU MAY REQUEST CANCELLATION
AND REISSUANCE. AS A CONDITION TO CANCELLATION AND
REISSUANCE, WELLS FARGO & COMPANY MAY IMPOSE A
FEE AND REQUIRE AN INDEMNITY AGREEMENT AND BOND.

VOID IF OVER US $   5,133.95

**NON-NEGOTIABLE**

**Purchaser Copy**

FB004   xxxxxx 0837x001

# EXHIBIT G

 **SAXON** P.O. BOX 161489
FORT WORTH, TX 76161-1489



7107 8381 8540 1853 8328

09/01/2009



0-840-26482-0000001-001-1-000-000-000-000

OSCAR MADRIGAL SENCION
9120 MURRAY AVE
GILROY CA 95020-3510

**CERTIFIED MAIL # 7107838165401853632B**
**Return Receipt Requested**

## NOTICE OF INTENT TO ACCELERATE

Re: Loan Number 2000306507

Dear OSCAR MADRIGAL SENCION :

This letter is formal notice to you that you are in default under the terms of the documents creating and securing your Loan described above, including the Note and Deed of Trust/Mortgage/Security Deed ("Security Instrument") upon the real estate briefly known as 9120 MURRAY AVE GILROY          CA 95020 ("Property"), and we are advising you as follows:

1. That you have breached the covenant(s) contained in the Note and Security Instrument by failing to pay all sums due under the Note and Security Instrument ("Breach");

2. That payment must be made to Saxon Mortgage Services, Inc. to cure the Breach;

3. That the Breach must be cured by close of business on September 24, 2009 by sending a payment made payable to Saxon Mortgage Services, Inc. in the sum of $9,168.73 ("Delinquent Payment Amount"). The Delinquent Payment Amount may include unpaid fees and late charges and must be made either by cashier's check, certified check or money order and mailed to the following address:

   Saxon Mortgage Services, Inc.
   P.O. Box 163405
   Fort Worth, TX 76161

4. If the Breach is not cured by close of business on September 24, 2009, we may require immediate payment in full of all sums secured by the Security Instrument, including without limitation principal, interest, and all other outstanding charges, and costs (including without limitation court costs and reasonable attorney's fees), without further demand and may invoke foreclosure proceedings, which will result in your loss of the Property. If permitted by law, a judgment also may be pursued for any deficiency.

You have the right to reinstate the Note should we accelerate all sums due under the Note. You also have the right to assert in a court action the nonexistence of a default or any other defense you may have to acceleration and sale of the Property.

This notice is being sent by 1st class and certified mail to the last known notice address shown on our books and records and, if different, the property address.

We want to work with you to resolve this matter and avoid the necessity of accelerating payment of your loan and possible foreclosures. As such, we urge you to contact one of our specialists for proper attention to your loan at:

   4708 Mercantile Dr. N.
   Fort Worth, TX 76137-3605
   888-325-3502

You also may contact one of our specialists at the above address and telephone number if you disagree that you are in breach of the Note and Security Instrument or with our calculation of the Delinquent Payment Amount.

# EXHIBIT H

 

**You may be able to make your payments more affordable.**
**Act now to get the help you need!**

# SAXON

4708 Mercantile Drive North
Fort Worth, TX 76137

November 2, 2009

OSCAR MADRIGAL SENCION
9120 MURRAY AVE
GILROY, CA 95020

Loan Number 2000306506
Property Address: 9120 MURRAY AVE
GILROY, CA 95020

Thank you for participating in the Home Affordable Modification Program (HMP) and submitting some of the supporting documentation to Saxon. While you have made all required Trial Period Plan payments on time, certain documentation is missing. **Because you have made all of your trial payments on time, you have qualified for a one-time Trial Period extension of two (2) months. During this extension period, you must return all missing documents by November 30, 2009, and make two (2) additional Trial Period Payments (one for each of the next two months).**

The required documents are marked below:

☐ Two (2) signed originals of the Trial Period Plan

☐ Original signed Trial Period Plan (only one (1) returned and two (2) originals are required)

☐ Your first month's trial period payment

☐ Original, signed Hardship Affidavit

☐ Original, signed IRS Form 4506-T for each borrower (unless borrowers filed their return jointly)

☐ Copy of the most recent filed federal tax return with all schedules and forms

☐ Copy of the two most recent pay stubs

☐ Copy of the most recent profit/loss statement

☐ Copies of two (2) most recent bank statements

☐ Copy of additional bank statement needed (only one (1) month provided and two (2) are required)

☐ Copy of benefits statement or letter from the benefits provider that states the amount, frequency and duration of the benefit

☐ Copy of divorce decree or separation (whichever is applicable)

☐ Copy of other written agreement/decree that states the amount and time period of alimony or child support

☐ Copy of proof of full, regular and timely payments of alimony or child support (either deposit slips, bank statements, court verification or files federal tax return with all schedules)

☐ Copy of most recent two years filed federal tax returns with all schedules (including Schedule E-Supplemental Income and Loss) where rental income is claimed.

☐ Copy of additional year filed federal tax return with all schedules (including Schedule E–Supplemental Income and Loss) where rental income is claimed (only one year was sent and two (2) years are required)

☐ Copy of HOA/Condominium Association Dues Bill

☒ Other information is needed. Please call us at (888) 325-3502 to discuss what additional documentation is needed

If indicated above that originals are required, please send the originals to:

Saxon
Attention: Home Preservation/HMP Documentation Department
4708 Mercantile Drive North
Fort Worth, TX 76137

If indicated above that copies are sufficient, please mark the loan number on each page and fax the documentation to (888) 240-1885.

Saxon is committed to assist you in obtaining your permanent Home Affordable Modification Agreement and must have these documents no later than November 30, 2009. If you have any questions or are having difficulty providing the documentation, please call us immediately toll-free at (888) 325-3502. We can be reached between 7:00 a.m. and 10:00 p.m. Central Time, Monday through Friday, and from 7:00 a.m. to 5 p.m. Central Time on Saturday.

# EXHIBIT I



P.O. Box 200763
Florence, SC 29502-0763

November 5, 2009

OSCAR MADRIGAL SENCION

9120 MURRAY AVE
GILROY, CA 95020

RE:    Loan Number:         2000306506
       Policy Number:       931907055
       Property Address:    9120 MURRAY AVE
                            GILROY CA 95020


Thank you for choosing Saxon Mortgage Services, Inc. for your financing needs. To ensure proper notification of all insurance documents relating to your property, the below mortgagee-payee clause must be shown on your insurance policy.

<div align="center">

Saxon Mortgage Services, Inc.
ISAOA/ATIMA
P.O. Box 200763
Florence, SC 29502-0763

</div>

Please contact your insurance agent/company and ensure that your insurance policy has the above mortgagee clause and have your agent/company forward a copy of your policy to us at the above address.

Our goal is to provide the highest level of service. If you have any questions, please contact our Insurance Center at (866) 694-0677. Our offices are open between the hours of 8:00 AM to 8:00 PM, Monday through Friday Eastern Standard Time, except for major holidays. Thank you for the privilege of serving you.

Hazard Insurance Department
Saxon Mortgage Services, Inc.

OP06
0709

Saxon Mortgage Services, Inc. is a debt collector. This is an attempt to collect a debt and any information obtained will be used for that purpose. If your loan is currently in bankruptcy or this notice is being sent for informational purposes only, this notice is not intended as an attempt to collect a debt against or demand payment from any person who is protected by the U.S. Bankruptcy Code. If you have recently been discharged of your personal liabilities on the debt due to your Chapter 7 bankruptcy, Saxon is not seeking to collect, recover or offset the debt as a personal liability. We intend only to enforce and collect the debt against the collateral as permitted by applicable state law. This communication is only for the purpose of protecting our right to enforcement of the lien or the collateral.

