Re:   Oscar Madrigal Sencion, an individual v. Saxon Mortgage Services, Inc., a business of unknown form; Ocwen Loan Servicing, LLC, and DOES 1 through 100, inclusive

Case No.: 5:10-cv-03108 PSG

I am employed in the City and County of Los Angeles, State of California. I am over the age of 18 years and not a party to the within action. My business address is 5200 W. Century Boulevard, Suite 345, Los Angeles, California 90045, in the County of Los Angeles.

On April 8, 2011, I served the document(s) named below on the parties in this Action as follows:

DOCUMENT SERVED:

1. **PLAINTIFF'S EX PARTE APPLICATION FOR ORDER TO SHOW CAUSE AND TEMPORARY RESTRAINING ORDER; MEMORANDUM OF POINTS AND AUTHORITIES**
2. **[PROPOSED] ORDER**
3. **REQUEST FOR JUDICIAL NOTICE**
4. **DECLARATIONS OF RIZZA GONZALES AND OSCAR MADRIGAL SENCION IN SUPPORT OF PLAINTIFF'S EX PARTE MOTION APPLICATION FOR ORDER TO SHOW CAUSE AND TEMPORARY RESTRAINING ORDER**

SERVED UPON:          **SEE THE ATTACHED SERVICE LIST**

[X]   **(BY MAIL)** I am readily familiar with the business practice of Century Law Group for collection and processing of correspondence for mailing with the United States Postal Service. In accordance with that practice, correspondence was placed in the internal mail collection system which is deposited with the United States Postal Service that same day in the ordinary course of business at the practice of Century Law Group, 5200 W. Century Boulevard, Suite 345, Los Angeles, California 90045, in a sealed envelope, postage fully prepaid.

[ ]   **(BY FAX)** The above-referenced document was transmitted by facsimile transmission and the transmission was reported as completed and without error. Pursuant to C.R.C. 2009(i), I either caused, or had someone cause, the transmitting machine to properly transmit the attached documents to the facsimile numbers shown on the service list.

[ ]   **(BY OVERNIGHT DELIVERY)** I am readily familiar with the business practice of Century Law Group LLP for collection and processing of documents for overnight delivery and know that the document(s) described herein will be deposited in a box or other facility regularly maintained by Federal Express or Overnite Express for overnight delivery or by Express mail via the United States Postal Service.

[ ]   **(BY E-MAIL OR ELECTRONIC TRANSMISSION)** Based on a court order or an agreement of the parties to accept service by e-mail or electronic transmission, I caused the document(s) to be sent to the persons at the e-mail addresses as listed above and/or on the attached Service List. I did not receive, within a reasonable time after the transmission, any electronic message or other indication that the transmission was unsuccessful.

[ ]   **(BY PERSONAL SERVICE)** I delivered to an authorized courier or driver authorized by First Legal Support Services to receive documents to be delivered on the same date. A proof of service signed by the authorized courtier shall be filed upon receipt from First Legal Support Services.

[X]   **(FEDERAL)** I declare that I am employed in the office of a member of the bar of this court, at whose direction this service was made. I declare under penalty of perjury that the foregoing is true and correct.

Executed on **April 8, 2011** at Los Angeles, California.

_____
Rikki Gonzales

**SERVICE LIST**

| | |
|---|---|
| Brian S. Edwards<br>HOUSER & ALLISON<br>9970 Research Drive<br>Irvine, CA 92618<br>bedwards@houser-law.com<br>*Attorneys for Defendant*<br>*Ocwen Loan Servicing, LLC* | Marcus T. Brown<br>WOLFE & WYMAN LLP<br>2175 N. California Boulevard, Suite 645<br>Walnut Creek, CA 94696-3502<br>mtbrown@wolfewyman.com<br>*Attorneys for Defendant*<br>*Saxon Mortgage Services, Inc* |
| Deutsche Bank National Trust Company<br>1761 E. Saint Andrew Pl.<br>Santa Ana, CA 92705 | |