Stuart B. Wolfe (SBN 156471)
Marcus T. Brown (SBN 255662)
mtbrown@wolfewyman.com
WOLFE & WYMAN LLP
2175 N. California Blvd., Suite 645
Walnut Creek, California 94596-3502
Telephone:  (925) 280-0004
Facsimile:   (925) 280-0005

Attorneys for Defendant
SAXON MORTGAGE SERVICES, INC.

# UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA - SAN JOSE DIVISION

| | |
|---|---|
| OSCAR MADRIGAL SENCION, an individual<br><br>　　　　　Plaintiff,<br><br>　v.<br><br>SAXON MORTGAGE SERVICES, INC., a business of unknown form; OCWEN LOAN SERVICING, LLC; and, DOES 1 through 100, inclusive,<br><br>　　　　　Defendants. | Case No.: 5:10-cv-03108-JF<br><br>**STIPULATION AND [PROPOSED] ORDER CONTINUING DATES AND DEADLINES IN THE COURT'S CASE MANAGEMENT ORDER** |

 COME NOW Plaintiff OSCAR MADRIGAL SENCION ("Plaintiff"), Defendant SAXON MORTGAGE SERVICES, INC. ("Saxon"), and Defendant OCWEN LOAN SERVICING, LLC ("Ocwen") (collectively, "Parties") and hereby stipulate as follows.

 WHEREAS, the Court entered a case management order on January 20, 2011, scheduling a trial date, pretrial conference, and other dates and deadlines, including, but not limited to, a fact discovery cut-off of May 2, 2011;

 WHEREAS, Plaintiff thereafter filed his second amended complaint, which added a new defendant, Deutsche Bank National Trust Company, as trustee ("Deutsche Bank");

 WHEREAS, on April 8, 2011, the Court reassigned this case to the Honorable Jeremy Fogel;

 WHEREAS, on April 11, 2011, the Court vacated the trial date and the pretrial conference date, apparently because of the judicial reassignment of the case;

1  WHEREAS, Deutsche Bank has not yet appeared in the case, and the time for Deutsche
2  Bank to respond to the second amended complaint has not yet expired; and
3  WHEREAS, Saxon and Ocwen have commenced written discovery, but the parties believe
4  that conducting the additional necessary discovery, in particular the necessary depositions, before the
5  existing (May 2, 2011) fact discovery cutoff would be inefficient because the case is not yet entirely
6  at issue and there is now no trial date;
7  NOW, THEREFORE, the Parties stipulate and agree that each of the dates and deadlines in
8  the Court's January 20, 2011 case management order shall be continued 120 calendar days, as
9  follows:
10      1.    Fact Discovery Cutoff:  August 30, 2011;
11      2.    Designation of Opening Experts with Reports:  September 29, 2011;
12      3.    Designation of Rebuttal Experts with Reports:  October 29, 2011;
13      4.    Last Day for Dispositive Motion Hearing:  January 29, 2012.
14  IT IS SO STIPULATED.

15  DATED:  April 13, 2011        WOLFE & WYMAN LLP

        By:  /s/ Marcus T. Brown
           STUART B. WOLFE
           MARCUS T. BROWN
        **Attorneys for Defendant**
        **SAXON MORTGAGE SERVICES, INC.**

DATED:  April 13, 2011        CENTURY LAW GROUP LLP

        By:  /s/ Rizza Gonzales
           EDWARD O. LEAR
           RIZZA GONZALES
        **Attorneys for Plaintiff**
        **OSCAR MADRIGAL SENCION**

DATED:  April 13, 2011        HOUSER & ALISON APC

        By:  /s/ Brian Edwards
           BRIAN EDWARDS
        **Attorneys for Defendant**
        **OCWEN LOAN SERVICING, LLC**

## [PROPOSED] ORDER

Having reviewed the foregoing stipulation, and good cause appearing, the Court ORDERS that the dates and deadlines in the Court's January 20, 2011 case management order are hereby continued 120 calendar days, as follows:

1. Fact Discovery Cutoff:  August 30, 2011;
2. Designation of Opening Experts with Reports:  September 29, 2011;
3. Designation of Rebuttal Experts with Reports:  October 29, 2011;
4. Last Day for Dispositive Motion Hearing:  January 29, 2012.

IT IS SO ORDERED.

Dated: 4/14/11, 2011

_____
JUDGE OF THE U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA