\*\*E-Filed 4/19/2011 \*\*

# IN THE UNITED STATES DISTRICT COURT

## FOR THE NORTHERN DISTRICT OF CALIFORNIA

### SAN JOSE DIVISION

| | |
|---|---|
| OSCAR MADRIGAL SENCION,<br><br>Plaintiff,<br><br>v.<br><br>SAXON MORTGAGE SERVICES, LLC; OCWEN LOAN SERVICING, LLC; DEUTSCHE BANK NATIONAL TRUST COMPANY, as TRUSTEE FOR NATIXIS REAL ESTATE CAPITAL TRUST 2007-HE2; and DOES 1 through 100 , inclusive<br><br>Defendants. | Case Number 5:10-cv-3108 JF<br><br>**ORDER GRANTING MOTION TO CONTINUE HEARING** |

The Court hereby grants Plaintiff's unopposed motion to continue the motion hearing currently scheduled for April 22, 2011.  The hearing is hereby reset for May 6, 2011, at 9 a.m. Defendants may file any response or amended response on or before April 25, 2011; Plaintiff may file a reply on or before May 2, 2011.

**IT IS SO ORDERED.**

DATED: April 19, 2011

_____
JEREMY FOGEL
United States District Judge

Case Number 5:10-cv-3108 JF
ORDER GRANTING MOTION TO CONTINUE HEARING
(JFLC3)