1
2
3
4
5
6
7
8
9
10

**UNITED STATES DISTRICT COURT**

11

**NORTHERN DISTRICT OF CALIFORNIA, SAN JOSE BRANCH**

12
13

14  OSCAR MADRIGAL SENCION, an
    individual,                                  )   CASE NO.: 5:10-cv-03108-JF
15                                               )
                      Plaintiff,                 )
16                                               )   Hon: Jeremy Fogel
                                                 )
17                                               )   **STIPULATION AND ~~[PROPOSED]~~**
    vs.                                          )   **ORDER CONTINUING DEADLINE TO**
18                                               )   **COMPLETE SETTLEMENT**
                                                 )   **CONFERENCE**
19                                               )
20  SAXON MORTGAGE SERVICES, INC.; a             )
    business of unknown form; OCWEN LOAN         )
21  SERVICING, LLC, a business of unknown        )
    form;  DEUTSCHE BANK NATIONAL                )
22  TRUST COMPANY, a business of unknown         )
    form, and DOES 1 through 100, inclusive,     )
23                                               )
                                                 )
24                                               )
                      Defendants.                )
25                                               )
                                                 )
26                                               )
                                                 )
27  _____ )
28

1
**STIPULATION AND ORDER**

The parties hereby stipulate as follows and respectfully request that the Court enter the proposed order set forth below.

WHEREAS on March 18, 2011 the parties, Plaintiff Oscar Madrigal Sencion ("Plaintiff"), Defendant Saxon Mortgage Services, Inc., ("Saxon") and Defendant Ocwen Loan Servicing, LLC ("Ocwen"), stipulated to continue the deadline to complete settlement conference ,to May 31, 2011 which stipulation was approved by the Court; and

WHEREAS in so stipulating to the continuance to May 31, 2011 the Plaintiff indicated he intended to submit financial and other documents to Ocwen sufficiently in advance of the May 31, 2011 deadline (30-45 days) for Ocwen to complete its review for a loan modification/reinstatement.  The parties indicated in the stipulation that a settlement conference would be unlikely to result in a settlement unless this occurred; and

WHEREAS, Plaintiff has failed to submit any documents to Ocwen for its review for a loan modification, necessitating another continuance of the deadline to complete settlement conference; and

WHEREAS, the parties have agreed to conduct the settlement conference on July 19, 2011, at 10:00 a.m., or the soonest time and date thereafter upon which Magistrate Judge Lloyd is able to conduct the conference. .

WHEREAS, Plaintiff has agreed to forward all necessary financial documentation to counsel for Ocwen not later than May 15, 2011, so that Ocwen has sufficient time to complete its review for a loan modification/reinstatement prior to the settlement conference date.

NOW, THEREFORE, the Parties stipulate and agree as follows:

1.     The deadline to complete the settlement conference shall be continued from May 31, 2011 to August 15, 2011.  The settlement conference will be held on July 19, 2011, at 10:00

1  a.m., or the soonest time and date thereafter upon which Magistrate Judge Lloyd is able to

2  conduct the conference. Plaintiff will provide all requested financial documentation to counsel for

3  Ocwen not later than May 15, 2011.

4

         IT IS SO STIPULATED.
5  ///

6

7  Dated: May 9, 2011                          CENTURY LAW GROUP, LLP

8                                              /s/ *Rizza Gonzales*
9                                              Edward O. Lear
                                               Rizza Gonzales
10                                             Attorneys for Plaintiff
                                               Oscar Madrigal Sencion
11

12

13 Dated: May 9, 2011                          WOLFE & WYMAN, LLP

14
                                               /s/ *Marcus T. Brown*
15                                             Marcus T. Brown
                                               Attorneys for Defendant
16                                             Saxon Mortgage Services, Inc. and
                                               Deutsche Bank National Trust
17                                             Company, Trustee and Custodian
                                               Natixis Real Estate Capital Trust
18                                             2007-HE Mortgage Pass-Through
                                               Certificates, Series 2007-HE2
19

20

21 Dated: May 9, 2011                          HOUSER & ALLISON, APC
22

23                                             /s/ *Brian Edwards*
                                               Eric D. Houser
24                                             Brian S. Edwards
                                               Attorneys for Defendant
25                                             Ocwen Loan Servicing, LLC

26

27

28

---

3

1

2

[PROPOSED] ORDER

3
      Based upon the foregoing stipulation and good cause appearing, the Court ORDERS that

4
the deadline for the parties to complete a settlement conference with Magistrate Judge Lloyd is

5
hereby CONTINUED to and including August 15, 2011.

6

7
      IT IS SO ORDERED.

8
Dated: 5/11/11

9
                                        _____

10
                                        Hon. Jeremy Fogel
                                        United States District Court Judge

11                                      United States District Court, Northern District of
                                        California

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

4

**STIPULATION AND ORDER**