UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| OSCAR MADRIGAL SENCION<br><br>Plaintiff,<br>v.<br><br>SAXON MORTGAGE SERVICES, INC., ET AL.,<br><br>Defendants. | Case No.: C 10-03108 JF (PSG)<br><br>**ORDER GRANTING MOTION TO COMPEL AND DENYING MOTION FOR SANCTIONS**<br><br>(Re: Docket No. 98) |

On June 10, 2011, Defendant Ocwen Loan Servicing, LLC ("Ocwen") filed a motion to compel Plaintiff Oscar Sencion ("Sencion") to respond to interrogatories set one and for an award of sanctions in the amount of $2,500. On June 24, 2011, Sencion filed an opposition, which argues only that the motion should be denied as moot because Sencion will provide Ocwen with the requested responses prior to July 1, 2011, the last day for Ocwen to submit a reply brief to the court. Sencion in no way objects to the interrogatories. Ocwen has not submitted a reply brief or otherwise indicated to the court that the motion is withdrawn or that Ocwen is satisfied with Sencion's production. The court finds this motion appropriate for determination without oral argument, pursuant to Civ. L.R. 7-1(b). As the interrogatories appear to pertain to relevant and non-privileged information,

IT IS HEREBY ORDERED that Ocwen's motion to compel is GRANTED.  Sencion shall provide responses to Ocwen's interrogatories no later than August 1, 2011.

IT IS FURTHER ORDERED that Ocwen's motion for sanctions is DENIED because it was not separately filed and therefore fails to comply with the requirements set forth in Civ. L.R. 7-8.

Dated:  July 15, 2011

_____
PAUL S. GREWAL
United States Magistrate Judge