**E-Filed 9/6/2011**

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| OSCAR MADRIGAL SENCION,<br><br>Plaintiff,<br><br>v.<br><br>SAXON MORTGAGE SERVICES, LLC, et al.,<br><br>Defendants. | Case Number 5:10-cv-3108-JF<br><br>**ORDER[1] VACATING SEPTEMBER 9 HEARING; AND GRANTING MOTION TO WITHDRAW AS COUNSEL**<br><br>[re: dkt. entry 113] |

The motion hearing set for September 9, 2011, is VACATED. The Court concludes that the motion to withdraw filed by Plaintiff's counsel is appropriate for disposition without oral argument pursuant to Civil Local Rule 7-1(b). For good cause shown, and without opposition, that motion is GRANTED.

The other matter that had been set for hearing on September 9, the motion to dissolve preliminary injunction, has been adjudicated by this Court's order of August 5, 2011.

IT IS SO ORDERED.

DATED: September 6, 2011

                                            JEREMY FOGEL
                                            United States District Judge

---

[1] This disposition is not designated for publication in the official reports.

Case Number 5:10-cv-3108-JF
ORDER VACATING SEPTEMBER 9 HEARING; AND GRANTING MOTION TO WITHDRAW AS COUNSEL
(JFLC2)