Visit us on the web at www.saxononline.com

# EXHIBIT J

 **SAXON** P.O. BOX 161489
FORT WORTH, TX 76161-1489

November 24, 2009

46708 0003123 001
OSCAR MADRIGAL SENCION
9120 MURRAY AVE
GILROY CA 95020-3510

Re: Loan Number: 2000306506

Dear Valued Customer(s):

This letter is to inform you that Saxon Mortgage Services, Inc. has recalculated your interest rate and payment, as provided in your note. The recalculated interest rate will be effective 12/01/09 and your new monthly payment of principal and interest or interest only, depending on your note, will be effective 01/01/10.

Your previously disclosed interest rate was 8.25000% and your previously disclosed monthly payment of principal and interest or interest only was $4537.50. Your previously disclosed interest rate was based upon the previous index value of 1.56500% plus the margin of 6.15000% rounded as required in your note, and subject to any caps or limitations established in your note.

Your new interest rate is 7.40000% and your new payment of principal and interest or interest only is $4070.00. Your new interest rate is based upon the current index value of 0.56438% plus the margin of 6.15000% rounded as required in your note, and subject to any caps or limitations established in your note. Your new payment is determined according to your note by using the new interest rate, your projected unpaid principal balance of $660000.00, and the term of your loan. Your new monthly payment does not include any escrow amounts.

If you are a borrower on this loan and have filed for bankruptcy protection, this letter is for informational purposes only and is NOT attempting to collect, recover, or offset any discharged debt as your personal responsibility.

Thank you for the opportunity to be of service. If you need additional information, please contact our Customer Service Center at 866-594-8422.

*For purposes of this letter, this amount includes only principal and interest or interest only and does not include any escrow amounts. The actual amount of your payment may include escrow amounts.

Sincerely,

Saxon Mortgage Services, Inc.

1211-Seasoned - 051308

Saxon Mortgage Services, Inc. is a debt collector. This is an attempt to collect a debt and any information obtained will be used for that purpose. If your loan is currently in bankruptcy, this notice is being sent for informational purposes only. This notice is not intended as an attempt to collect, assess, or claim against or demand payment from any person who is protected by the U.S. Bankruptcy Code. If you have recently been discharged of your personal liability on this debt due to your Chapter 7 bankruptcy, Saxon is not seeking to collect, recover or offset the debt as a personal liability. We intend only to enforce and collect the debt against the collateral as permitted by applicable state law. This communication is only for the purpose of protecting our right to enforcement of the lien on the collateral.

# EXHIBIT K



**SAXON**   P.O. BOX 161489
FORT WORTH, TX 76161-1489

7107 8381 6540 1501 0654

02/08/2010



0-580-49013-0000452-001-1-000-000-000-000

OSCAR MADRIGAL SENCION
9120 MURRAY AVE
GILROY CA 95020-3510

**CERTIFIED MAIL # 71078381654015010654
Return Receipt Requested**

### NOTICE OF INTENT TO ACCELERATE

Re: Loan Number 2000306507

Dear OSCAR MADRIGAL SENCION :

This letter is formal notice to you that you are in default under the terms of the documents creating and securing your Loan described above, including the Note and Deed of Trust/Mortgage/Security Deed ("Security Instrument") upon the real estate briefly known as 9120 MURRAY AVE GILROY      CA 95020 ("Property"), and we are advising you as follows:

1. That you have breached the covenant(s) contained in the Note and Security Instrument by failing to pay all sums due under the Note and Security Instrument ("Breach");

2. That payment must be made to Saxon Mortgage Services, Inc. to cure the Breach;

3. That the Breach must be cured by close of business on March 07, 2010 by sending a payment made payable to Saxon Mortgage Services, Inc. in the sum of $14,599.52 ("Delinquent Payment Amount"). The Delinquent Payment Amount may include unpaid fees and late charges and must be made either by cashier's check, certified check or money order and mailed to the following address:

   Saxon Mortgage Services, Inc.
   P.O. Box 163405
   Fort Worth, TX 76161

4. If the Breach is not cured by close of business on March 7, 2010, we may require immediate payment in full of all sums secured by the Security Instrument, including without limitation principal, interest, and all other outstanding charges, and costs (including without limitation court costs and reasonable attorney's fees), without further demand and may invoke foreclosure proceedings, which will result in your loss of the Property. If permitted by law, a judgment also may be pursued for any deficiency.

You have the right to reinstate the Note should we accelerate all sums due under the Note. You also have the right to assert in a court action the nonexistence of a default or any other defense you may have to acceleration and sale of the Property.

This notice is being sent by 1st class and certified mail to the last known notice address shown on our books and records and, if different, the property address.

We want to work with you to resolve this matter and avoid the necessity of accelerating payment of your loan and possible foreclosures. As such, we urge you to contact one of our specialists for proper attention to your loan at:

   4708 Mercantile Dr. N.
   Fort Worth, TX 76137-3605
   888-325-3502

You also may contact one of our specialists at the above address and telephone number if you disagree that you are in breach of the Note and Security Instrument or with our calculation of the Delinquent Payment Amount.

# EXHIBIT L

 **HELPING YOU STAY IN YOUR HOME.**

 MAKING HOME AFFORDABLE

**You may be able to make your payments more affordable.**
## Act now to get the help you need!

## SAXON

4708 Mercantile Drive North
Fort Worth, TX 76137
(888) 325-3502 • Fax (888) 340-1885

March 2, 2010

OSCAR SENCION
9120 MURRAY AVE
GILROY, CA 95020

Loan Number 2000306506

Property Address: 9120 MURRAY AVE
GILROY, CA 95020

You did it!  By entering into a Home Affordable Modification Trial Period Plan you have taken the first step toward making your payment more affordable.  We want to remind you that when you signed your Trial Period Plan, you agreed to work with a HUD-approved housing counseling agency.  The service provided by the housing counseling agency is FREE.  Counselors will work with you to create a household budget and develop an action plan to reduce your household debts.  You can also count on your housing counselor to provide you with support during the loan modification process.

Your next step is to choose from the following housing counseling options:

A. Select a HUD approved housing counseling agency by going to this website address: http://www.hud.gov/offices/hsg/sfh/hcc/fc/.  The available agencies are listed by state and can provide you with either in-person counseling or counseling by phone.

B. Or, select counseling by phone through the HOPE Hotline by calling 1-888-995-HOPE.  This is an on-demand counseling service that is available 24-hours a day/7-days a week.  The HOPE Hotline is available in Spanish or English (other languages are available on request).

Whichever option you select, the housing counseling services will be made available at NO COST TO YOU.  Remember, it is your responsibility to contact one of these counseling agencies.  It is also a requirement of your Trial Period Plan.

If you have questions about this requirement, please contact us at (888) 325-3502.

Sincerely,

Home Preservation Department
Saxon

The *Making Home Affordable* program was created to help millions of homeowners refinance or modify their mortgages. As part of this program, we – your mortgage servicer – and the Federal Government are working to offer you options to help you stay in your home.

Saxon Mortgage Services, Inc. is a debt collector. This is an attempt to collect a debt and any information obtained will be used for that purpose. If your loan is currently in bankruptcy, this notice is being sent for informational purposes only. This notice is not intended as an attempt to collect, assess, or claim against or demand payment from any person who has provided by the U.S. Bankruptcy Code. If you have recently been discharged of your personal liability on this debt due to your Chapter 7 bankruptcy, Saxon is not seeking to collect, recover or offset the debt as a personal liability. We intend only to enforce and collect the debt against the collateral as permitted by applicable state law, This communication is only for the purpose of protecting our right to enforcement of the lien on the collateral.

Visit us on the web at www.saxononline.com.

CRL-309-05-8

# EXHIBIT M

 **HELPING YOU STAY IN YOUR HOME.**

 MAKING HOME AFFORDABLE

*You may be able to make your payments more affordable.*
### Act now to get the help you need!

# SAXON

4708 Mercantile Drive North
Fort Worth, TX 76137
(888) 325-3502 • Fax (888) 240-1685

March 3, 2010

OSCAR SENCION
9120 MURRAY AVE
GILROY, CA 95020

Loan Number 2000306506

**Property Address:** 9120 MURRAY AVE
GILROY, CA 95020

**Congratulations!** You have been approved for a Home Affordable Modification! We will now proceed with all the steps to prepare your Final Modification Agreement that you should receive within the next 30 days.

**Here's what happens next:**

1) All terms of the modification (payment, escrow, term, etc.) will be finalized;

2) The Final Modification Agreements will be ordered and sent to your house for your signature;

3) When we have the Final Modification Agreement and are preparing to send it to your house, we will call you to discuss the terms of the loan and you will be able to ask any questions that you have about your modification. We anticipate this should be within the next 30 days;

4) Once you receive the documents, <u>you must sign and return both copies to accept the offer</u> of the Modification Agreement <u>to us in the enclosed, pre-paid envelope</u> by the date on the cover letter;

5) <u>Be certain to make any remaining trial period payments on or before the dates they are due.</u> If the trial period payments are made after their due dates or in amounts different from the amount required, your loan may not be modified. It is possible that the amount of the Final Modification payments may be different from the trial period payments.

We will be in touch soon. If you have any questions, please call us immediately toll-free at (888) 325-3502. We can be reached between 7:00 a.m. and 10:00 p.m. Central Time, Monday through Friday, and from 7:00 a.m. to 2 p.m. Central Time on Saturday.

Sincerely,

Home Preservation Department
Saxon

> The *Making Home Affordable* program was created to help millions of homeowners refinance or modify their mortgages. As part of this program, we – your mortgage servicer – and the Federal Government are working to offer you options to help you stay in your home.

**Please note that your Final Modification Agreement is subject to final escrow analysis and may require an approval by the title company for an endorsement. In the event that the title company does not approve the endorsement or you do not execute and return the Final Modification Documents, you may not receive a modified loan.**

Saxon Mortgage Services, Inc. is a debt collector. This is an attempt to collect a debt and any information obtained will be used for that purpose. If your loan is currently in bankruptcy, this notice is being sent for informational purposes only. This notice is not intended as an attempt to collect, assess, or claim against or demand payment from any person who is protected by the U.S. Bankruptcy Code. If you have recently been discharged of your personal liability on this debt due to your Chapter 7 bankruptcy, Saxon is not seeking to collect, recover or offset the debt as a personal liability. We intend only to enforce and collect the debt against the collateral in pursuit of its applicable state law. This communication is only for the purpose of protecting our right to enforcement of the lien on our collateral.

Visit us on the web at www.saxononline.com.       MCL-309-09-08

# EXHIBIT N

Rancho Grande,ueria                    9256008616                    p.1

Recording Requested By:
**First American Title Insurance Company**

CERTIFIED BY FIRST AMERICAN TITLE
INSURANCE COMPANY TO BE A COPY
OF THE DOCUMENT RECORDED ON 03/23/2010
AS INSTRUMENT NO. 2010040975
IN BOOK          PAGE
OFFICIAL RECORDS OF SAN JOAQUIN

When Recorded Mail To:
**First American LoanStar Trustee Services LLC**
P.O. Box 961253
Fort Worth, TX 76161-0253

Space above this line for Recorder's use only

TS No. :      CA1000194612
APN :        214-230-47
TSG No. :     4388013

Pursuant to California Code Section 2924c(b)(1) please be advised of the following:

## NOTICE OF DEFAULT AND ELECTION TO SELL UNDER DEED OF TRUST
## IMPORTANT NOTICE

**IF YOUR PROPERTY IS IN FORECLOSURE BECAUSE YOU ARE BEHIND IN YOUR PAYMENTS IT MAY BE SOLD WITHOUT ANY COURT ACTION,** and you may have the legal right to bring your account into good standing by paying all of your past due payments plus permitted costs and expenses within the time permitted by law for reinstatement of your account, which is normally five days business days prior to the date set for the sale of your property. No sale date may be set until three months from the date this Notice of Default may be recorded (which date of recordation appears on this notice).

This amount is $19,582.25 as of 03/12/2010, and will increase until your account becomes current. While your property is in foreclosure, you still must pay other obligations (such as insurance and taxes) required by your note and deed of trust or mortgage. If you fail to make future payments on the loan, pay taxes on the property, provide insurance on the property, or pay other obligations as required in the note and deed of trust or mortgage, the beneficiary or mortgagee may insist that you do so in order to reinstate your account in good standing. In addition, the beneficiary or mortgagee may require as a condition of reinstatement that you provide reliable written evidence that you paid all senior liens, property taxes, and hazard insurance premiums.

Upon your written request, the beneficiary or mortgagee will give you a written itemization of the entire amount you must pay. You may not have to pay the entire unpaid portion of your account, even though full payment was demanded, but you must pay all amounts in default at the time payment is made. However, you and your beneficiary or mortgagee may mutually agree in writing prior to the time the notice of sale is posted (which may not be earlier than the three month period stated above) to, among other things, (1) provide additional time in which to cure the default by transfer of the property or otherwise; or (2) establish a schedule of payments in order to cure your default; or both (1) and (2);

Following the expiration of the time period referred to in the first paragraph of this notice, unless the obligation being foreclosed upon or a separate written agreement between you and your creditor permits a longer period, you have only the legal right to stop the sale of your property by paying the entire amount demanded by your creditor.

To find out the amount you must pay, or to arrange for payment to stop the foreclosure, or if your property is in foreclosure for any other reason, contact:

90735-CHASE HOME FINANCE, LLC
c/o First American LoanStar Trustee Services LLC
P.O. Box 961253
Fort Worth, TX 76161-0253



# EXHIBIT O

MAR-26-2010   15:38                                                              P.011

**PITE**
**DUNCAN**
LLP

*San Diego*

Steven W. Pite, CA WA WA
John D. Duncan CA NY WA
Peter J. Salmon
*...........*
David E. McAllister
*...........*

Michelle L. Stanford
*...........*
Jonathan E. Salmon
*...........*
Laurel E. Handley
*...........*
David E. Cameron
Kevin R. Boutwell CA NY TX
Susan E. Rogers CA PA
Brandon A. Tolson AZ CA
Cheryl M. Nguyen CA
Sandra A. Raskin CA HI
Isabelle A. Williams CA
Brian A. Paino AZ FL TX
Christopher M. McDermott
*...........*
Steven A. Belville CA
Thomas N. Abbott CA
Andy N. Vinh AZ
Drew A. Callahan NV
Natalie T. Moralez CA
Jerome A. Holmes CA
Cassie M. Jefferson CA
Gina Chu CA AZ
Kirsten Longs CA
Angela M. Purisima CA
Sandy A. Bouchard CA AZ
John R. Pierce CA
William E. Pennington CA
Tyson W. Scott CA
Jeffrey L. Higgs CA
Jennifer Quintana CA
Gabriel Ozel CA AZ TX
Benjamin N. Chidyllo CA
Stefano A. Scharf CA
Jason W. Hoffman CA
Paul Chudzicki CA

*Address Redacted*
*...........*
San Diego CA 92177-0011

*Gaslamp Center*
*...........*
P.O. Box 17936
San Diego CA 92177-0011

Tel: (858) 750-7600
Fax: (619) 590-1385

*Orange County*

Ellen L. Wheeler CA
Bryan T. Brown CA HI
Michael J. Fox CA
Eric J. Tarantino

1830 E. First St., Ste. 420
Santa Ana, CA 92705
Ph: (714) 285-3653
Fax: (714) 285-3660

*Arizona Office*

Christina M. Harper
John P. Edman
Darren S. Firestein
Phoenix, AZ

*Hawaii Office*

David B. Rosen
Honolulu, HI

*Nevada Office*

Gregg A. Hubley
Aaron D. Pertain
Christine E. Burnett
Reno, Nevada
Las Vegas, NV

*Texas Office*

Clorey A. Mack
William P. Weaver, Jr.
San Antonio, TX

*Washington Office*

Jean Boldt HI WA
Seattle, WA

---

**March 26, 2010**

**NOTICE TO QUIT**

C.C.P. SECTION 1161a(b)(3)

TO:    OSCAR MADRIGAL SENCION
       AND ALL OCCUPANTS, TENANTS, OR SUBTENANTS
       9120 MURRAY AVE.
       GILROY, CA 95020

NOTICE IS HEREBY GIVEN that (i) within three (3) days after service on you of this Notice in the event you are the original owner or a successor owner of the property or (ii) within ninety (90) days after service on you of this Notice in the event you are a tenant or subtenant of the property, and not one of the owners of the property, you are required to quit and deliver up possession of the premises to the undersigned, who is authorized to receive the same. If you fail to deliver possession this office will institute legal proceedings against you to recover possession of said premises and for rents or damages as provided by law, including up to $600 (six hundred dollars) in addition to the actual damages.

You are required to quit and deliver up possession of the premises as that they were duly sold in accordance with Section 2924 of the Civil Code of the State of California under the power of sale contained in the Deed of Trust encumbering the property. Title to the property has been duly perfected.

This Notice to you is given pursuant to the provisions of Section 1161a(b)(3) and 1161b of the Code of Civil Procedure of the State of California. If you have any questions please contact our office at (858) 750-7600.

DATED: March 26, 2010                By: _____
                                          Arianne Black

Attorneys licensed to practice in Alaska, Arizona, California, Hawaii
Idaho, Nevada, New York, Oregon, Texas, Utah and Washington
*See above or visit www.piteduncan.com re individual attorney admissions.*

# EXHIBIT P

  **ForeclosureRadar** **Foreclosure Profile Report**

**9120 MURRAY AVE**
**GILROY, CA 95020**
County **SANTA CLARA**
Parcel Number **835-05-004**
Thomas Guide **957-J7**
RadarID **1012345b**
Legal Description

**Property Details**

| | | | |
|---|---|---|---|
| Year Built | 1920 | Zoning | A140 |
| Type | SFR | Units | 1 |
| Beds | 2 | Baths | 1 |
| SqFt | 877 | Lot Size | 59,241 |
| Rooms | 7 | Stories | 1 |
| Garage | 0 | HVAC | |
| Pool | 0 | Fireplace | 0 |

**Value & Equity**

Value **$372,411** $425/sf (01/22/10)
Loans **$825,000** 222%
Equity **$-452,589** -122%

Rent **$1,436** Cap Rate **4.63%**

**Tax Assessment**

| | | | |
|---|---|---|---|
| Assessed Yr | 2009 | Annual Taxes | $5,962 |
| Total | $477,900 | Est. Tax Rate | 1.25% |
| Land | $420,000 | Delinquent Tax | $0 |
| Improved | $57,900 | Delinquent Yr | 0 |

**Owner Name & Mailing Address**

SENCION,OSCAR M
9120 MURRAY AVE
GILRDY, CA 95020
Phone: 408-846-5269

**Foreclosure Stage: Bank Owned**

| | | | |
|---|---|---|---|
| Sold On | 03/19/10 | Winning Bid | $318,750 |
| | | Published Bid | $706,146 |
| | | Opening Bid | $318,750 |
| Sale Status | Sold to Bank | Notice Date | 07/30/09 |
| Postponed For | Mutual Agreement | Document # | 20371220 |
| Sale Date | 03/19/10 | Sale Time | 11:00 AM |
| Prior Date | 03/11/10 | Sale Location | 190 N MARKET ST |
| Original Date | 08/18/09 | | SAN JOSE |
| Loan Date | 12/11/06 | Loan Amount | $660,000 |
| Loan Doc # | 19219874 | Loan Position | 1 |

Trustee **REGIONAL SERVICE CORP**
3210 EL CAMINO REAL 200
IRVINE, CA 92602
714-259-7850
TS Number **05-FMG-73896**

Lender **SAXON MTG SVCS INC**
616 1ST AVE 500
SEATTLE, WA 98104

**Transaction History**

| Type | # | Date | Doc # | Grantee | Amount |
|---|---|---|---|---|---|
| Transfer | | 12/11/06 | 19219873 | SENCION,OSCAR M | $825,000 |
| Loan | 1st | 12/11/06 | 19219874 | MASTER FINANCIAL INC | $660,000 |
| - NOD | | 04/27/09 | 20225400 | REGIONAL SERVICE CORP | $22,936 |
| - NTS | | 07/30/09 | 20371220 | REGIONAL SERVICE CORP | $706,146 |
| Loan | 2nd | 12/11/06 | 19219876 | MASTER FINANCIAL INC | $165,000 |

Data provided by ForeclosureRadar.com and subject to
the terms of ForeclosureRadar.com's User Agreement.

# EXHIBIT Q

RECORDING REQUESTED BY

and

WHEN RECORDED MAIL TO

**SAXON MORTGAGE SERVICES, INC.**
4708 MERCANTILE DRIVE
FORT WORTH, TX 76137
Trustee Sale No. 05-FMG-73896

APN#        835-05-004
Address     9120 MURRAY AVENUE
            GILROY, CA 95020

DOCUMENT: 20657916

Pages: 3

Fees.        21.00
Taxes
Copies .
AMT PAID    21 00

REGINA ALCOMENDRAS
SANTA CLARA COUNTY RECORDER
Recorded at the request of
Recording Service

RDE N 024
3/26/2010
10:36 AM

090290426

**TRUSTEE'S DEED**    1st portion



"This instrument is being recorded as an
ACCOMMODATION ONLY, with no
Representation as to its effect upon title"

The undersigned grantor declares:
1.  The Grantee herein was the foreclosing beneficiary.
2.  The amount of the unpaid debt together with costs was $711,156.40.
3.  The amount paid by the Grantee at the Trustee's Sale was $318,750.00.
4.  The documentary transfer tax is $_____0_____.

REGIONAL SERVICE CORPORATION, a California corporation, as the duly appointed Trustee under the Deed of Trust hereinafter described (herein called TRUSTEE), hereby grants and conveys, but without warranty, express or implied, to:

Deutsche Bank National Trust Company, as Trustee for NATIXIS Real Estate Capital Trust 2007-HE2

Herein called GRANTEE, all of its right, title and interest in and to that certain property situate in the City of GILROY, County of SANTA CLARA, State of CALIFORNIA, described as follows:

ATTACHED HERETO AS EXHIBIT 'A' AND INCORPORATED HEREIN AS THOUGH FULLY SET FORTH.

TAX PARCEL NO:        835-05-004

This conveyance is made pursuant to the powers conferred upon TRUSTEE by that certain Deed of Trust executed by OSCAR MADRIGAL SENCION, A SINGLE MAN, as Trustors recorded 12/11/2008 , as Instrument No. 19219874, of Official Records in the office of the Recorder of SANTA CLARA County, State of CALIFORNIA, and after fulfillment of the conditions as specified in said Deed of Trust authorizing this conveyance. Default occurred as set forth in a Notice of Default and Election to Sell which was filed for record in the office of the Recorder of said County, and such default still existed at the time of sale. All requirements of law regarding the mailing of copies of notices and posting and publication of copies of the Notice of Sale have been complied with.

Said property was sold by said Trustee at public auction on March 19, 2010, at the place named in the Notice of Sale, in the County of SANTA CLARA, CALIFORNIA, in which the property is situated. Grantee, being the highest bidder at such sale, became the purchaser of said property and paid therefor

Page 1 of 3                        CA_TD

to said Trustee the amount bid, in lawful money of the United States, or by the satisfaction, pro tanto, of the obligations then secured by said Deed of Trust.

Date:    3/24/2010

REGIONAL SERVICE CORPORATION, Trustee

By_____
JEAN GREAGOR, AUTHORIZED AGENT

STATE OF WASHINGTON        )
                           ) ss.
COUNTY OF KING             )

On 3/24/2010, before me, the undersigned, a Notary Public, personally appeared JEAN GREAGOR, who proved to me on the basis of satisfactory evidence to be the person(s) whose name(s) is/are subscribed to the within instrument and acknowledged to me that he/she/they executed the same in his/her/their authorized capacity(ies) and that by his/her/their signature(s) on the instrument the person(s), or the entity upon behalf of which the person(s) acted, executed the instrument.

WITNESS my hand and official seal.

_____
NOTARY PUBLIC

TRACEY M. BARKSDALE
STATE OF WASHINGTON
NOTARY PUBLIC
MY COMMISSION EXPIRES
09-26-11

Page 2 of 3                    CA_TD

**EXHIBIT FOR LEGAL DESCRIPTION**
Trustee's Sale No. 05-FMG-73896

EXHIBIT 'A'

The land referred to herein is situated in the State of California, County of Santa Clara, City of Gilroy, and is described as follows:

BEGINNING AT THE POINT OF INTERSECTION OF THE CENTER LINE OF MURRAY AVENUE WITH THE CENTER LINE OF LAS ANIMAS AVENUE, AND RUNNING THENCE NORTHERLY AND ALONG THE CENTER LINE OF MURRAY AVENUE TWO HUNDRED THIRTEEN (213) FEET, THREE (3) INCHES, THENCE EASTERLY AND PARALLEL WITH THE LAS ANIMAS AVENUE THREE HUNDRED THIRTY-ONE (331) FEET TO THE EASTERLY LINE OF LOT NO. 12 HEREINAFTER REFERRED TO, THENCE SOUTHERLY AND ALONG THE EASTERLY LINE OF SAID LOT NO. 12, TWO HUNDRED THIRTEEN (213) FEET, THREE (3) INCHES TO THE CENTER LINE OF LAS ANIMAS AVENUE, THENCE WESTERLY AND ALONG THE CENTER LINE OF LAS ANIMAS AVENUE THREE HUNDRED THIRTY-ONE (331) FEET TO THE PLACE OF BEGINNING. AND BEING THE SOUTHERLY PORTION OF THE EASTERLY ½ OF LOT 12 OF HENRY MILLER'S SUBDIVISION OF PART OF LAS ANIMAS RANCH NO. 34, ACCORDING TO THAT CERTAIN MAP COMPILED BY HERRMANN BROS. AND RECORD IN THE OFFICE OF THE COUNTY RECORDER OF THE COUNTY OF SANTA CLARA, STATE OF CALIFORNIA, IN BOOK E OF MAPS, AT PAGE 77 ET. SEQ., FEBRUARY 26, 1891.

A.P.N.#: 835-05-004

**STATE OF CALIFORNIA**
**County of Santa Clara** } SS.

I, REGINA ALCOMENDRAS, Clerk Recorder of the above County, do hereby certify that the annexed is a full, true and correct copy of the document(s) filed/recorded in my Office.

*Trustee's Deed*

WITNESS my hand and official seal this

*30* day of *March* *2010*

By _____ , Deputy

Chan Siphavong

# EXHIBIT R

# CENTURY LAW GROUP LLP

5200 WEST CENTURY BOULEVARD, SUITE 345, LOS ANGELES, CA 90045 (310) 642-6900 FAX: (310) 642-6910

April 7, 2010

**VIA FACSIMILE ONLY**

Saxon Mortgage Services, Inc.
Resolution Desk
4708 Mercantile Dr.
Fort Worth, TX 76137
Fax: 888-422-6441

**Re:** *Sencion v. Saxon Mortgage Services, Inc.*
*Santa Clara County Superior Court Case No. 110CV16850*
*Saxon Account No. 2000306506*

To whom it may concern:

We represent Oscar Sencion in the above-referenced litigation pending in Santa Clara Superior Court. A copy of the complaint is attached for your review.

This letter serves notice that on Thursday, April 8, 2010, at 8:30 a.m., in the Santa Clara County Superior Court, located at 191 North First Street, San Jose, CA 95113 we will appear on behalf of Plaintiff Oscar Sencion ("Mr. Sencion") and move *ex parte* for a temporary restraining order and request for an order to show cause why a preliminary injunction should not issue stopping Defendant Saxon Mortgage Services, Inc. ("Saxon"), and/or any of its agents, from proceeding with any unlawful detainer proceedings in regards to the property referenced in the Complaint as well as to stop Saxon from proceeding with any further sale of the property. We will provide copies of our moving papers and supporting declarations to you as soon as they are finalized.

If Saxon will agree to stipulate to an abeyance of the eviction proceedings as well as stipulate to any further sale of the property, please notify my office before 12:00 p.m. Otherwise we will proceed with the *ex parte* proceeding on April 8, 2010, at 8:30 a.m. If Saxon will not agree to a stipulation of the above, please advise in writing whether you will oppose the *ex parte* so that we may inform the Court.

Please contact me at the above phone number (310.642.6900).

Very truly yours,

Rizza Gonzales, Esq.

Cc: Oscar Sencion (Oscar.sencion@yahoo.com)
    William Partridge (wpartridge@piteduncan.com)

# EXHIBIT S

9.52 AM

TRANSMISSION VERIFICATION REPORT

```
TIME   : 04/07/2010 09:01
NAME   : CENTURY LAW GROUP
FAX    : 13106426910
TEL    : 13106426900
SER.#  : BROA6J417640
```

```
DATE,TIME           04/07  09:00
FAX NO./NAME        18884226441
DURATION            00:00:44
PAGE(S)             03
RESULT              OK
MODE                STANDARD
                    ECM
```

# CENTURY LAW GROUP LLP

5200 West Century Boulevard, Suite 345
Los Angeles, California 90045
Telephone: (310) 642-6900
Facsimile: (310) 642-6910

## FAX TRANSMISSION COVER SHEET

**To:** Saxon Mortgage Services Inc.
Resolution Desk
4708 Mercantile Dr.
Fort Worth, Texas 76137
(Please forward to Legal Dept)

**Fax:** 888-422-6441

**Date:** April 7, 2010

**Re:** *Oscar Madrigal Sencion v. Saxon Mortgage Services Inc. (Santa Clara Superior Court Case No. 110CV168510)*

**Pages:** _1_ Pages including fax cover sheet

**Sender:** Kathy Ferrera for Rizza Gonzales, Esq.

IF YOU DO NOT RECEIVE ALL THE PAGES, PLEASE CALL (310) 642-6900 Ext. 17.

Please see attached Ex Parte Notice. Thank you.

# CENTURY LAW GROUP LLP

5200 West Century Boulevard, Suite 345
Los Angeles, California 90045
Telephone: (310) 642-6900
Facsimile: (310) 642-6910

## FAX TRANSMISSION COVER SHEET

**To:** Saxon Mortgage Services Inc.
Resolution Desk
4708 Mercantile Dr.
Fort Worth, Texas 76137
(Please forward to Legal Dept)

**Fax:** 888-422-6441

**Date:** April 7, 2010

**Re:** *Oscar Madrigal Sencion v. Saxon Mortgage Services Inc.*
*(Santa Clara Superior Court Case No. 110CV168510)*

**Pages:** _1_ **Pages including fax cover sheet**

**Sender:** Kathy Ferrera for Rizza Gonzales, Esq.

IF YOU DO NOT RECEIVE ALL THE PAGES, PLEASE CALL (310) 642-6900 Ext. 17.

Please see attached Ex Parte Notice. Thank you

THIS TRANSMISSION IS INTENDED ONLY FOR THE USE OF THE INDIVIDUAL OR ENTITY TO WHICH IT IS ADDRESSED, AND MAY CONTAIN INFORMATION THAT IS PRIVILEGED, CONFIDENTIAL AND EXEMPT FROM DISCLOSURE UNDER APPLICABLE LAW. IF THE READER OF THIS MESSAGE IS NOT THE INTENDED RECIPIENT, OR THE EMPLOYEE OR AGENT RESPONSIBLE FOR DELIVERING THE MESSAGE TO THE INTENDED RECIPIENT, YOU ARE HEREBY NOTIFIED THAT ANY DISSEMINATION, DISTRIBUTION OR COPYING OF THIS COMMUNICATION IS STRICTLY PROHIBITED. IF YOU HAVE RECEIVED THIS COMMUNICATION IN ERROR, PLEASE NOTIFY US IMMEDIATELY BY TELEPHONE AND RETURN THE ORIGINAL MESSAGE TO US AT THE ABOVE ADDRESS VIA THE U.S. POSTAL SERVICE. THANK YOU.

# EXHIBIT T

# CENTURY LAW GROUP LLP

5200 West Century Boulevard, Suite 345
Los Angeles, California 90045
Telephone: (310) 642-6900
Facsimile: (310) 642-6910

FAX TRANSMISSION COVER SHEET

**To:**      Saxon Mortgage Services Inc.
          **Resolution Desk**
          **4708 Mercantile Dr.**
          **Fort Worth, Texas 76137**
          **(Please forward to Legal Dept)**

**Fax:**     888-422-6441

**Date:**    April 7, 2010

**Re:**      *Oscar Madrigal Sencion v. Saxon Mortgage Services Inc.*
          *(Santa Clara Superior Court Case No. 110CV168510)*

**Pages:**   ☹1 Pages including fax cover sheet

**Sender:**  Kathy Ferrera for Rizza Gonzales, Esq.

IF YOU DO NOT RECEIVE ALL THE PAGES, PLEASE CALL (310) 642-6900 Ext. 17.

Please see attached Ex Parte Notice. Thank you

THIS TRANSMISSION IS INTENDED ONLY FOR THE USE OF THE INDIVIDUAL OR ENTITY TO WHICH IT IS ADDRESSED, AND MAY CONTAIN INFORMATION THAT IS PRIVILEGED, CONFIDENTIAL AND EXEMPT FROM DISCLOSURE UNDER APPLICABLE LAW. IF THE READER OF THIS MESSAGE IS NOT THE INTENDED RECIPIENT, OR THE EMPLOYEE OR AGENT RESPONSIBLE FOR DELIVERING THE MESSAGE TO THE INTENDED RECIPIENT, YOU ARE HEREBY NOTIFIED THAT ANY DISSEMINATION, DISTRIBUTION OR COPYING OF THIS COMMUNICATION IS STRICTLY PROHIBITED. IF YOU HAVE RECEIVED THIS COMMUNICATION IN ERROR, PLEASE NOTIFY US IMMEDIATELY BY TELEPHONE AND RETURN THE ORIGINAL MESSAGE TO US AT THE ABOVE ADDRESS VIA THE U.S. POSTAL SERVICE. THANK YOU.

```
┌─────────────────────────────────────┐
│  TRANSMISSION VERIFICATION REPORT    │
└─────────────────────────────────────┘
                              TIME   : 04/07/2010 09:31
                              NAME   : CENTURY LAW GROUP
                              FAX    : 13106426910
                              TEL    : 13106426900
                              SER.#  : BROA6J417640
```

```
┌──────────────────────────────────────────────────────────────────┐
│   DATE,TIME                    04/07  09:06                         │
│   FAX NO./NAME                 18884226441                          │
│   DURATION                     00:25:03                             │
│   PAGE(S)                      92                                   │
│   RESULT                       OK                                   │
│   MODE                         STANDARD                             │
│                                ECM                                  │
└──────────────────────────────────────────────────────────────────┘
```

# CENTURY LAW GROUP LLP

5200 West Century Boulevard, Suite 345
Los Angeles, California 90045
Telephone: (310) 642-6900
Facsimile: (310) 642-6910

## FAX TRANSMISSION COVER SHEET

**To:**   Saxon Mortgage Services Inc.
Resolution Desk
4708 Mercantile Dr.
Fort Worth, Texas 76137
(Please forward to Legal Dept)

**Fax:**   888-422-6441

**Date:**   April 7, 2010

**Re:**   *Oscar Madrigal Sencion v. Saxon Mortgage Services Inc.*
*(Santa Clara Superior Court Case No. 110CV168510)*

**Pages:**   01 **Pages including fax cover sheet**

**Sender:**   Kathy Ferrera for Rizza Gonzales, Esq.

IF YOU DO NOT RECEIVE ALL THE PAGES, PLEASE CALL (310) 642-6900 Ext. 17.

# EXHIBIT U

## Rizza Gonzalez

**From:**           Rizza Gonzalez [rizza@centurylawgroup.com]
**Sent:**           Tuesday, April 06, 2010 6:28 PM
**To:**             'William L. Partridge'
**Subject:**        RE:
**Attachments:**    Conformed Complaint.pdf

William,

Attached please find a copy of the complaint filed against your client, Saxon, filed today. We are aware that you are not
authorized to accept service on Saxon's behalf for ex parte proceedings, but we are sending this to you so you are aware
of the situation as counsel for your client's unlawful detainer action.

As your client's UD attorney, are you authorized to stay the current eviction proceedings against Mr. Sencion while you
continue to investigate my client's complaint? My office is prepared to go into court for a TRO to stay the eviction
proceedings and to prevent your client from further sale of the property on Thursday morning. However, the ex parte
proceeding will not be necessary, and your client will be saved the added expense of appearing at such ex parte
proceeding, if your client agrees to stay the eviction proceedings against Mr. Sencion given the attached complaint.
Should your client agree to stay the eviction proceedings pending investigation into the matter above, please contact me
by 12:00 p.m. (noon) tomorrow. Otherwise, we will proceed with the ex parte on Thursday.

Sincerely,

Rizza Gonzales, Esq.
Century Law Group LLP
5200 W. Century Blvd. Suite 345
Los Angeles, CA 90045
Phone: 310-642-6900
Fax: 310-642-6910
rizza@centurylawgroup.com

PLEASE NOTE:
THE INFORMATION CONTAINED IN THIS EMAIL TRANSMISSION IS CONFIDENTIAL AND IS INTENDED TO BE
SENT ONLY TO THE STATED RECIPIENT AND THUS MAY BE PRIVILEGED. IF THE READER OF THIS
TRANSMISSION IS NOT THE INTENDED RECIPIENT OR THE INTENDED RECIPIENT'S AUTHORIZED AGENT, ANY
REVIEW, DISSEMINATION, DISTRIBUTION OR COPYING OF THE INFORMATION CONTAINED IN THIS
TRANSMISSION IS PROHIBITED.

**From:** William L. Partridge [mailto:wpartridge@plteduncan.com]
**Sent:** Tuesday, April 06, 2010 12:07 PM
**To:** Rizza Gonzalez
**Subject:** RE:

I will confer with my client, thank you for sending the documents in to me.

If you do proceed with the ex parte application, please be advised that I am not authorized to accept service of ex parte
notice on behalf of my client for any affirmative lawsuit filed by occupants/borrowers; I represent my client with regard to
the unlawful detainer action only.

Thank you,

1

## DECLARATION OF SERVICE BY FACSIMILE

Re:     Oscar Madrigal Sencion v. Saxon Mortgage Services, Inc.

No.:    110CV168510

I, Kathy Ferrera, declare:

I am over the age of 18 years and not a party to the within action. My business address is 5200 W. Century Boulevard, Suite 345, Los Angeles, California 90045, in the County of Los Angeles.

I am familiar with the business practice of Century Law Group LLP for collection and processing of correspondence for facsimile transmission. In accordance with that practice, correspondence is faxed to the parties listed below.

On Wednesday, April 7, 2010, at my place of business, at Los Angeles, California, the attached:

1.  **PLAINTIFF OSCAR MADRIGAL SENCION'S *EX PARTE* APPLICATION FOR ORDER TO SHOW CAUSE AND TEMPORARY RESTRAINING ORDER; MEMORANDUM OF POINTS AND AUTHORITIES**

2.  **[PROPOSED] TEMPORARY RESTRAINING ORDER AND ORDER TO SHOW CAUSE RE PRELIMINARY INJUNCTION**

3.  **DECLARATIONS OF KATHY FERRERA, RIZZA GONZALES, OSCAR SENCION, HILDA ANDRADE, AND MARTIN GARCIA IN SUPPORT OF PLAINTIFF'S *EX PARTE* APPLICATION TO STAY EVICTION PROCEEDINGS AND FURTHER SALE OF PROPERTY**

was faxed to the parties listed below at the practice of Century Law Group LLP, 5200 W. Century Boulevard, Suite 345, Los Angeles, California 90045, addressed to:

| | |
|---|---|
| Saxon Mortgage Services Inc.<br>Resolution Desk<br>4708 Mercantile Drive<br>Fort Worth, Texas 76137<br>Facsimile: 888-422-6441 | William L. Partridge<br>Attorney at Law<br>Pite Duncan, LLP<br>Facsimile: 619-326-2430<br>wpartridge@piteduncan.com |

I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct, and this declaration was executed at Los Angeles, California, on April 7, 2010.

Kathy Ferrera

## DECLARATION OF SERVICE BY FACSIMILE

Re:     Oscar Madrigal Sencion v. Saxon Mortgage Services, Inc.

No.:    110CV168510

I, Kathy Ferrera, declare:

I am over the age of 18 years and not a party to the within action. My business address is 5200 W. Century Boulevard, Suite 345, Los Angeles, California 90045, in the County of Los Angeles.

I am familiar with the business practice of Century Law Group LLP for collection and processing of correspondence for facsimile transmission. In accordance with that practice, correspondence is faxed to the parties listed below.

On Wednesday, April 7, 2010, at my place of business, at Los Angeles, California, the attached:

1.   **PLAINTIFF OSCAR MADRIGAL SENCION'S *EX PARTE* APPLICATION FOR ORDER TO SHOW CAUSE AND TEMPORARY RESTRAINING ORDER; MEMORANDUM OF POINTS AND AUTHORITIES DECLARATIONS OF KATHY FERRERA, RIZZA GONZALES, OSCAR SENCION, HILDA ANDRADE, AND MARTIN GARCIA IN SUPPORT OF PLAINTIFF'S *EX PARTE* APPLICATION TO STAY EVICTION PROCEEDINGS AND FURTHER SALE OF PROPERTY**

2.   **[PROPOSED] TEMPORARY RESTRAINING ORDER AND ORDER TO SHOW CAUSE RE PRELIMINARY INJUNCTION**

was faxed to the parties listed below at the practice of Century Law Group LLP, 5200 W. Century Boulevard, Suite 345, Los Angeles, California 90045, addressed to:

| | |
|---|---|
| Saxon Mortgage Services Inc.<br>Resolution Desk<br>4708 Mercantile Drive<br>Fort Worth, Texas 76137<br>Facsimile: 888-422-6441 | William L. Partridge<br>Attorney at Law<br>Pite Duncan, LLP<br>Facsimile: 619-326-2430<br>wpartridge@piteduncan.com |

I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct, and this declaration was executed at Los Angeles, California, on April 7, 2010.

Kathy Ferrera

1    **CENTURY LAW GROUP LLP**
2    Edward O. Lear, State Bar No. 132699
    Marisol Ocampo, State Bar No. 198087
3    Rizza Gonzales, State Bar No. 268118
    5200 W. Century Boulevard, Suite 345
4    Los Angeles, California 90045
    Telephone: (310) 642-6900
5    Facsimile: (310) 642-6910
6
7    Attorneys for Plaintiff
    OSCAR MADRIGAL SENCION
8
9          **SUPERIOR COURT FOR THE STATE OF CALIFORNIA**
10          **IN AND FOR THE COUNTY OF SANTA CLARA**
11

| | |
|---|---|
| 12   OSCAR MADRIGAL SENCION, an<br>13   individual, | Case No.: |
| 14         PLAINTIFF, | **[PROPOSED] TEMPORARY<br>RESTRAINING ORDER AND ORDER<br>TO SHOW CAUSE RE PRELIMINARY<br>INJUNCTION** |
| 15      vs. | |
| 16 | |
| 17   SAXON MORTGAGE SERVICES, INC., a<br>    business of unknown form; DOES 1 through<br>18   100, inclusive, | |
| 19        Defendants. | |

20
21
22                   **ORDER TO SHOW CAUSE**
23   TO DEFENDANT SAXON MORTGAGE SERVICES, INC.:
24        Based on the complaint in this action and on the declaration of Oscar Madrigal Sencion,
25   you are ordered to appear on _____, 2010, at ___:___ [a.m. / p.m.] in Department
26   ___ of this Court located at 191 North First Street, San Jose, CA 95113, to show cause why a
27   preliminary injunction should not be ordered restraining and enjoining you, your employees,
28   agents, or any other persons or entity acting with you or on your behalf from proceeding with:

ORDER TO SHOW CAUSE AND TEMPORARY RESTRAINING ORDER

1      •   Unlawful detainer/eviction proceedings against Plaintiff Oscar Madrigal Sencion from

2         certain real property which is the subject of the above-captioned complaint located at 9120

3         Murray Ave., Gilroy, CA 95020.

4      •   Further sale or conveyance of certain real property which is the subject of the above-

5         captioned complaint located at 9120 Murray Ave., Gilroy, CA 95020.

6

7                           **TEMPORARY RESTRAINING ORDER**

8         Pending hearing on the Order to Show Cause, you, your employees, agents, or any other

9 persons or entity acting with you or on your behalf are restrained and enjoined from proceeding

10 with unlawful detainer/eviction proceedings against Plaintiff Oscar Madrigal Sencion from

11 certain real property which is the subject of the above-captioned complaint located at 9120

12 Murray Ave., Gilroy, CA 95020 and further sale or conveyance of the aforementioned property

13 by you or on your behalf.

14

15 DATED: _____, 2010      _____

16                           Judge of the Superior Court

17

18

19

20

21

22

23

24

25

26

27

28

**ORDER TO SHOW CAUSE AND TEMPORARY RESTRAINING ORDER**

# EXHIBIT D

# HOUSER & ALLISON
### A PROFESSIONAL CORPORATION

ATTORNEYS AT LAW

ERIC D. HOUSER, CA
JEFFREY S. ALLISON, CA/NV
ROBERT W. NORMAN, Jr. CA/WA/AZ
JENNIFER L. LALLITE, CA/NY
J. OWEN CAMPBELL, CA/OR
SARA L. MARKERT, CA/NY
CHARLES T. PICCUTA, CA/IL/NV
BRIAN S. EDWARDS, CA
CHRISTIAN C. CHAPMAN, CA
SUSAN M. HUTCHISON, CA
JASON K. BOSS, CA
DAVID K. PALMER, CA
REBECCA L. WILSON, CA/MA
KEVIN R. BROERSMA, CA
BRENT A. KRAMER, CA/FL
STEVE W. PORNBIDA, CA
JOSHUA A. SMISKO, CA
CHRISTOPHER R. BLEVINS, CA/AZ
JILL S. DAVID, CA/NY
TAMMY L. HUSSIN, CA/CO/IL/MI
DENETTA E. J. SCOTT, CA/DC
BRYAN M. THOMAS, CA
NICOLE M. JOHNSON, CA
BRIAN J. WAGNER, CA
KATHERINE A. COMAN, CA
CARRIE N. HEIECK, CA

April 7, 2011

**ORANGE COUNTY**
9970 Research Drive
Irvine, California 92618
Telephone: (949) 679-1111
Facsimile: (949) 679-1112

**LOS ANGELES COUNTY**
3760 Kilroy Airport Way, Suite 260
Long Beach, California 90806
Telephone: (562) 256-1675

**SAN DIEGO, CA**
701 Palomar Airport Road, Suite 250
Carlsbad, California 92011
Telephone: (760) 603-9664
Facsimile: (949) 679-1112

**NEW YORK, NY**
420 Lexington Avenue, Suite 300
New York, New York 10170
Telephone: (212) 209-3954
Facsimile: (212) 986-1952

**Sent Via E-mail Only**
Rizza Gonzales, Esq.
Century Law Group, LLP
5200 West Century Blvd, Suite 345
Los Angeles, CA 90045

Re:   Sencion v. Saxon Mortgage Services, Inc., etc. et al. *United States District Court,
Northern District of California, Case No. 5:10-cv-03108PVT*

Dear Ms. Gonzales:

A few minutes ago I received your notice of intent to file an ex parte motion for a temporary restraining order preventing Deutsche Bank National Trust Company and the Santa Clara County Sheriff from enforcing a writ of possession against Plaintiff as to the property located at 9120 Murray Avenue, Gilroy, CA 95020. **Please fax or email me copies of your moving papers as soon as possible**.

This is to inform you that Ocwen requests a short period (1 or 2 days) to file a brief written opposition. If the Court is inclined to hear the matter, Ocwen desires to be heard. I will also contact Judge Grewal's clerk to tomorrow to let him know.

Please include this correspondence with your ex parte papers.

Sincerely,

Brian S. Edwards

cc: Marcus T. Brown (via email only)

# EXHIBIT E

| TO (Name and Address): | LEVYING OFFICER (Name and Address): |
|---|---|
| **Oscar Madrigal Sencion**<br><br>**9120 Murray Avenue**<br><br>**Gilroy, CA 95020** | **Santa Clara County Sheriff's Office**<br>**Office of the Sheriff-Civil Division**<br>**55 W Younger Ave**<br>**San Jose, CA 95110** |
| NAME OF COURT, JUDICIAL DISTRICT or BRANCH COURT, IF ANY: | **(408) 808-4800**<br>**Fax: (408) 998-0636** |
| **Santa Clara County Superior Court**<br>**301 Diana Avenue**<br>**Morgan Hill, CA 95037**<br>**South County Courthouse** | **California Relay Service Number**<br>**(800) 735-2929 TDD or 711** |
| PLAINTIFF: | COURT CASE NO.: |
| **Deutsche Bank National Trust Company, as Trustee, et al**<br>DEFENDANT:<br>**Oscar Madrigal Sencion** | **511CV005720** |
| **Notice to Vacate** | LEVYING OFFICER FILE NO.:<br><br>**2011807497** |

By virtue of the Writ of Execution for Possession/Real Property (eviction), issued out of the above court, you are hereby ordered to vacate the premises described on the writ.

| **Eviction Address:** | **9120 Murray Avenue**<br>**Gilroy, CA 95020** |
|---|---|

Final notice is hereby given that possession of the property must be turned over to the landlord on or before:

| **Final notice is hereby given that possession of the property must be turned over to the landlord on or before:** | **Tuesday, April 12, 2011 12:01 AM** |
|---|---|

Should you fail to vacate the premises within the allotted time, I will immediately enforce the writ by removing you from the premises. All personal property upon the premises at the time will be turned over to the landlord, who must return said personal property to you upon your payment of the reasonable cost incurred by the landlord in storing the property from the date of eviction to the date of payment. If the property is stored on the landlord's premises, the reasonable cost of storage is the fair rental value of the space necessary for the time of storage. If you do not pay the reasonable storage costs and take possession within fifteen (15) days, the landlord may either sell your property at a public sale and keep from the proceeds of the sale the costs of storage and of the sale (1988 CCC), or, if the property is valued at less than $300.00, the landlord may dispose of your property or retain it for his own use. (715.010(b)(3), 1174 CCP)

If you claim a right of possession of the premises that accrued prior to the commencement of this action, or if you were in possession of the premises on the date of the filing of the action and you are not named on the writ, complete and file the attached Claim of Right of Possession form with this office. No claim of right to possession can be filed if box 24a(1) located on the back of the writ is checked.



**Laurie Smith**
**Sheriff**

By: _____ **G. Hilbert** _____
<span style="text-align:center">Sheriff's Authorized Agent</span>

CPM Form 8.32
11/30/2009 (Revised)

**Original**

EJ-130

| PLAINTIFF: | DEUTSCHE BANK NATIONAL TRUST COMPANY, AS TRUSTEE FOR NATIXIS | CASE NUMBER: |
| DEFENDANT: | OSCAR MADRIGAL SENCION, AND ALL UNKNOWN OCCUPANTS | 511CV005720 |

— Items continued from page 1—

21. ☐ Additional judgment debtor *(name and last known address):*

22. ☐ Notice of sale has been requested by *(name and address):*

23. ☐ Joint debtor was declared bound by the judgment (CCP 989–994):
    a. on *(date):*                                a. on *(date):*
    b. name and address of joint debtor:               b. name and address of joint debtor:

    c. ☐ additional costs against certain joint debtors *(itemize):*

24. ☒ *(Writ of Possession or Writ of Sale)* Judgment was entered for the following:
    a. ☒ Possession of real property: The complaint was filed on *(date):* 01/04/2011
        *(Check (1) or (2)):*
        (1) ☒ The Prejudgment Claim of Right to Possession was served in compliance with CCP 415.46.
               The judgment includes all tenants, subtenants, named claimants, and other occupants of the premises.
        (2) ☐ The Prejudgment Claim of Right to Possession was NOT served in compliance with CCP 415.46.
            (a) $ 100.00        was the daily rental value on the date the complaint was filed.
            (b) The court will hear objections to enforcement of the judgment under CCP 1174.3 on the following
                 dates *(specify):*
    b. ☐ Possession of personal property.
        ☐ If delivery cannot be had, then for the value *(itemize in 9e)* specified in the judgment or supplemental order.
    c. ☐ Sale of personal property.
    d. ☐ Sale of real property.
    e. Description of property: 9120 Murray Avenue
                           Gilroy CA 95020
                           SANTA CLARA COUNTY

---

**NOTICE TO PERSON SERVED**

WRIT OF EXECUTION OR SALE. Your rights and duties are indicated on the accompanying *Notice of Levy* (Form EJ-150).
WRIT OF POSSESSION OF PERSONAL PROPERTY. If the levying officer is not able to take custody of the property, the levying officer will make a demand upon you for the property. If custody is not obtained following demand, the judgment may be enforced as a money judgment for the value of the property specified in the judgment or in a supplemental order.
WRIT OF POSSESSION OF REAL PROPERTY. If the premises are not vacated within five days after the date of service on the occupant or, if service is by posting, within five days after service on you, the levying officer will remove the occupants from the real property and place the judgment creditor in possession of the property. Except for a mobile home, personal property remaining on the premises will be sold or otherwise disposed of in accordance with CCP 1174 unless you or the owner of the property pays the judgment creditor the reasonable cost of storage and takes possession of the personal property not later than 15 days after the time the judgment creditor takes possession of the premises.
► A Claim of Right to Possession form accompanies this writ (unless the Summons was served in compliance with CCP 415.46).

EJ-130 [Rev. January 1, 2006]

**WRIT OF EXECUTION**

Page 2 of 2